**Jan T. Perkins #057995**
**Jerry H. Mann #095466**
**Douglas V. Thornton #154956**
**PERKINS, MANN & EVERETT**
**A Professional Corporation**
**2222 W. Shaw Avenue, Suite 202**
**Fresno, California  93711**
**Telephone:  (559) 447-5700**
**Facsimile:  (559) 447-5600**

**Attorneys for**  FRANK LOGOLUSO FARMS
a California corporation, Intervenor

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIONS ETC., INC., DUDA FARM FRESH FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>Z & S FRESH, INC., a California corporation, fdba Z & S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual,<br><br>Defendants. | Case No. 1:09-cv-00906-OWW-SMS<br><br>**STIPULATION TO PERMIT FRANK A. LOGOLUSO FARMS TO FILE A COMPLAINT IN INTERVENTION AND ORDER THEREON** |

Plaintiffs ONIONS ETC., INC. and DUDA FARM FRESH FOODS, INC., through their counsel; and Defendants Z & S FRESH, INC. fdba Z & S DISTRIBUTING COMPANY, INC. and MARTIN J. ZANINOVICH, through their counsel, hereby stipulate that Frank A. Logoluso Farms may file the complaint in intervention a copy of which is attached hereto as Exhibit A and incorporated herein. Defendants LAWRENCE SCHOENBURG and MARGARET SCHOENBURG aka MARGE SCHOENBURG have not yet appeared in this action and whether they have counsel is unknown.

///

PDF created with pdfFactory trial version www.pdffactory.com

Dated: ___June 9, 2009_____            MEUERS LAW FIRM, P.L.

                                             By: __/s/ LAWRENCE H. MEUERS_____
                                                  Lawrence H. Meuers
                                                  Attorneys for Plaintiffs
                                                  Onions Etc., Inc, a California
                                                  Corporation and Duda Farm Fresh
                                                  Foods, Inc, a Florida corporation

Dated: __June 9, 2009_____

                                             WOOD SMITH HENNING &
                                             BERMAN, LLP

                                             By: ___/s/ PATRICK SCHOENBURG____
                                                 Patrick Schoenburg
                                                 Attorneys for Defendants Z & S
                                                 Fresh, Inc., a California corporation
                                                 fdba Z & S Distributing Company, a
                                                 California corporation, and Martin J.
                                                 Zenovich

Dated:  _June 9, 2009_____            PERKINS, MANN & EVERETT, a
                                             Professional corporation

                                             By: __/s/ JAN T. PERKINS_____
                                                 Jan T. Perkins
                                                 Attorneys for Intervenor Frank A.
                                                 Logoluso Farms

      IT IS SO ORDERED.

      Dated: __June 9, 2009_____

                                             _/s/ OLIVER W. WANGER_____
                                             OLIVER W. WANGER, Judge
                                             United States District Court

PDF created with pdfFactory trial version www.pdffactory.com