1  **Jan T. Perkins #057995**
   **Jerry H. Mann #095466**
2  **Douglas V. Thornton #154956**
   **PERKINS, MANN & EVERETT**
3  **A Professional Corporation**
   **2222 West Shaw Avenue, Suite 202**
4  **Fresno, California  93711**
   **Telephone (559) 447-5700**
5  **Facsimile (559) 447-5600**

6  Attorney for: Intervenor Plaintiff FRANK A. LOGOLUSO FARMS, a California corporation

7

8                    **UNITED STATES DISTRICT COURT**

9        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

10

11 | ONIONS ETC., INC., and DUDA FARM | Case No.:  1:09-cv-00906-OWW-SMS |
   | FRESH FOODS, INC., | |
12 | | |
   | Plaintiffs, | **STIPULATION TO CONTINUE** |
13 | | **TEMPORARY RESTRAINING ORDER** |
   | v. | **AND HEARING ON MOTION FOR** |
14 | | **PRELIMINARY INJUNCTION** |
15 | Z & S FRESH, INC., a California corporation; | |
   | Z & S DISTRIBUTING COMPANY, INC., a | |
16 | California corporation; MARTIN J. | |
   | ZANINOVICH, an individual; LOREN | |
17 | SCHOENBURG, an individual; MARGARET | |
   | aka MARGE SCHOENBURG, an individual, | |
18 | | |
   | Defendants. | |
19 | | |
20 | FRANK A. LOGOLUSO FARMS, a | |
   | California corporation, | |
21 | | |
   | Intervenor Plaintiff | |
22 | | |
23

24         Plaintiffs Onions, Etc., Inc. and Duda Farms Fresh Foods, Inc., Plaintiff-In-

25 Intervention Frank A. Logoluso Farms and Defendants Z & S Fresh, Inc. and Martin J.

26 Zaninovich, the only defendants to have been served and appear in this action, stipulate as

27 follows:

28 ///

PERKINS, MANN &
EVERETT, APC

{00004838.DOC;1}g:\docs\atimken\orders to be signed\09cv906.stip.cont.doc

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

1.       On June 3, 2009, this Court granted Plaintiffs Onions, Etc., Inc. and Duda Farms Fresh Foods, Inc.'s *ex parte* motion for a temporary restraining order and set a hearing on plaintiffs' motion for preliminary injunction for June 12, 2009, at 12:00 noon.

2.       The parties are engaged in discussions regarding a stipulated preliminary injunction and Perishable Agricultural Claims Act (PACA) claims procedure order.

3.       In order to facilitate these discussions, the parties request that the hearing on plaintiffs' motion for preliminary injunction set for June 12, 2009, at 12:00 noon, be continued.

4.       Without waiving any rights or defenses, all parties agree to the continuance of the temporary restraining order until the hearing on plaintiffs' motion for preliminary injunction, subject to agreement of plaintiffs or further order of the Court.

Dated: June 11, 2009                     MEUERS LAW FIRM, P.L.


                                          By: ____/s/ Katy Koestner Esquivel_____
                                          Katy Koestner Esquivel
                                          Attorneys for Plaintiffs Onions Etc.,
                                          Inc, and Duda Farm Fresh Foods, Inc,
                                          a Florida corporation

Dated: June 11, 2009                     WOOD SMITH HENNING &
                                          BERMAN, LLP


                                          By: ___/s/ Patrick Schoenburg_____
                                          Patrick Schoenburg
                                          Attorneys for Defendants Z & S
                                          Fresh, Inc., fdba Z & S Distributing
                                          Company, Martin J. Zenovich,
                                          Lawrence Schoenburg and Margaret
                                          aka Marge Schoenburg

Dated:  June 11, 2009                    PERKINS, MANN & EVERETT, a
                                          Professional corporation


                                          By: ___/s/ Jan T. Perkins_____
                                          Jan T. Perkins
                                          Attorneys for Intervenor Frank A.
                                          Logoluso Farms

PERKINS, MANN &
EVERETT, APC

{00004838.DOC;1}g:\docs\atimken\orders to be signed\09cv906.stip.cont.doc

2

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>ORDER</u>

Having read the above Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved in its entirety and that the hearing currently scheduled for June 12, 2009 at 12:00 noon be continued until June 22, 2009 at 11:30 a.m. in Courtroom 3.

IT IS FURTHER ORDERED that the Temporary Restraining Order entered by this Court on June 3, 22009 be extended in full force and effect through the hearing on June 22, 2009 , subject to agreement of plaintiffs or further order of the Court.

IT IS SO ORDERED.


Dated: <u>June 11, 2009</u>

/s/ OLIVER W. WANGER
OLIVER W. WANGER, Judge
United States District Court

PERKINS, MANN &
EVERETT, APC

{00004838.DOC;1}g:\docs\atimken\orders to be signed\09cv906.stip.cont.doc
3

**Stipulation to Continue Temporary Restraining
Order and Hearing on Motion for Preliminary Injunction**

PDF created with pdfFactory trial version www.pdffactory.com