WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter (SBN 91839)
Norman D. Morrison IV (SBN 212090)
8305 N. Fresno Street, Suite 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:  nmorrison@W2LG.com

Attorneys for Defendants, Z&S Fresh, Inc.
and Martin J. Zaninovich

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, AND MARGARET aka MARGE SCHOENBURG<br><br>Defendants | CASE NO. 1:09-CV-00906-OWW-SMS<br><br>**STIPULATION TO EXTEND THE DATE ON WHICH TO FILE A MOTION TO DETERMINE VALIDITY, PRIORITY, OR AMOUNT OF PACA CLAIM AND ORDER THEREON**<br><br><br>Complaint Filed:  May 22, 2009<br>Trial Date:  To Be Assigned |
| AND INTERVENING ACTIONS | |

Defendants Z&S Fresh, Inc., fdba Z&S Distributing Co., Inc. and Martin J. Zaninovich ("Defendants"), and the claimants identified herein stipulate as follows:

1.    On May 22, 2009, Plaintiffs Onions, Etc., Inc. and Duda Farm Fresh Foods, Inc. ("Plaintiffs") commenced the instant action against Defendants Z&S Fresh, Inc., Martin J. Zaninovich, Loren Schoenburg, and Margaret aka Marge Schoenburg ("Defendants") to enforce the trust provision of section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e(c) ("PACA").  Among other relief, Plaintiffs sought to have this Court grant a request for a Preliminary Injunction against Defendants.

2.    On June 10, 2009, Plaintiffs filed their Amended Motion for Issuance of Preliminary Injunction, to Consolidate and for Entry of PACA Claims Procedure Order seeking to add a PACA claims procedure to the Preliminary Injunction.

STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION — - 1 - — G:\docs\WKusamura\OWW Folder\Orders to be signed\09cv906.stipo.ext.doc.docx

PDF created with pdfFactory trial version www.pdffactory.com

3. On June 24, 2009, a Stipulated Order Granting Plaintiffs' Second Amended Motion for a Preliminary Injunction Order, Establishing a PACA Claims Procedure and Appointing Terence J. Long as PACA Trustee (the "Order") was filed.

4. Pursuant to the Order, on or before July 13, 2009, claimants wishing to assert a PACA Trust claim against Defendants (the "PACA Claimants") were required to file and serve a Proof of PACA Claim (the "PACA Claim") and a Complaint in Intervention.

5. Any parties who intended to file an objection to a PACA Trust Claim made by a claimant were required to file objections on or before July 23, 2009 (the "PACA Objectants"). Defendants Z & S Fresh, Inc., Martin J. Zaninovich filed objections to the claims of various PACA Claimants on July 23, 2009.

6. Pursuant to the Order, any PACA Claimant who disputed or otherwise wished to respond to the objection to their PACA Claim was required to file a response on or before August 3, 2009. Various PACA Claimants filed responses.

7. Under the Order, PACA Claimants and PACA Objectants are to exercise their best efforts to resolve any objections to the PACA Proofs of Claim. In the event the parties are unable to resolve any disputes, the PACA Claimant must file a motion to determine the validity, priority or amount of its alleged PACA Claim (the "Motion") by no later than Monday, August 10, 2009.

8. PACA Objectants and PACA Claimants have been meeting and conferring regarding objections to the PACA Claims and have a good faith belief that they will resolve the disputes. Various PACA Claimants and PACA Objectants have scheduled a meeting on Friday, August 14, 2009, to discuss the claims and objections.

9. In order to facilitate the efforts to resolve the subject objections, the PACA Objectants and PACA Claimants who have executed this Stipulation request that the date on which the Motion by filed on behalf of their clients be extended to Monday, August 24, 2009. PACA Objectants and PACA Claimants believe that an extension to this date will permit adequate time for such PACA Claimants and PACA Objectants to meet and confer, and to discuss possible resolution to the claims and objections. This

PDF created with pdfFactory trial version www.pdffactory.com

date will further permit such PACA Claimants and PACA Objectants to conduct any and such further meet and confer discussions as may be necessary to attempt to resolve the PACA Claims and Objections.

    10.    Without waiving any rights or defenses, the PACA Objectants and PACA Claimants executing this stipulation agree to the extension of the date on which to file the Motion to Monday, August 24, 2009.

Dated: August 7, 2009

Respectfully submitted,
WALTER & WILHELM LAW GROUP,
a Professional Corporation

By:   /s/ Norman D. Morrison IV
Norman D. Morrison IV, Attorneys for
Z & S Fresh, Inc. and Martin J. Zaninovich

Dated: August 7, 2009

Respectfully submitted,
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:   /s/ Mandy L. Jeffcoach
Mandy L. Jeffcoach, Attorneys for Trustee
Terence J. Long

Dated: August 7, 2009

Respectfully submitted,
SAGASER, JONES & HELSLEY

By:   /s/ Melody Hawkins
Melody Hawkins, Attorneys for Intervening
Plaintiff Jewel Marketing & Agribusiness, LLC
d.b.a. Crown Jewels Marketing, LLC

Dated: August 7, 2009

Respectfully submitted,
PERKINS, MANN & EVERETT,
A PROFESSIONAL CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

|     |                          |                                                                          |
| --- | ------------------------ | ------------------------------------------------------------------------ |
|     |                          | By:   /s/ Jan T. Perkins<br>Jan T. Perkins, Attorneys for Intervening Plaintiff Frank A. Logoluso Farms |
| Dated: | August 7, 2009        | Respectfully submitted,<br>MEUERS LAW FIRM, P.L. |
|     |                          | By:   /s/ Katy Koestner Esquivel<br>Katy Koestner Esquivel, Attorneys for Plaintiffs Onions Etc., Inc,. Duda Farm Fresh Foods, Inc., Calavo Growers, Inc., Cecelia Packing Corporation, APBB, INC. dba Tavilla Sales Company of Los Angeles, Giumarra Farms, Inc., John A Clark, & Addison W. Clark, Jr. dba Clark Farms and Rio Vista, Ltda. Dba Giumarra of Nogales (collectively the "Meuers Group") and I.G. Fruit, Inc. |
| Dated: | August 7, 2009        | Respectfully submitted,<br>RYNN & JANOWSKY, LLP |
|     |                          | By:   /s/ Bart M. Botta<br>Bart M. Botta, Attorneys for Intervening Plaintiffs Golden Star Citrus, Inc., Epicure Trading, Inc., Fresco Produce, Inc., Chamberlain Distributing, Inc., J-C Distributing, Inc., Sundale Sales, Inc., Seals Sweet, LLC, Seald Sweet West International, Inc., Rochard Cottrell Marketing, Inc., Pandol Brothers, Inc., Big Chuy Distributors and Sons, Inc., Booth Ranches, LLC, Kirschenman Enterprises Sales, Diving Flavor, LLC, CH Distributing, LLC, Wilson Produce, LLC, R&C Berndt, Inc., Meyer, LLC, Pro Citrus Network, Inc., Gemco, Inc., King Fresh Produce, LLC, Premium Produce Distributors, Inc., Mikaelian and Sons, Inc., JP Produce, Inc., Fisher Capespan USA, LLC, Sunriver Trading Company Limited dba Sunriver Sals, Cal Fresno, LLC, Comercial Alfonso Eyzaguirre Y Cia, Ltda dba Comey Ltda, Sunny Cove Citrus, LLC, Shipley Sales Service, Zimmerman Farms, Inc., Salvadore Romero, The Fruit Branch, Inc., Raul Alvarez, Ramon Rios, Sunfed Produce, LLC, Ciruli Bros., LLC, William H. Kopke, Jr., Inc., Castro Produce, LLC, Kaweah Avenue Properties, LLC, Maria Alvarado, and William Cotner |

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having read the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Sipulation is approved in its entirety and that the date on which Claimant is to file the Motion is extended from Monday, August 10, 2009 to Monday, August 24, 2009.

IT IS SO ORDERED.

Dated: __August 10, 2009_

_/s/ OLIVER W WANGER_____
Hon. OLIVER W. WANGER, Judge
United States District Court

PDF created with pdfFactory trial version www.pdffactory.com