Mandy L. Jeffcoach, # 232313
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Trustee
Terence J. Long

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, AND MARGARET aka MARGE SCHOENBURG,<br><br>   Defendants. | Case No.  1:09-CV-00906-OWW-SMS<br><br>**ORDER AFTER PROCEEDINGS** |

A telephonic proceeding in this matter was held with this Court on August 28, 2009 at 10:00 p.m., the Honorable Oliver Wanger presiding. All appearances by counsel were noted on the record. Having heard the statements of counsel, the Court hereby orders and reaffirms that its Preliminary Injunction Order, Establishing a PACA Claims Procedure Order and Appointing Terence J. Long, CPA as PACA Trustee remains in full force and effect.

DATED: August 31, 2009

/s/ OLIVER W. WANGER
Oliver W. Wanger
Judge of the U. S. District Court

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

[PROPOSED] ORDER AFTER PROCEEDINGS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

53202/00001-1441626.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2

[PROPOSED] ORDER AFTER PROCEEDINGS