E. Warren Gubler #109317
Brett T. Abbott # 246905
GUBLER, KOCH, DEGN & GOMEZ LLP
1110 N. Chinowth Street
Visalia, CA 93291
Telephone: (559) 625-9600
Facsimile: (559) 625-9605

Attorneys for Intervening Plaintiff, RICK DREO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., et al.<br><br>Plaintiffs,<br><br>v.<br><br>Z & S FRESH, INC., et al.<br><br>Defendants. | Case No.: 1:09-CV-00906-OWW-SMS<br><br>**ORDER GRANTING INTERVENING PLAINTIFF RICK DREO'S MOTION FOR RELIEF FROM ORDER**<br><br>Date: September 8, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 3<br>Judge: Honorable Oliver W. Wanger |

   A hearing having been held on September 8, 2009 on Intervening Plaintiff RICK DREO's Motion for Relief from Order and it appearing to the Court that the failure of Intervening Plaintiff RICK DREO to meet the August 10, 2009 motion filing deadline contained in the court's June 24, 2009 order occurred as a result of excusable neglect, mistake and surprise on his part, it is

   ORDERED that intervening plaintiff RICK DREO's Motion for Relief from Order is

/ / /

/ / /

/ / /

1  granted, and that RICK DREO's Motion to Determine Validity, filed on August 19, 2009, is
2  deemed timely filed.

IT IS SO ORDERED.

**Dated:   September 9, 2009**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE