Scott J. Ivy, #197681
Lang, Richert & Patch
5200 N. Palm Ave., Suite 401
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

G:\docs\RGaumnitz\Orders to be signed\09cv906.stipo.file.1st.amdnd.crss.complt.com.wpd:ek

Attorneys for Defendant, Cross Claimant, Counter-Claimant, FRESNO-MADERA
FEDERAL LAND BANK ASSOCIATION, FLCA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., and DUDA FARM FRESNO FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z&S FRESH, INC., a California corporation, fdba Z&S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBERG, an individual, <br><br> Defendants | Case No.: 1:09-cv-00906-OWW-SMS <br><br> **STIPULATION AND ORDER TO FILE FIRST AMENDED CROSS-CLAIM AND COUNTER-CLAIM** |

Stipulation and Order to File First Amended Cross-Claim and Counter Claim    -1-

| | |
|---|---|
| 1 | FRANK A. LOGOLUSO FARMS, a California Corporation, |
| 2 | |
| 3 | Intervenor Plaintiff, |
| | v. |
| 4 | |
| 5 | Z&S FRESH, INC., fbda Z&S DISTRIBUTING, CO., INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBERG an, individual; MARGARET aka MARGE SCHOENBERG, an individual; TWO PLAY PROPERTIES, LLC, a California limited liability company; TWO PLAY PROPERTIES ARIZONA, LLC, an Arizona limited liability company; THREE PLAY FARMS, a California general partnership; FOUR PLAY RANCH, a California general partnership; ZM FRESH SPECIAL T'S, INC., a California corporation; FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, a corporation existing and operating under the Farm Credit Act of 1971, as amended and BANK OF THE WEST, a California corporation, |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | Defendants. |
| | FRESNO-MADERA FEDERAL LAND BANK, |
| 16 | |
| 17 | Cross-Claimant |
| | v. |
| 18 | |
| 19 | ZM FRESH SPECIAL T'S, INC., a California Corporation formerly known as ZMC Fresh, Inc., Z & S FRESH, INC., a California Corporation, MARTIN J. ZANINOVICH, an individual, ARON MARGOSIAN, an individual, and CARRIE MARGOSIAN, an individual |
| 20 | |
| 21 | |
| 22 | Cross-Defendants. |
| 23 | FRESNO-MADERA FEDERAL LAND BANK, |
| 24 | |
| | Counter-Claimant |
| 25 | |
| | v. |
| 26 | |
| 27 | FRANK A. LOGOLUSO FARMS, a California Corporation, |
| 28 | Cross-Defendants. |

**RECITALS**

WHEREAS, the undersigned are counsel of record for Defendant, Cross Claimant, Counter-Claimant, FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA ("LAND BANK"), Z & S FRESH, INC., a California Corporation, Martin J. Zaninovich, Intervenor Plaintiff and Cross-Defendant FRANK A. LOGOLUSO FARMS, Cross-Defendant ARON MARGOSIAN, an individual, and CARRIE MARGOSIAN, and individual;

WHEREAS, Exhibit 14 to LAND BANK'S Cross-Claim and Counter-Claim inadvertantly omitted the General Continuing Guarantees of Cross-Defendant Martin J. Zaninovich and Counter-Defendants Aron and Carrie Margosian;

WHEREAS, the parties have agreed pursuant to Rule 15 that LAND BANK be allowed to file a First Amended Cross-Claim and Counter-Claim attaching the complete Exhibit 14 as referenced in the body of the pleading;

WHEREAS a copy of the proposed amended pleading is attached hereto as Exhibit A.

**STIPULATION**

The parties hereby agree and stipulate as follows:

1. LAND BANK shall be allowed to file a First Amended Cross-Claim and Counter-Claim attached hereto as Exhibit A. The First Amended Cross-Claim shall be deemed filed and served as of the date the Court executes this Stipulation.

Respectfully Submitted,

Dated: October 20, 2009        LANG, RICHERT & PATCH, P.C.


By /s/ Scott J. Ivy
    Scott J. Ivy
    Attorneys for Defendant, Cross Claimant,
    Counter-Claimant, FRESNO-MADERA
    FEDERAL LAND BANK ASSOCIATION, FLCA

Dated: October 20, 2009          WALTER WILHELM LAW GROUP, APC


By /s/ Norman Morrison
    Norman Morrison
    Attorneys for Cross-Defendant
    Z & S FRESH, INC., a California Corporation,
    and MARTIN J. ZANINOVICH


Dated: October 20, 2009          PERKINS MANN & EVERETT


By /s/ Jan Perkins
    Jan Perkins
    Attorneys for Intervenor Plaintiff and Cross-Defendant FRANK A. LOGOLUSO FARMS


Dated: October 20, 2009          WILD CARTER & TIPTON


By /s/ Patrick Gorman
    Patrick Gorman
    Attorneys for Cross-Defendant ARON MARGOSIAN, an individual, and CARRIE MARGOSIAN


**ORDER**

Good cause appearing, IT IS ORDERED as stipulated above.


Dated: October 23, 2009          /s/ OLIVER W. WANGER
    Honorable Oliver W. Wanger
    Judge of the United States District Court