Lawrence H. Meuers (SBN 197663)
Katy Koestner Esquivel (PHV)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109-5932
Telephone: (239)513-9191
Facsimile: (239)513-9677
lmeuers@meuerslawfirm.com
kesquivel@meuerslawfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| ONIONS ETC., INC., *et. al.* | Case No.: 1:09-CV-00906-OWW-SMS |
| Plaintiffs, | Date: December 4, 2009 |
| vs. | Time: 1:00 p.m. |
| | Place: Courtroom 3 |
| Z&S FRESH INC., *et. al.*, | Judge: Hon. Oliver W. Wanger |
| Defendants. | |

### ORDER ON TELEPHONIC STATUS CONFERENCE AND CONTINUING OCTOBER 30 HEARING

A Minute Order setting this case for Telephonic Status Conference was issued on October 20, 2009.[1]

The Telephonic Status Conference was conducted on October 23, 2009 at 8:30 a.m., with the Honorable Oliver Wanger presiding.

Appearances were made by counsel for the PACA Trustee, the Meuers Group[2], the Rynn & Janowsky Group[3], Frank A. Logoluso Farms, Jewel Marketing &

---

[1] DE 345.

[2] Onions Etc., Inc., Duda Farm Fresh Foods, Inc., Calavo Growers, Inc., Cecelia Packing Corporation, APB, Inc. dba Tavilla Sales Company of Los Angeles, Giumarra Farms, Inc., John A. Clark & Addison W. Clark, Jr. dba Clark Farms and Rio Vista, Ltd. dba Giumarra of Nogales and I.G. Fruit

[3] Golden Star Citrus, Inc., Epicure Trading, Inc., Fresco Produce, Inc., Chamberlain Distributing, Inc., J-C Distributing, Inc., Sundale Sales, Inc., Seald Sweet, LLC, Seald Sweet West International, Inc., Richard Cottrell Marketing, Inc., Pandol Brothers, Inc., Big Chuy Distributors And Sons, Inc., Booth

PDF created with pdfFactory trial version www.pdffactory.com

Agribusiness, LLC, dba Crown Jewels Marketing, LLC, the Martyn & Associates Group[4], Peters Fruit Farms, Inc., Rick Dreo, I.G. Fruit, Fresno-Madera Federal Land Bank Association, FLCA, Defendants Z&S Fresh, Inc. fdba Z&S Distributing Co., Inc. and Martin J. Zaninovich, and Intervenors/Cross-Defendants Four Play Farms, Aron Margosian, George Margosian, Margosian Bros., Three Play Farms and Two Play Farms.

Based upon that proceeding, the Court orders:

1.   That all hearings in this case currently scheduled for 1:30 p.m. on Friday, October 30, 2009 are continued to Friday, December 4, 2009 at 1:00 p.m. Four (4) hours have been set aside for argument.

2.   The parties have informed the Court that there is no need for the presentation of testimonial evidence, therefore none will be permitted.

3.   The materials that any party wishes for the Court to consider in ruling on the motions that will be heard on December 4 must have already been submitted. No additional submissions will be considered.

IT IS SO ORDERED.

Dated: October 23, 2009              /s/ OLIVER W. WANGER
                                     UNITED STATES DISTRICT JUDGE

---

Ranches, LLC, Kirschenman Enterprises Sales, Divine Flavor, LLC, Ch Distributing, LLC, Wilson Produce, LLC,; R & C Berndt, Inc., Meyer, LLC, Pro Citrus Network, Inc., Gemco, Inc., King Fresh Produce, LLC, Premium Produce Distributors, Inc., Mikaelian And Sons, Inc., Jp Produce, Inc., Fisher Capespan USA, LLC, Sunriver Trading Company Limited, Cal Fresco, LLC Comercial Alfonso Eyzaguirre Y Cia. Ltda, Sunny Cove Citrus, LLC, Shipley Sales Service, Zimmerman Farms, Inc., Salvadore Romero, The Fruit Branch, Inc., Raul Alvarez, Ramon Rios, Sunfed Produce, LLC, Ciruli Bros., LLC, William H. Kopke, Jr., Inc., Castro Produce, LLC, Kaweah Avenue Properties, LLC, Maria Alvarado, and William Cotner.

[4] Del Monte Fresh Produce N.A. and C.H. Robinson Company.

PDF created with pdfFactory trial version www.pdffactory.com