Joseph M. Marchini #023437
Christopher D. Bell    #247082

**BAKER MANOCK & JENSEN, PC**
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for PACA CLAIMANT and Intervening Plaintiff, PETERS FRUIT FARMS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC., )<br><br>Plaintiffs, )<br><br>v. )<br><br>Z&S FRESH, INC., a California corporation; Z&S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGE SCHOENBURG, an individual; ZM FRESH SPECIAL T'S, INC.; TWO PLAY PROPERTIES, LLC; TWO PLAY PROPERTIES ARIZONA, LLC; THREE PLAY FARMS; AND FOUR PLAY RANCH, )<br><br>Defendants. ) | Case No. 1:09-CV-00906-OWW-SMS<br><br>**STIPULATION AND ORDER RE OBJECTIONS TO PETERS FRUIT FARMS, INC.'S PACA CLAIM**<br><br>Date:        December 4, 2009<br>Time:        1:00 p.m.<br>Courtroom: 3<br>            Hon. Oliver W. Wanger |

## STIPULATION RE OBJECTIONS TO PETERS FRUIT FARMS, INC.'S PACA CLAIM

Intervening plaintiff PETERS FRUIT FARMS, INC., ("PFFI"), Defendants Z&S Fresh, Inc., fdba Z & S Distributing Co., Inc., and Martin J. Zaninovich ("Defendants") and Frank A. Logoluso Farms ("Logoluso"), through their respective attorneys of record hereby stipulate as follows:

1.  On May 22, 2009, Plaintiffs Onions, Etc., Inc., and Duda Farm Fresh Foods, Inc. ("Plaintiffs") commenced the instant action against Defendants Z & S Fresh, Inc., Martin J.

1   Zaninovich, Loren Schoenburg, and Margaret aka Marge Schoenburg (the "Defendants") to

2   enforce the trust provision of section 5(c) of the Perishable Agricultural Commodities Act, 7

3   U.S.C. 499e(c) ("PACA").  Among other relief, Plaintiffs sought to have this Court grant a request

4   for a Preliminary Injunction Against Defendants.

5          2.  On June 10, 2009, Plaintiffs filed their Amended Motion for Issuance of

6   Preliminary Injunction, to Consolidate and for Entry of PACA Claims Procedure Order seeking to

7   add a PACA claims procedure to the Preliminary Injunction.

8          3.  On June 24, 2009, a Stipulated Order Granting Plaintiffs' Second Amended

9   Motion for a Preliminary Injunction Order, Establishing a PACA Claims Procedure and

10  Appointing Terence J. Long as PACA Trustee (the "Order") was filed.

11         4.  Pursuant to the Order, on or before July 13, 2009, claimants wishing to assert a

12  PACA Trust claim against Defendants (the "PACA Claimants") were required to file and sere a

13  Proof of PACA Claim (the "PACA Claim") and a Complaint in Intervention.

14         5.  Any parties who intended to file a objection to a PACA Trust Claim made by a

15  claimant were required to file objections on or before July 23, 2009 (the "PACA Objectants").

16  Defendants Z & S Fresh, Inc., Martin J. Zaninovich filed objections to the claims of various PACA

17  Claimants on July 23, 2009.

18         6.     On July 9, 2009, pursuant to the Order, PFFI filed a complaint in

19  intervention and PACA Claim in the Action, seeking payment under an Exclusive Marketing

20  Agreement and Operating Agreement it entered into with Defendants.  PFFI's PACA Claim

21  consisted of: (1) a claim for fruit delivered to and sold by Z&S in the amount of $378,884.51

22  ("Fruit Claim"); (2) a claim for unused packing material in the amount of $254,494.00 ("Materials

23  Claim"); (3) a claim for grower packing charges in the amount of $128,663.35 ("Packing Claim");

24  and (4) a claim for attorney's fees in the amount of $23,059.50 ("Attorney's Fees Claim").

25         7.     On July 23, 2009, Defendants filed objections to PFFI's PACA claim and

26  asserted a claimed offset in the amount of $38,454.95 ("Z&S Claim").  Defendants' objections

27  were joined by Plaintiff Frank A. Logoluso Farms ("Logoluso"); Trustee Terence J. Long

28  ("Trustee"); and Plaintiff Jewel Marketing & Agribusiness, LLC dba Crown Jewels Marketing,

LLC ("Jewel").  The Trustee and Jewel subsequently withdrew any and all objections to PFFI's PACA Claim.

8.     PFFI and Defendants have met and conferred in good faith regarding Defendants' objections to PFFI's PACA Claim and have reached a settlement regarding those objections as follows:

A.     PFFI hereby withdraws its Materials Claim and Packing Claim from its overall PACA Claim.

B.     Defendants hereby withdraw all objections to PFFI's Fruit Claim.

C.     The parties herein agree that PFFI's Fruit Claim shall be allowed in the amount of $378,844.51 against the PACA Trust Account and that PFFI's Fruit Claim shall be paid pursuant to the procedure established under the Order.

D.     PFFI and Defendants agree that PFFI's Attorney's Fees Claim is hereby offset against the Z&S Claim.  This offset shall be deemed to fully satisfy each of these claims in full and no additional amounts shall be due and owing by or between PFFI and Z&S and Zaninovich for the Attorney's Fees Claim or the Z&S Claim.  These claims are hereby withdrawn from the PACA Trust.

E.     Defendant Zaninovich intends to withdraw money from his 401k and/or IRA accounts.  PFFI agrees not to object to Defendant Zaninovich withdrawing and/or using such money from his 401k and/or IRA accounts, nor to seek sequestration or disgorgement of any such funds.

9.     Logoluso hereby withdraws any and all objections to PFFI's PACA Claim.

10.     PFFI's Motion to Determine Validity of PACA Claim is hereby taken off calendar.

DATED: December 3, 2009.  Respectfully submitted,

BAKER MANOCK & JENSEN, PC

/s/   Joseph M. Marchini
Joseph M. Marchini
Christopher D. Bell
Attorneys for PACA CLAIMANT and Intervening
Plaintiff, PETERS FRUIT FARMS, INC.

1

2      DATED: December 3, 2009.          Respectfully submitted,

3                                        WALTER & WILHELM LAW GROUP
                                         A PROFESSIONAL CORPORATION
4

5                                        /s/    Norman D. Morrison, IV
                                         Norman D. Morrison, IV
6                                        Attorneys for Z & S FRESH, INC., AND MARTIN J.
                                         ZANINOVICH
7

8      DATED: December 3, 2009.          Respectfully submitted,

9
                                         PERKINS, MANN & EVERETT,
10                                       A PROFESSIONAL CORPORATION

11
                                         /s/    Jan T. Perkins
12                                       Jan T. Perkins
                                         Attorney for FRANK A. LOGOLUSO FARMS
13

14

15

16

17

18

19

20

21     IT IS SO ORDERED.

22     **Dated:   December 4, 2009**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

STIPULATION RE OBJECTIONS TO PETERS FRUIT FARMS, INC.'S PACA CLAIM

4