1  WALTER & WILHELM LAW GROUP
   a Professional Corporation
2  Riley C. Walter (SBN 91839)
   Norman D. Morrison IV (SBN 212090)
3  8305 North Fresno Street, Ste. 410
   Fresno, CA 93720
4  Telephone:   (559) 435-9800
   Facsimile:   (559) 435-9868
5  E-mail:  nmorrison@W2LG.com

6  Attorneys for Defendants, Z&S Fresh, Inc.
   and Martin J. Zaninovich
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, AND MARGARET aka MARGE SCHOENBURG, <br><br> Defendants <br><br> AND INTERVENING ACTIONS | CASE NO. 1:09-CV-00906-OWW-SMS <br><br> **STIPULATION AND ORDER REGARDING AGREEMENT AND RESOLUTION PACA CLAIMANTS/ INTERVENING PLAINTIFFS BOOTH RANCHES, LLC; KING FRESH PRODUCE, LLC; FRESCO PRODUCE, INC.; R&C BERNDT, INC. DBA SIERRA PRODUCE; PREMIUM PRODUCE DISTRIBUTORS, INC.; DIVINE FLAVOR, LLC; COMERCIAL ALFONSO EYZAGUIRRE Y CIA. DBA COMEY LTDA; WILSON PRODUCE, LLC; SUNRIVER TRADING COMPANY LIMITED; MEYER, LLC; KIRSCHENMAN ENTERPRISES SALES; CH DISTRIBUTING, LLC; GEMCO, INC.; ZIMMERMAN FARMS, INC.; SALVADORE ROMERO; THE FRUIT BRANCH, INC.; RAUL ALVAREZ; MARIA ALVARADO; WILLIAM COTNER; SUNFED PRODUCE, LLC.** <br><br> Date:  December 4, 2009 <br> Time:  1:00 p.m. <br> Dept:  3 <br><br> Complaint Filed:  May 22, 2009 <br> Trial Date:  To Be Assigned |

Defendants Z&S Fresh, Inc., fdba Z&S Distributing Co., Inc. and Martin J. Zaninovich ("Defendants"), PACA Claimants/Intervening Plaintiffs Booth Ranches, LLC; King Fresh Produce, LLC; Fresco Produce, Inc.; R&C Berndt, Inc. dba Sierra Produce; Premium Produce Distributors, Inc.; Divine Flavor, LLC; Comercial Alfonso Eyzaguirre y

PDF created with pdfFactory trial version www.pdffactory.com

Cia. LTDA dba Comey Ltda; Wilson Produce, LLC; Sunriver Trading Company Limited; Meyer, LLC; Kirschenman Enterprises Sales; CH Distributing, LLC; Gemco, Inc.; Zimmerman Farms, Inc.; Salvadore Romero; The Fruit Branch, Inc.; Raul Alvarez; Maria Alvarado; William Cotner; SunFed Produce, LLC (the "PACA Claimants")(collectively the "Parties") herein agree and stipulate regarding resolution of objection to the PACA Claimants' accepted PACA Claim amounts as follows:

1. A hearing on a Motion to Determine Validity of Claim filed by PACA Claimants is presently scheduled to be heard by this Court on December 4, 2009, at 1:00 p.m.

2. On November 18, 2009, various PACA claimants and Defendants Z&S Fresh, Inc. and Martin Zaninovich participated in a Court ordered mediation before Magistrate Judge Sandra Snyder. At the mediation the Parties hereto stipulated on the record to resolution of the claims dispute.

3. Pursuant to an written agreement executed by the Parties (the "Agreement"), the Parties have agreed that the following PACA Claimants shall be deemed to have valid PACA Claims in the amount and/or conditions set forth below:

    a. **Booth Ranches, LLC** shall have a PACA Claim in the amount of Three Hundred Six Thousand Two Hundred and Eleven Dollars and Fifty-Cents ($306,211.50);

    b. **King Fresh Produce, LLC** shall have a PACA Claim in the amount of Three Hundred Ten Thousand Six Hundred Thirty-Five Dollars and Fifty-Five Cents ($310,635.55);

    c. **Fresco Produce, Inc.** shall have a PACA Claim in the amount of Four Hundred Fifty-Four Thousand Eighteen Dollars and Ninety-Four Cents ($454,018.94);

    d. **R&C Berndt, Inc. dba Sierra Produce** shall have a PACA Claim in the amount of One Hundred Fifty One Thousand Six Hundred Forty-Eight Dollars and Eight-Eight Cents ($151,648.88);

    e. **Premium Produce Distributors, Inc.** shall have a PACA Claim in

PDF created with pdfFactory trial version www.pdffactory.com

the amount of Two Hundred Thirty-Seven Thousand Five Hundred Twelve Dollars and Forty-Two Cents ($237,512.42);

    f.    **Divine Flavor, LLC** shall have a PACA Claim in the amount of Sixty-Four Thousand Nine Hundred Forty Eight Dollars and Twenty-Three Cents ($64,948.23);

    g.    **Comercial Alfonso Eyzaguirre y Cia. LTDA dba Comey Ltda** shall have a PACA Claim in the amount of One Hundred Fifty-Five Thousand Five Hundred Dollars and Eighty-Eight Cents ($155,500.88);

    h.    **Wilson Produce, LLC** shall have a PACA Claim in the amount of Fifty-Four Thousand One Hundred Ten Dollars and Eighty Cents ($54,110.80);

    i.    **Sunriver Trading Company Limited** shall have a PACA Claim in the amount of Thirty Six Thousand Three Hundred Thirty-Eight Dollars and Thirty-Three Cents ($36,338.33);

    j.    **Meyer, LLC** shall have a PACA Claim in the amount of Twenty-Seven Thousand Eight Hundred Sixty-One Dollars and Seven Cents ($27,861.07);

    k.    **Kirschenman Enterprises Sales** shall have a PACA Claim in the amount of One Hundred Twenty Three Thousand Two Hundred Dollars and No Cents ($123,200.00);

    l.    **CH Distributing, LLC** shall have a PACA Claim in the amount of Twenty Thousand Eight Hundred Sixty-One Dollars and Ninety-Seven Cents ($20,861.97);

    m.    **Gemco, Inc.** shall have a PACA Claim in the amount of Fifty Seven Thousand Nine Hundred Fifty-Nine Dollars and Seven Cents ($57,959.07);

    n.    **Zimmerman Farms, Inc.** shall have a PACA Claim in the amount of Three Thousand Four Dollars and Fifty-Eight Cents ($3,004.58);

    o.    **Salvadore Romero** shall have a PACA Claim in the amount of Thirty Six Thousand Nine Hundred and Six Dollars and Twenty-Eight Cents ($36,906.28);

    p.    **The Fruit Branch, Inc.** shall have a PACA Claim in the amount of

PDF created with pdfFactory trial version www.pdffactory.com

Three Hundred Six Thousand Seven Hundred Thirty-Eight Dollars and Seventy Cents ($306,738.70);

    q.    **Raul Alvarez** shall have a PACA Claim in the amount of Twenty Six Thousand Six Hundred Fifty-Four Dollars and Forty Seven Cents ($26,654.47);

    r.    **Maria Alvarado** shall have a PACA Claim in the amount of Twenty Six Thousand Nine Hundred Thirty-Nine Dollars and Forty Cents ($26,939.40);

    s.    **William Cotner** shall have a PACA Claim in the amount of Fifty Nine Thousand Six Hundred Forty Dollars and Seventeen Cents ($59,640.17);

    t.    **SunFed Produce, LLC** shall have a PACA Claim in the amount of Twenty Nine Thousand One Hundred Eighty-Nine Dollars and Ninety-Three Cents ($29,189.93)

4. The PACA Claimant stipulates that Defendant Martin Zaninovich may utilize the proceeds from his 401(k) account and/or IRA account. PACA Claimant has been advised of the current approximate balance of each account, and Defendant Martin Zaninovich has agreed to provide PACA Claimant with documentation showing the approximate current balance in each account. PACA Claimant agrees to not make any demand upon the 401(k) and/or IRA account proceeds, and further agree not to seek disgorgement from the recipients of any proceeds from such accounts. PACA Claimant further agrees to waive any claim against such 401(k) and/or IRA proceeds. PACA Claimant and Defendants agree that the agreement contained in this paragraph is conditioned upon (1) Defendant Martin Zaninovich providing documentation showing the approximate balance in each account; and (2) the aggregate balance of such accounts not exceeding the sum of Three Hundred Five Thousand Dollars ($305,000.00).

5. Defendants and PACA Claimants agree and further stipulate that this Stipulation shall not be deemed to constitute a waiver of any defense, argument, position, or rights of Defendants; whether the same be currently known or subsequently discovered against Defendants, other than that which is specifically set forth herein.

6. Intervening Plaintiff Frank A. Logoluso Farms joins in this Stipulation.

PDF created with pdfFactory trial version www.pdffactory.com

7. Intervening Plaintiffs Del Monte Fresh Produce, N.A. and C.H. Robinson Company joins in this stipulation, and agrees to withdraw its objections to the claims of PACA Claimants.

8. Counsel for PACA Claimants represents that it has all necessary approvals and/or authorizations from PACA Claimants, and that this Agreement is binding and final upon PACA Claimants.

9. Each party shall bear its own attorneys' fees and costs related to the Action and the execution of the Agreement.

10. The Agreement shall bind and inure to the benefit of all successors, assigns, and heirs of the Parties.

11. The Agreement states the entire agreement among the parties and supersedes their prior agreements, negotiations or understandings.  Each of these parties acknowledges and agrees that no other party, agent nor attorney of any of the parties has made any promises, representation and/or warranty – express of implied – that is not set forth in this Agreement.  This Agreement may not be altered, amended or modified, except in writing executed by duly authorized representatives of the parties.

12. Having resolved the objections to the PACA Claimants' PACA Claim, the Parties have agreed to withdraw the PACA Claimants' Motion and the Defendants Objection presently scheduled to be heard by the Court on December 4, 2009 at 1:00 p.m.

13. The Parties agree that this Stipulation may be executed in Counterparts.

///

///

Dated:  December 1, 2009           WALTER & WILHELM LAW GROUP,
                                   a Professional Corporation

                                   By:   /s/  Norman D. Morrison IV
                                         Norman D. Morrison IV,
                                         Attorneys for Defendants, Z&S Fresh,
                                         Inc. and Martin J. Zaninovich

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: December 1, 2009 | | RYNN & JANOWSKY, LLP |
| | By: | /s/ Bart Botta |
| | | Bart Botta, Attorneys for PACA Claimants/ Intervening Plaintiffs Booth Ranches, LLC; King Fresh Produce, LLC; Fresco Produce, Inc.; R&C Berndt, Inc. dba Sierra Produce; Premium Produce Distributors, Inc.; Divine Flavor, LLC; Comercial Alfonso Eyzaguirre y Cia. LTDA (aka "Comey"); Wilson Produce, LLC; Sunriver Trading Company Limited; Meyer, LLC; Kirschenman Enterprises Sales; CH Distributing, LLC; Gemco, Inc.; Zimmerman Farms, Inc.; Salvadore Romero; The Fruit Branch, Inc.; Raul Alvarez; Maria Alvarado; William Cotner; SunFed Produce, LLC |
| Dated: December 3, 2009 | | PERKINS, MANN & EVERETT, A PROFESSIONAL CORPORATION |
| | By: | /s/ Jan T. Perkins |
| | | Jan T. Perkins, Attorneys for Intervening Plaintiff Frank A. Logoluso Farms |
| Dated: December 2, 2009 | | MARTYN AND ASSOCIATES |
| | By: | /s/ Devin J. Oddo |
| | | Devin J. Oddo, Attorneys for Intervening Plaintiffs Del Monte Fresh Produce, N.A. and C.H. Robinson Company |

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Having read the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved in its entirety and that the PACA Claimant is deemed to have a valid PACA Claim in the amount identified in the Stipulation. As a result of the agreement of the Parties and the Stipulation executed by the Parties, the hearing on the motion filed by PACA Claimant/Intervening Plaintiff to determine validity is hereby rendered moot, and the hearing on PACA Claimant/Intervening Plaintiff's motion to determine validity is hereby vacated.

IT IS SO ORDERED.

Dated: December 4, 2009

/s/ OLIVER W. WANGER
Hon. OLIVER W. WANGER, Judge
United States District Court

PDF created with pdfFactory trial version www.pdffactory.com