1 | WALTER & WILHELM LAW GROUP
2 | a Professional Corporation
    Riley C. Walter (SBN 91839)
3 | Norman D. Morrison IV (SBN 212090)
    8305 North Fresno Street, Ste. 410
4 | Fresno, CA 93720
    Telephone:   (559) 435-9800
5 | Facsimile:   (559) 435-9868
    E-mail: nmorrison@W2LG.com
6 |
    Attorneys for Defendants, Z&S Fresh, Inc.
7 | and Martin J. Zaninovich

8 | **UNITED STATES DISTRICT COURT**

9 | **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC., | CASE NO. 1:09-CV-00906-OWW-SMS |
| Plaintiff, | **STIPULATION AND ORDER REGARDING AGREEMENT AND RESOLUTION OF PACA CLAIM AMOUNTS OF PACA CLAIMANT/INTERVENING PLAINTIFF FRANK A. LOGOLUSO FARMS** |
| vs. | |
| Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, AND MARGARET aka MARGE SCHOENBURG, | Date:  December 4, 2009<br>Time:  1:00 p.m.<br>Dept:  3 |
| Defendants | Complaint Filed:  May 22, 2009<br>Trial Date:  To Be Assigned |
| AND INTERVENING ACTIONS | |

Defendants Z&S Fresh, Inc., fdba Z&S Distributing Co., Inc. and Martin J. Zaninovich ("Defendants"), PACA Claimant/Intervening Plaintiff Frank A. Logoluso Farms (the "PACA Claimant")(collectively the "Parties") herein agree and stipulate regarding resolution of objection to the PACA Claimant's accepted PACA Claim amounts as follows:

1.      A hearing on a Motion to Determine Validity of Claim filed by PACA Claimant is presently scheduled to be heard by this Court on December 4, 2009, at 1:00 p.m.

2.      On November 18, 2009, various PACA claimants and Defendants Z&S Fresh, Inc. and Martin Zaninovich participated in a Court ordered mediation before Magistrate Judge Sandra Snyder.  At the mediation the Parties hereto stipulated on the

PDF created with pdfFactory trial version www.pdffactory.com

1    record to resolution of the claims dispute.

2        3.    Pursuant to an written agreement executed by the Parties (the

3    "Agreement"), the Parties have agreed that agree that PACA Claimant Frank A.

4    Logoluso Farms shall have a PACA Claim in the amount of One Million Two Hundred

5    Nine Thousand Two Hundred Ninety-Nine Dollars and Eighty-Three Cents

6    ($1,209,299.83).  Defendant Martin Zaninovich will provide a written statement on

7    behalf of ZM Fresh Special T's, Inc. that the Claim amount identified in this paragraph

8    satisfies the packing charges of ZM Fresh Special T's, Inc. for Logoluso's perishable

9    agricultural commodities packed by ZM Fresh Special T's, Inc.  The Parties further

10   agree that this Agreement is deemed to satisfy and resolve the dispute between Z&S

11   Fresh, Inc. and PACA Claimant regarding the packing charges identified in the PACA

12   Claimant's Proof of PACA Claim.

13       4.    Defendants have represented that Defendant Martin Zaninovich has a

14   401(k) account and an IRA account (collectively the "Retirement Accounts").  They have

15   further represented that the aggregate balance of the Retirement Accounts does not

16   exceed $305,000.  These are material representations relied upon by the PACA

17   Claimant in entering into this Agreement.  In reliance on such representations, and in

18   exchange for the Defendants' agreements in this Stipulation, the PACA Claimant waives

19   any claim to recover or disgorge monies that are, or may be, distributed from Defendant

20   Martin Zaninovich's Retirement Accounts ("Proceeds"), *provided that* the Proceeds are

21   used as set forth in this paragraph ("Permitted Uses").  The exclusive Permitted Uses of

22   the Proceeds are:

23       (a)    To pay legal and other professional fees,

24       (b)    To pay charges, assessments, fees and/or penalties associated with the
             withdrawal of funds from the Retirement Accounts,

25

26       (c)    To pay any obligations of Z&S Fresh, Inc. to the 401(k) accounts of its
             former employees (specifically excluding Defendant Zaninovich), and

27       (d)    Any charges, assessments, fees and/or penalties associated with (c).

28

Stipulation and Order regarding Agreed PACA
Claim (Logoluso)                                    -2-                    G:\docs\RGaumnitz\Orders to be
                                                                           signed\09cv906.stipo.reso.PACA.clm.JH.doc.docx

PDF created with pdfFactory trial version www.pdffactory.com

PACA Claimant and Defendants agree that the agreement contained in this paragraph is conditioned upon Defendant Martin Zaninovich providing documentation demonstrating the approximate represented balance in the Retirement Accounts.

5.     Defendants and the PACA Claimant agree that this Stipulation is intended as a final determination of the amount of the valid PACA Claim held by PACA Claimant. It is not intended to constitute a waiver of any defense, argument, position, or right of Defendants regarding any other issue in this case; whether the same be currently known or subsequently discovered.

6.     Counsel for PACA Claimant represents that it has all necessary approvals and/or authorizations from PACA Claimant, and that this Agreement is binding and final upon PACA Claimant.

7.     Each party shall bear its own attorneys' fees and costs related to the Action and the execution of the Agreement.

8.     The Agreement shall bind and inure to the benefit of all successors, assigns, and heirs of the Parties.

9.     The Agreement states the entire agreement among the parties and supersedes their prior agreements, negotiations or understandings.  Each of these parties acknowledges and agrees that no other party, agent nor attorney of any of the parties has made any promises, representation and/or warranty – express of implied – that is not set forth in this Agreement.  This Agreement may not be altered, amended or modified, except in writing executed by duly authorized representatives of the parties.

10.     Having resolved the objections to the PACA Claimant's PACA Claim, the Parties have agreed to withdraw the PACA Claimant's Motion and the Defendants Objection presently scheduled to be heard by the Court on December 4, 2009 at 1:00 p.m.

11.     The Parties agree that this Stipulation may be executed in Counterparts.

///

///

Dated:  December 3, 2009                    WALTER & WILHELM LAW GROUP,
                                            a Professional Corporation

PDF created with pdfFactory trial version www.pdffactory.com

1

2    By:    /s/ Norman D. Morrison IV
            Norman D. Morrison IV
3            Attorneys for Defendants, Z&S Fresh,
            Inc. and Martin J. Zaninovich
4

5

6  Dated:  December 3, 2009          PERKINS, MANN & EVERETT,
                                     A PROFESSIONAL CORPORATION
7

8    By:    /s/ Jan T. Perkins
            Jan T. Perkins, Attorneys for Intervening
9            Plaintiff Frank A. Logoluso Farms

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

1

ORDER

2

Having read the above Stipulation, and good cause appearing,

3

IT IS HEREBY ORDERED that the Stipulation is approved in its entirety and that

4

the PACA Claimant is deemed to have a valid PACA Claim in the amount identified in

5

the Stipulation.  As a result of the agreement of the Parties and the Stipulation executed

6

by the Parties, the hearing on the motion filed by PACA Claimant/Intervening Plaintiff to

7

determine validity is hereby rendered moot, and the hearing on PACA

8

Claimant/Intervening Plaintiff's motion to determine validity is hereby vacated.

9

10

IT IS SO ORDERED.

11

12

13

Dated: December 4, 2009

14

/s/ OLIVER W. WANGER
Hon. OLIVER W. WANGER, Judge
United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order regarding Agreed PACA
Claim (Logoluso)                                     -5-                    G:\docs\RGaumnitz\Orders to be
signed\09cv906.stipo.reso.PACA.clm.JH.doc.docx

PDF created with pdfFactory trial version www.pdffactory.com