1  WALTER & WILHELM LAW GROUP
   a Professional Corporation
2  Riley C. Walter (SBN 91839)
   Norman D. Morrison IV (SBN 212090)
3  8305 North Fresno Street, Ste. 410
   Fresno, CA 93720
4  Telephone:   (559) 435-9800
   Facsimile:   (559) 435-9868
5  E-mail: nmorrison@W2LG.com

6  Attorneys for Defendants, Z&S Fresh, Inc.
   and Martin J. Zaninovich
7

8                    **UNITED STATES DISTRICT COURT**

9           **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

10  ONIONS, ETC., INC. and DUDA FARM          CASE NO. 1:09-CV-00906-OWW-SMS
    FRESH FOODS, INC.,
11                                            **STIPULATION AND PROPOSED ORDER**
                  Plaintiff,                  **RESOLVING PACA CLAIM AMOUNTS OF**
12                                            **PACA CLAIMANTS/ PLAINTIFFS APB,**
    vs.                                       **INC. DBA TAVILLA SALES COMPANY**
13                                            **OF LOS ANGELES; CECILIA PACKING**
    Z&S FRESH, INC. fdba Z&S                  **COMPANY;  CLARK FARMS;  DUDA**
14  DISTRIBUTING CO., INC., MARTIN J.         **FARM FRESH FOODS, INC.;  GIUMARRA**
    ZANINOVICH, LOREN SCHOENBURG,             **FARMS, INC.;  GIUMARRA**
15  AND MARGARET aka MARGE                    **INTERNATIONAL MARKETING;  AND**
    SCHOENBURG,                               **ONIONS ETC., INC.**
16
                  Defendants                  Date:  December 4, 2009
17                                            Time:  1:00 p.m.
                                              Dept:  3
18
                                              Complaint Filed:  May 22, 2009
19  _____       Trial Date:  To Be Assigned

20  AND INTERVENING ACTIONS
    _____

21        Defendants Z&S Fresh, Inc., fdba Z&S Distributing Co., Inc. and Martin J.

22  Zaninovich ("Defendants"), and PACA Claimant/Plaintiffs APB, Inc. dba Tavilla Sales

23  Company of Los Angeles; Cecilia Packing Company;  Clark Farms;  Duda Farm Fresh

24  Foods, Inc.;  Giumarra Farms, Inc.;  Giumarra International Marketing;  Onions Etc., Inc.

25  (the "Meuers Group") and Frank A. Logoluso Farms (collectively the "Parties") agree

26  and stipulate to resolve objections to certain members of Meurers Group PACA claims.

27  accepted PACA Claim amounts as follows:

28        1.      A hearing on a Motion to Determine Validity of Claim filed by the Meuers

    Group is presently scheduled for December 4, 2009, at 1:00 p.m.

Stipulation and Order Regarding Agreed PACA          -1-          G:\docs\RGaumnitz\Orders to be
Claims (Meuers Group)                                            signed\09cv906.stipo.reso.PACA.clm.ons.etc.doc.d
                                                                 ocx

PDF created with pdfFactory trial version www.pdffactory.com

2. On November 18, 2009, Defendant and various PACA claimants participated in a Court ordered mediation before Magistrate Judge Sandra Snyder, the purpose of which was to resolve pending objections to various claims. At the mediation, the parties stipulated on the record the resolution of the claim disputes. Defendants, the Meuers Group and FALF agree that the amounts identified in paragraph 6 represent the valid PACA Trust Claim of each member of the Meuers Group whose PACA Proof of Claim remains the subject of a pending objection by Defendant, FALF or both.

3. The Meuers Group, FALF and Defendants agree that the following amounts represent the valid PACA Trust Claim of each listed Claimant:

a. **APB, Inc. dba Tavilla Sales Company of Los Angeles -** Forty Thousand Three Hundred and Sixty-One Dollars and Forty-One Cents ($40,361.40);

b. **Cecilia Packing Company** – The parties shall execute a Mutual Release; and there shall be no resulting claim amount.

c. **Clark Farms -** Eighty-Six Thousand, Seven Hundred Twenty-Seven Dollars and Eighty-Three Cents ($86,727.83);

d. **Duda Farm Fresh Foods, Inc. -** One Hundred Seventy-Two Thousand Six Hundred and Ninety Five Dollars and Ninety-Six Cents ($172,695.96);

e. **Giumarra Farms, Inc. -** One Hundred Sixty-Four Thousand Eighteen Dollars and Twenty-Five Cents ($164,018.25);

f. **Giumarra International Marketing -** One Hundred Five Thousand Three Hundred Ten Dollars and Thirty-Three Cents ($105,310.33);

g. **Onions Etc., Inc. -** One Hundred Seventeen Thousand Three Hundred and Ninety-One Dollars and Thirty-Eight Cents ($117,391.38)

4. Meuers Group, FALF and Defendants stipulate that Defendant Martin Zaninovich may utilize the proceeds from his 401(k) account and/or IRA account (collectively "Retirement Accounts") for the purpose of paying his undersigned attorneys and the Westmark Group (collectively "Professionals"). The Meuers Group agrees to not make any demand upon or seek disgorgement from the Professionals of the proceeds from the Retirement Accounts. The agreements contained in this paragraph

PDF created with pdfFactory trial version www.pdffactory.com

1  are expressly is conditioned upon (1) Martin Zaninovich providing documentation
2  demonstrating the approximate balance in each account; and (2) the representation by
3  Defendants that the aggregate balance of the Retirement Accounts does not exceed the
4  sum of Three Hundred Thousand Dollars ($300,000.00).

5       5.    Defendants and PACA Claimants agree and further stipulate that this
6  Stipulation shall not be deemed to constitute a waiver of any defense, argument,
7  position, or rights of Defendants; whether the same be currently known or subsequently
8  discovered against Defendants, other than that which is specifically set forth herein.

9       6.    The signatories below represent that each has authority to execute this
10 Stipulated Agreement, which is binding and final.

11      7.    Each party shall bear its own attorneys' fees and costs related to the
12 execution of the Agreement.

13      8.    This Agreement shall bind and inure to the benefit of all successors,
14 assigns, and heirs of the Parties, and is conditioned upon Defendants resolving all
15 pending objections to all claims by December 2, 2009.

16      9.    This Agreement is the entire agreement between the MLF Group, FALF
17 and Defendants and supersedes their prior agreements, negotiations or
18 understandings.  Each acknowledges and agrees that no promises, representation
19 and/or warranty – express of implied – has been made that is not set forth in this
20 Agreement.  This Agreement may not be altered, amended or modified, except in
21 writing executed by duly authorized representatives of the parties.

22      10.   Having resolved the objections to the PACA Claimants' PACA Claim, the
23 Parties have agreed to withdraw the PACA Claimants' Motion and the Defendants
24 Objection presently scheduled to be heard by the Court on December 4, 2009 at 1:00
25 p.m.

26 ///

27      11.   The Parties agree that this Stipulation may be executed in Counterparts.

28

Stipulation and Order Regarding Agreed PACA        -3-         G:\docs\RGaumnitz\Orders to be
Claims (Meuers Group)                                          signed\09cv906.stipo.reso.PACA.clm.ons.etc.doc.d
                                                               ocx

PDF created with pdfFactory trial version www.pdffactory.com

1    Dated:  December 3, 2009                          WALTER & WILHELM LAW GROUP,
                                                       a Professional Corporation
2

3                                            By:       /s/ NORMAN MORRISIN_____
                                                       Norman D. Morrison IV
4                                                      Attorneys for Defendants, Z&S Fresh,
                                                       Inc. and Martin J. Zaninovich
5

6    Dated:  December 3, 2009                          MEUERS LAW FIRM, P.L.

7

8                                            By:       /s/ KATY ESQUIVEL
                                                       Katy K. Esquivel
9                                                      Attorneys for PACA Claimants/Plaintiffs
                                                       APB, Inc. dba Tavilla Sales Company of
10                                                     Los Angeles; Cecilia Packing Company;
                                                       Clark Farms; Duda Farm Fresh Foods,
11                                                     Inc.; Giumarra Farms, Inc.; Giumarra
                                                       International Marketing; Onions Etc.,
12                                                     Inc.

13
     Dated:  December 3, 2009                          PERKINS, MANN & EVERETT,
14                                                     A PROFESSIONAL CORPORATION

15

16                                           By:       /s/ JAN PERKINS
                                                       Jan T. Perkins, Attorneys for Intervening
17                                                     Plaintiff Frank A. Logoluso Farms

18

19

20

21

22

23

24

25

26

27

28

---

Stipulation and Order Regarding Agreed PACA              -4-              G:\docs\RGaumnitz\Orders to be
Claims (Meuers Group)                                                    signed\09cv906.stipo.reso.PACA.clm.ons.etc.doc.d
                                                                         ocx

PDF created with pdfFactory trial version www.pdffactory.com

1

ORDER

2

Having read the above Stipulation, and good cause appearing,

3

IT IS HEREBY ORDERED that the Stipulation is approved in its entirety and that

4

the PACA Claimant is deemed to have a valid PACA Claim in the amount identified in

5

the Stipulation.  As a result of the agreement of the Parties and the Stipulation executed

6

by the Parties, the hearing on the motion filed by PACA Claimant/Intervening Plaintiff to

7

determine validity is hereby rendered moot, and the hearing on PACA

8

Claimant/Intervening Plaintiff's motion to determine validity is hereby vacated.

9

10

IT IS SO ORDERED.

11

12

Dated: December 4, 2009

13

14

/s/ OLIVER W. WANGER
Hon. OLIVER W. WANGER, Judge

15

United States District Court

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Regarding Agreed PACA
Claims (Meuers Group)                    -5-           G:\docs\RGaumnitz\Orders to be
                                                        signed\09cv906.stipo.reso.PACA.clm.ons.etc.doc.d
                                                        ocx

PDF created with pdfFactory trial version www.pdffactory.com