1  WALTER & WILHELM LAW GROUP
   a Professional Corporation
2  Riley C. Walter (SBN 91839)
   Norman D. Morrison IV (SBN 212090)
3  8305 North Fresno Street, Ste. 410
   Fresno, CA 93720
4  Telephone:   (559) 435-9800
   Facsimile:    (559) 435-9868
5  E-mail: nmorrison@W2LG.com

6  Attorneys for Defendants, Z&S Fresh, Inc.
   and Martin J. Zaninovich
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| 10  ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC., | CASE NO. 1:09-CV-00906-OWW-SMS |
| 11 | **STIPULATION AND ORDER RESOLVING PACA CLAIM AMOUNTS OF PACA CLAIMANTS/ PLAINTIFFS APB, INC. DBA TAVILLA SALES COMPANY OF LOS ANGELES; CECILIA PACKING COMPANY; CLARK FARMS; DUDA FARM FRESH FOODS, INC.; GIUMARRA FARMS, INC.; GIUMARRA INTERNATIONAL MARKETING; AND ONIONS ETC., INC.** |
| 12              Plaintiff, | |
| 13  vs. | |
| 14  Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, AND MARGARET aka MARGE SCHOENBURG, | |
| 15 | |
| 16 | |
| 17              Defendants | Date: December 4, 2009<br>Time: 1:00 p.m.<br>Dept: 3 |
| 18 | |
| 19 | Complaint Filed: May 22, 2009<br>Trial Date: To Be Assigned |
| 20  AND INTERVENING ACTIONS | |

21       Defendants Z&S Fresh, Inc., fdba Z&S Distributing Co., Inc. and Martin J.

22  Zaninovich ("Defendants"), and PACA Claimants APB, Inc. dba Tavilla Sales Company

23  of Los Angeles; Calavo Growers, Inc., Cecilia Packing Company; Clark Farms; Duda

24  Farm Fresh Foods, Inc.; Giumarra Farms, Inc.; Giumarra International Marketing;

25  Onions Etc., Inc., and Rio Vista, Ltd. dba Guimarra of Nogales (the "Meuers Group"),

26  Frank A. Logoluso Farms ("FALF"), and Del Monte Fresh Produce, N.A., Inc. and C.H.

27  Robinson Company (the "Del Monte Group") (collectively the "Parties") agree and

28  stipulate to resolve objections to certain members of the Meuers Group's PACA claims

    as follows:

Stipulation and Order Regarding Agreed PACA Claims (Meuers Group)   -1-   G:\docs\RGaumnitz\Orders to be signed\09cv906.stipo.rslv.PACACLMGiumarra.doc.docx

PDF created with pdfFactory trial version www.pdffactory.com

1. A hearing on a Motion to Determine Validity of Claim filed by the Meuers Group is presently scheduled for December 4, 2009, at 1:00 p.m.

2. On November 18, 2009, Defendants and various PACA claimants participated in a Court ordered mediation before Magistrate Judge Sandra Snyder, the purpose of which was to resolve pending objections to various claims.  At the mediation, the parties stipulated on the record the resolution of the claim disputes.  The Del Monte Group agreed to these stipulations telephonically.  Defendants, the Meuers Group, FALF and the Del Monte Group agree that the amounts identified in paragraph 3 represent the valid PACA Trust Claim of each member of the Meuers Group whose PACA Proof of Claim remains the subject of a pending objection by Defendant, FALF, and/or the Del Monte Group .

3. Pursuant to a written agreement executed by the Parties (the "Agreement"), the Meuers Group, FALF, the Del Monte Group and Defendants agree that the following amounts represent the valid PACA Trust Claim of each listed Claimant:

    a. **APB, Inc. dba Tavilla Sales Company of Los Angeles -** Forty Thousand Three Hundred and Sixty-One Dollars and Forty-One Cents ($40,361.40);

    b. **Cecilia Packing Company** – The parties shall execute a Mutual Release; and there shall be no resulting claim amount.

    c. **Clark Farms -** Eighty-Six Thousand, Seven Hundred Twenty-Seven Dollars and Eighty-Three Cents ($86,727.83);

    d. **Duda Farm Fresh Foods, Inc. -** One Hundred Seventy-Two Thousand Six Hundred and Ninety Five Dollars and Ninety-Six Cents ($172,695.96);

    e. **Giumarra Farms, Inc. -** One Hundred Sixty-Four Thousand Eighteen Dollars and Twenty-Five Cents ($164,018.25);

    f. **Giumarra International Marketing -** One Hundred Five Thousand Three Hundred Ten Dollars and Thirty-Three Cents ($105,310.33);

    g. **Onions Etc., Inc. -** One Hundred Seventeen Thousand Three Hundred and Ninety-One Dollars and Thirty-Eight Cents ($117,391.38)

PDF created with pdfFactory trial version www.pdffactory.com

4. Defendants have represented that Defendant Martin Zaninovich has a 401(k) account and an IRA account (collectively the "Retirement Accounts"). They have further represented that the aggregate balance of the Retirement Accounts does not exceed $305,000. These are material representations relied upon by the Meuers Group, FALF and the Del Monte Group in entering into this Agreement. In reliance on such representations, and in exchange for the Defendants' agreements in this Stipulation, the Meuers Group, FALF and the Del Monte Group waives any claim to recover or disgorge monies that are, or may be, distributed from Defendant Martin Zaninovich's Retirement Accounts ("Proceeds"), *provided that* the Proceeds are used as set forth in this paragraph ("Permitted Uses"). The exclusive Permitted Uses of the Proceeds are:

(a) To pay legal and other professional fees,

(b) To pay charges, assessments, fees and/or penalties associated with the withdrawal of funds from the Retirement Accounts,

(c) To pay any obligations of Z&S Fresh, Inc. to the 401(k) accounts of its former employees (specifically excluding Defendant Zaninovich), and

(d) Any charges, assessments, fees and/or penalties associated with (c).

The Meuers Group, FALF and the Del Monte Group and Defendants agree that the agreement contained in this paragraph is conditioned upon Defendant Martin Zaninovich providing documentation demonstrating the approximate represented balance in the Retirement Accounts.

5. Defendants, the Meuers Group, FALF and the Del Monte Group agree that this Stipulation is intended as a final determination of the amount of the valid PACA Claim held by certain members of the Meuers Group. It is not intended to constitute a waiver of any defense, argument, position, or right of Defendants regarding any other issue in this case; whether the same be currently known or subsequently discovered.

6. The signatories below represent that each has authority to execute this Stipulated Agreement, which is binding and final.

7. Each party shall bear its own attorneys' fees and costs related to the execution of the Agreement.

Stipulation and Order Regarding Agreed PACA Claims (Meuers Group)      -3-      G:\docs\RGaumnitz\Orders to be signed\09cv906.stipo.rslv.PACACLMGiumarra.doc.docx

PDF created with pdfFactory trial version www.pdffactory.com

1    8.   This Agreement shall bind and inure to the benefit of all successors,
2 assigns, and heirs of the Meuers Group, FALF, the Del Monte Group and Defendants.

3    9.   This Agreement is the entire agreement between the Meuers Group,
4 FALF, the Del Monte Group and Defendants and supersedes their prior agreements,
5 negotiations or understandings.  Each acknowledges and agrees that no promises,
6 representation and/or warranty – express of implied – has been made that is not set
7 forth in this Agreement.  This Agreement may not be altered, amended or modified,
8 except in writing executed by duly authorized representatives of the parties.

9    10.   Having resolved the objections to the PACA Claimants' PACA Claim, the
10 Meuers Group, FALF, the Del Monte Group and Defendants have agreed to withdraw
11 the Motion and the Defendants Objection presently scheduled to be heard by the Court
12 on December 4, 2009 at 1:00 p.m.

13    11.   The Parties agree that this Stipulation may be executed in Counterparts.

Dated:  December 3, 2009              WALTER & WILHELM LAW GROUP,
                                      a Professional Corporation

                                By:   /s/ Norman D. Morrison IV_____
                                      Norman D. Morrison IV
                                      Attorneys for Defendants, Z&S Fresh,
                                      Inc. and Martin J. Zaninovich

Dated:  December 3, 2009              MEUERS LAW FIRM, P.L.

                                By:   /s/ Katy K. Esquivel_____
                                      Katy K. Esquivel
                                      Attorneys for PACA Claimants/Plaintiffs
                                      APB, Inc. dba Tavilla Sales Company of
                                      Los Angeles; Calavo Growers, Cecilia
                                      Packing Company;  Clark Farms;  Duda
                                      Farm Fresh Foods, Inc.;  Giumarra
                                      Farms, Inc.;  Giumarra International
                                      Marketing;  Onions Etc., Inc., and Rio
                                      Vista, Ltd. Dba Guimarra of Nogales

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: December 3, 2009 | | PERKINS, MANN & EVERETT,<br>A PROFESSIONAL CORPORATION |
| | By: | /s/ Jan T. Perkins<br>Jan T. Perkins, Attorneys for Intervening Plaintiff Frank A. Logoluso Farms |
| Dated: December 3, 2009 | | MARTYN AND ASSOCIATES |
| | By: | /s/ Devin J. Oddo<br>Devin J. Oddo,<br>Attorneys for Intervening Plaintiffs Del Monte Fresh Produce, N.A. and C.H. Robinson Company |

Stipulation and Order Regarding Agreed PACA Claims (Meuers Group)   -5-   G:\docs\RGaumnitz\Orders to be signed\09cv906.stipo.rslv.PACACLMGiumarra.doc.docx

Case 1:09-cv-00906-MJS   Document 392   Filed 12/07/09   Page 5 of 6

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Having read the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the Stipulation is approved in its entirety and that the PACA Claimant is deemed to have a valid PACA Claim in the amount identified in the Stipulation. As a result of the agreement of the Parties and the Stipulation executed by the Parties, the hearing on the motion filed by PACA Claimant/Intervening Plaintiff to determine validity is hereby rendered moot, and the hearing on PACA Claimant/Intervening Plaintiff's motion to determine validity is hereby vacated.

IT IS SO ORDERED.

Dated: December 4, 2009

/s/ OLIVER W. WANGER
Hon. OLIVER W. WANGER, Judge
United States District Court

Stipulation and Order Regarding Agreed PACA Claims (Meuers Group)   -6-   G:\docs\RGaumnitz\Orders to be signed\09cv906.stipo.rslv.PACACLMGiumarra.doc.docx

PDF created with pdfFactory trial version www.pdffactory.com