WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter (SBN 91839)
Norman D. Morrison IV (SBN 212090)
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:      (559) 435-9868
E-mail:  nmorrison@W2LG.com

Attorneys for Defendants, Z&S Fresh, Inc. and Martin J. Zaninovich

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, AND MARGARET aka MARGE SCHOENBURG<br><br>Defendants<br><br>AND INTERVENING ACTIONS | CASE NO. 1:09-CV-00906-OWW-SMS<br><br>**OMNIBUS ORDER IDENTIFYING AGREED PACA CLAIM AMOUNTS PURSUANT TO SETTLEMENTS FILED ON 12/3/2009 AND 12/4/2009 PURSUANT TO ORDER AT HEARING ON 12/4/2009**<br><br>Complaint Filed:  May 22, 2009<br>Trial Date:  To Be Assigned |

1.     On Thursday, December 3, 2009, and Friday, December 4, 2009, Defendants Z&S Fresh, Inc. and Martin J. Zaninovich ("Defendants") and various PACA Claimants filed stipulations and proposed settlements relating to, among other things, the agreed upon PACA Claim amounts for the PACA Claimants.

2.     These stipulations and proposed Orders were filed as follows:

A.     Docket No. ("DN") 374:  Stipulation and Proposed Order for Agreement and Resolution of PACA Claim Amounts of PACA Claimant/Intervening Plaintiff Rick Dreo;

B.     DN 375: Stipulation and Proposed Order for Agreement and Resolution of

Omnibus Order Regarding Stipulated PACA Claim Amounts   -1-   G:\docs\RGaumnitz\Orders to be signed\09cv906.omnibus.o.dpc.docx

PDF created with pdfFactory trial version www.pdffactory.com

PACA Claim Amounts of PACA Claimant/Intervening Plaintiff Jacob Hiebert;

C. DN 376: Stipulation and Proposed Order for Agreement and Resolution of PACA Claim Amounts of PACA Claimant/Intervening Plaintiff Frank A. Logoluso Farms;

D. DN 377: Stipulation and Proposed Order for re Objections to Peters Fruit Farms Inc.'s PACA Claim;

E. DN 378: Stipulation and Proposed Order for Resolving PACA Claim Amounts of PACA Claimants/Plaintiffs APB, Inc. dba Tavilla Sales Company of Los Angeles; Cecilia Packing Company; Clark Farms; Duda Farm Fresh Foods, Inc.; Giumarra Farms, Inc.; Giumarra International Marketing; and Onions Etc., Inc.

F. DN 379: Stipulation and Proposed Order for Agreement and Resolution of PACA Claim Amounts of PACA Claimants/Intervening Plaintiffs Booth Ranches, LLC; King Fresh Produce, LLC; Fresco Produce, Inc.; RCBerndt, Inc. dba Sierra Produce; Premium Produce Distributors, Inc.; Divine Flavor, LLC; Comercial Alfonso Eyzaguirre y Cia, dba Comey Ltda; Wilson Produce, LLC; Sunriver Trading Company Limited; Meyer, LLC; Kirschenman Enterprises Sales; CH Distributing, LLC; Gemco, Inc.; Zimmerman Farms, Inc.; Salvadore Romero; The Fruit Branch, Inc.; Raul Alvarez; Maria Alvarado; William Cotner; Sunfed Produce, LLC

G. DN 380: Stipulation and Proposd Order for Agreement and Resolution of PACA Claim Amounts of PACA Claimant/Intervening Plaintiff Jewel Marketing &Agribusiness, LLC dba Crown Jewels Marketing, LLC

H. DN 383: Stipulation and Proposed Order for Agreement and Resolution of PACA Claim Amounts of PACA Claimant/Intervening Plaintiff Del Monte Fresh Produce, N.A.

3. The Court signed the Stipulation's and Proposed Order's identified in paragraph 2 on Monday, December 7, 2009, as DN 383 – 393.

PDF created with pdfFactory trial version www.pdffactory.com

4. On Friday, December 4, 2009, a hearing on the scheduled motions was held before this Court. At this hearing, this Court directed Defendants to prepare this Omnibus Order setting forth the agreed PACA Claim amounts of the parties executing the Stipulations identified in paragraph 2.

5. Pursuant to the Stipulations and Orders identified in paragraph 2, the following parties agreed to valid PACA Claim amounts in the following amounts:

   a. **APB, Inc. dba Tavilla Sales Company of Los Angeles –** Forty Thousand Three Hundred and Sixty-One Dollars and Forty-One Cents ($40,361.40);

   b. **Cecilia Packing Company** – The parties shall execute a Mutual Release; and there shall be no resulting claim amount.

   c. **Clark Farms –** Eighty-Six Thousand, Seven Hundred Twenty-Seven Dollars and Eighty-Three Cents ($86,727.83);

   d. **Duda Farm Fresh Foods, Inc. –** One Hundred Seventy-Two Thousand Six Hundred and Ninety Five Dollars and Ninety-Six Cents ($172,695.96);

   e. **Giumarra Farms, Inc. –** One Hundred Sixty-Four Thousand Eighteen Dollars and Twenty-Five Cents ($164,018.25);

   f. **Giumarra International Marketing –** One Hundred Five Thousand Three Hundred Ten Dollars and Thirty-Three Cents ($105,310.33);

   g. **Onions Etc., Inc. –** One Hundred Seventeen Thousand Three Hundred and Ninety-One Dollars and Thirty-Eight Cents ($117,391.38)

   h. **Booth Ranches, LLC –** Three Hundred Six Thousand Two Hundred and Eleven Dollars and Fifty-Cents ($306,211.50);

   i. **King Fresh Produce, LLC –** Three Hundred Ten Thousand Six Hundred Thirty-Five Dollars and Fifty-Five Cents ($310,635.55);

   j. **Fresco Produce, Inc. –** Four Hundred Fifty-Four Thousand Eighteen Dollars and Ninety-Four Cents ($454,018.94);

   k. **R&C Berndt, Inc. dba Sierra Produce –** One Hundred Fifty One Thousand Six Hundred Forty-Eight Dollars and Eight-Eight Cents

PDF created with pdfFactory trial version www.pdffactory.com

($151,648.88);

l. **Premium Produce Distributors, Inc. –** Two Hundred Thirty-Seven Thousand Five Hundred Twelve Dollars and Forty-Two Cents ($237,512.42);

m. **Divine Flavor, LLC –** Sixty-Four Thousand Nine Hundred Forty Eight Dollars and Twenty-Three Cents ($64,948.23);

n. **Comercial Alfonso Eyzaguirre y Cia. LTDA dba Comey Ltda –** One Hundred Fifty-Five Thousand Five Hundred Dollars and Eighty-Eight Cents ($155,500.88);

o. **Wilson Produce, LLC –** Fifty-Four Thousand One Hundred Ten Dollars and Eighty Cents ($54,110.80);

p. **Sunriver Trading Company Limited –** Thirty Six Thousand Three Hundred Thirty-Eight Dollars and Thirty-Three Cents ($36,338.33);

q. **Meyer, LLC –** Twenty-Seven Thousand Eight Hundred Sixty-One Dollars and Seven Cents ($27,861.07);

r. **Kirschenman Enterprises Sales –** One Hundred Twenty Three Thousand Two Hundred Dollars and No Cents ($123,200.00);

s. **CH Distributing, LLC –** Twenty Thousand Eight Hundred Sixty-One Dollars and Ninety-Seven Cents ($20,861.97);

t. **Gemco, Inc. –** Fifty Seven Thousand Nine Hundred Fifty-Nine Dollars and Seven Cents ($57,959.07);

u. **Zimmerman Farms, Inc. –** Three Thousand Four Dollars and Fifty-Eight Cents ($3,004.58);

v. **Salvadore Romero –** Thirty Six Thousand Nine Hundred and Six Dollars and Twenty-Eight Cents ($36,906.28);

w. **The Fruit Branch, Inc. –** Three Hundred Six Thousand Seven Hundred Thirty-Eight Dollars and Seventy Cents ($306,738.70);

x. **Raul Alvarez –** Twenty Six Thousand Six Hundred Fifty-Four Dollars and Forty Seven Cents ($26,654.47);

PDF created with pdfFactory trial version www.pdffactory.com

y. **Maria Alvarado –** Twenty Six Thousand Nine Hundred Thirty-Nine Dollars and Forty Cents ($26,939.40);

z. **William Cotner –** Fifty Nine Thousand Six Hundred Forty Dollars and Seventeen Cents ($59,640.17);

aa. **SunFed Produce, LLC –** Twenty Nine Thousand One Hundred Eighty-Nine Dollars and Ninety-Three Cents ($29,189.93)

bb. **Frank A. Logoluso Farms –** One Million Two Hundred Nine Thousand Two Hundred Ninety-Nine Dollars and Eighty-Three Cents ($1,209,299.83)

cc. **Rick Dreo –** Twenty-Seven Thousand Dollars ($27,000.00).

dd. **Jacob Hiebert –** Thirty-Two Thousand, Three Hundred Dollars and No-Cents ($32,300.00).

ee. **Jewel Marketing & Agribusiness, LLC dba Crown Jewels Marketing, LLC –** Seventy Thousand and Seventy-One Dollars and Sixty Cents ($70,071.60), exclusive of any attorneys' fees.

ff. **Del Monte Fresh Produce, N.A. –** Thirty Thousand Eight Hundred Seventy-Six Dollars and Seventy-One Cents ($30,876.71)

gg. **Peters Fruit Farms, Inc. –** Three Hundred Seventy-Eight Thousand Eight Hundred Forty-Four Dollars and Fifty-One Cents ($378,844.51.)

Having read the Stipulations and Proposed Orders identified in Paragraph 2, and good cause appearing, this Court orders that the Parties identified in paragraph 5 shall be deemed to have valid PACA Claim amounts in the amount, and subject to the terms and conditions identified therein, in accordance with the Stipulations identified in Paragraph 2.

IT IS SO ORDERED.

Dated: December 15, 2009

/s/ OLIVER W. WANGER
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com