WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter (SBN 91839)
Norman D. Morrison IV (SBN 212090)
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:   (559) 435-9868
E-mail:  nmorrison@W2LG.com

Attorneys for Defendants, Z&S Fresh, Inc.
and Martin J. Zaninovich

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC., | CASE NO. 1:09-CV-00906-OWW-SMS |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING AGREEMENT AND RESOLUTION OF PACA CLAIM AMOUNTS OF PACA CLAIMANT/INTERVENING PLAINTIFF DANDREA PRODUCE, INC.** |
| vs. | |
| Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, AND MARGARET aka MARGE SCHOENBURG, | Date:  December 4, 2009<br>Time:  1:00 p.m.<br>Dept:  3 |
| Defendants | Complaint Filed:  May 22, 2009<br>Trial Date:  To Be Assigned |
| AND INTERVENING ACTIONS | |

Defendants Z&S Fresh, Inc., fdba Z&S Distributing Co., Inc. and Martin J.

Zaninovich ("Defendants"), and PACA Claimant/Intervening Plaintiff Dandrea Produce,

Inc. (the "PACA Claimant")(collectively the "Parties") herein agree and stipulate

regarding resolution of objection to the PACA Claimant's accepted PACA Claim

amounts as follows:

1.      A hearing on a Motion to Determine Validity of Claim is presently

scheduled to be heard by this Court on December 4, 2009, at 1:00 p.m.  The Parties

have met and conferred to discuss resolution to the Objections to the PACA Claim of

PACA Claimant/Intervening Plaintiff Dandrea Produce, Inc.

2.      Pursuant to an written agreement executed by the Parties (the

"Agreement"), the Parties have agreed that PACA Claimant Dandrea Produce, Inc. shall

PDF created with pdfFactory trial version www.pdffactory.com

have a valid PACA Claim in the amount of Eighty-Three Thousand, Six Hundred Ten Dollars and Fifteen Cents ($83,610.15).

3. The PACA Claimant stipulates that Defendant Martin Zaninovich may utilize the proceeds from his 401(k) account and/or IRA account. PACA Claimant has been advised of the current approximate balance of each account, and Defendant Martin Zaninovich has agreed to provide PACA Claimant with documentation showing the approximate current balance in each account. PACA Claimant agrees to not make any demand upon the 401(k) and/or IRA account proceeds, and further agree not to seek disgorgement from the recipients of any proceeds from such accounts. PACA Claimant further agrees to waive any claim against such 401(k) and/or IRA proceeds. PACA Claimant and Defendants agree that the agreement contained in this paragraph is conditioned upon (1) Defendant Martin Zaninovich providing documentation showing the approximate balance in each account; and (2) the aggregate balance of such accounts not exceeding the sum of Three Hundred Five Thousand Dollars ($305,000.00).

4. Defendants and PACA Claimant agrees and further stipulates that this Stipulation shall not be deemed to constitute a waiver of any defense, argument, position, or rights of Defendants; whether the same be currently known or subsequently discovered by Defendants, other than that which is specifically set forth herein.

5. Intervening Plaintiff Frank A. Logoluso Farms joins in this Stipulation.

6. Counsel for PACA Claimant represents that it has all necessary approvals and/or authorizations from PACA Claimant, and that this Agreement is binding and final upon PACA Claimant.

7. Each party shall bear its own attorneys' fees and costs related to the execution of the Agreement.

8. The Agreement shall bind and inure to the benefit of all successors, assigns, and heirs of the Parties.

9. The Agreement states the entire agreement among the parties and supersedes their prior agreements, negotiations or understandings. Each of these

PDF created with pdfFactory trial version www.pdffactory.com

1   parties acknowledges and agrees that no other party, agent nor attorney of any of the

2   parties has made any promises, representation and/or warranty – express of implied –

3   that is not set forth in this Agreement.  This Agreement may not be altered, amended or

4   modified, except in writing executed by duly authorized representatives of the parties.

5        10.   The Parties agree that this Stipulation may be executed in Counterparts.

6

7   Dated:  December 16, 2009          WALTER & WILHELM LAW GROUP,
                                        a Professional Corporation

8

9                                      By:   /s/ Norman D. Morrison IV_____
                                            Norman D. Morrison IV

10                                          Attorneys for  Defendants, Z&S  Fresh,
                                            Inc. and Martin J. Zaninovich

11

12  Dated:  December 12, 2009          LAW OFFICE OF ROBERT E.
                                        GOLDMAN

13

14                                     By:   /s/ Robert E. Goldman_____

15                                          Robert E. Goldman,
                                            Attorneys for PACA

16                                          Claimant/Intervening Plaintiff Dandrea
                                            Produce, Inc.

17

18  Dated:  December 16, 2009          PERKINS, MANN & EVERETT,
                                        A PROFESSIONAL CORPORATION

19

20                                     By:   /s/ Jan T. Perkins_____
                                            Jan T. Perkins, Attorneys for Intervening

21                                          Plaintiff Frank A. Logoluso Farms

22

23

24

25

26

27

28

Stipulation and Order regarding Agreed PACA
Claim (Dandrea)          -3-          G:\docs\RGaumnitz\Orders to be
                                        signed\09cv906.stipo.agrmnt.amnt.PACA.Dandrea
                                        Produce.doc.docx

PDF created with pdfFactory trial version www.pdffactory.com

1

2                                    ORDER

3

4        Having read the above Stipulation, and good cause appearing,

         IT IS HEREBY ORDERED that the Stipulation is approved in its entirety and that

5    the PACA Claimant is deemed to have a valid PACA Claim in the amount identified in

6    the Stipulation.

7

8        IT IS SO ORDERED.

9

10       Dated: December 19, 2009

11

12                                              /s/ OLIVER W. WANGER
                                                United States District Court Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order regarding Agreed PACA        -4-        G:\docs\RGaumnitz\Orders to be
Claim (Dandrea)                                                 signed\09cv906.stipo.agrmnt.amnt.PACA.Dandrea
                                                                Produce.doc.docx

PDF created with pdfFactory trial version www.pdffactory.com