Scott J. Ivy, #197681
Lang, Richert & Patch
5200 N. Palm Ave., Suite 401
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

Attorneys for Defendant, FRESNO-MADERA
    FEDERAL LAND BANK ASSOCIATION, FLCA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., and DUDA FARM FRESNO FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z&S FRESH, INC., a California corporation, fdba Z&S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBERG, an individual, <br><br> Defendants | Case No.: 1:09-cv-00906-OWW-SMS <br><br> **ORDER GRANTING DEFENDANT FRESNO-MADERA LAND BANK ASSOCIATION, FCLA'S COUNTER MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [410] AND DENYING THE TRUSTEE'S MOTION TO INTERVENE** [422] <br><br> Date:  January 20, 2009 <br> Time:  10:30 a.m. <br> Dept:  7 |

[PROPOSED] ORDER    -1-

| | |
|---|---|
| 1 | FRANK A. LOGOLUSO FARMS, a California Corporation, |
| 2 | Intervenor Plaintiff, |
| 3 | v. |
| 4 | Z&S FRESH, INC., fbda Z&S DISTRIBUTING, CO., INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBERG an, individual; MARGARET aka MARGE SCHOENBERG, an individual; TWO PLAY PROPERTIES, LLC, a California limited liability company; TWO PLAY PROPERTIES ARIZONA, LLC, an Arizona limited liability company; THREE PLAY FARMS, a California general partnership; FOUR PLAY RANCH, a California general partnership; ZM FRESNO SPECIAL T'S, INC., a California corporation; FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, a corporation existing and operating under the Farm Credit Act of 1971, as amended and BANK OF THE WEST, a California corporation, |
| 15 | Defendants. |

Upon consideration of Fresno-Madera Federal Land Bank's (the "Land Bank") Opposition and Counter Motion to Amend [D.E. #410] (the "Counter Motion") and all supporting and opposing documentation and arguments of counsel, if any,

**IT IS HEREBY ORDERED** that the Land Bank's Counter Motion to Amend is GRANTED;

**IT IS FURTHER ORDERED** that the Land Bank's Second Amended Cross Complaint and First Amended Counter Complaint is hereby deemed timely filed as of the entry date of this Order;

**IT IS FURTHER ORDERED** that all Defendants, Cross Defendants and Counter Defendants shall have twenty (20) days from the entry date of this Order to Answer or otherwise

1  plead in response to the Land Bank's Second Amended Cross Complaint and First Amended
2  Counter Complaint.

5  IT IS SO ORDERED.

7  Dated:  February 11, 2010           /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE