# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIONS, ETC., and<br>DUDA FARM FRESH FOODS, INC.,<br><br>           Plaintiffs,<br><br>   v.<br><br>Z & S FRESH, INC., a California corporation, f/d/b/a Z & S DISTRIBUTING COMPANY, a California corporation, et al.,<br><br>           Defendants.<br>_____/<br><br><br>FRANK A. LOGOLUSO FARMS, a California corporation,<br><br>           Intervener Plaintiff,<br><br>   v.<br><br>Z & S FRESH, INC., a California corporation, f/d/b/a Z & S DISTRIBUTING COMPANY, a California corporation, , et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:09-cv-00906-OWW-SMS<br><br>CORRECTIVE ORDER GRANTING THE MOTION OF DEFENDANT FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FCLA, FOR LEAVE TO FILE AMENDED COMPLAINT (Doc. 410),<br><br>DENYING DEFENDANT LAND BANK'S MOTION TO STRIKE (Doc. 422), and<br><br>REVOKING THIS COURT'S PRIOR ORDER (Doc. 430) |

///

1

1 | This Court having considered the counter-motion of Defendant Fresno-Madera Federal
2 | Land Bank Association, FCLA (the "Land Bank"), to file an amended complaint (Doc. 410) (the
3 | "counter-motion"), and the Land Bank's motion to strike (Doc. 422), and all supporting and
4 | opposing documents and arguments of counsel, and having previously entered a order purporting
5 | to memorialize its decision, rendered from the bench, following a hearing on January 29, 2010
6 | (Doc. 430); and

This Court having discovered certain errors in its prior order on these motions, dated February 16, 2010 (Doc. 430), the contents of which were inconsistent with this Court's minute order, dated January 29, 2010 (Doc. 426),

It is hereby ORDERED:

1. This Court's February 16, 2010 order (Doc. 430) is revoked in its entirety.
2. The Land Bank's counter-motion to amend is hereby granted.
3. The Land Bank's Second Amended Cross-Complaint and First Amended Counter-Complaint are hereby deemed filed as of February 16, 2010.
4. All Defendants, Cross-Defendants and Counter-Defendants shall have twenty (20) days from service of this Order to answer or otherwise plead in response to the Land Bank's Second Amended Cross-Complaint and First Amended Counter-Complaint.
5. The Land Bank's motion to strike (Doc. 422) is hereby denied.

IT IS SO ORDERED.

**Dated:   March 8, 2010**          /s/ **Sandra M. Snyder**
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE