# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIONS ETC., INC., et al., | CASE NO. 1:09-cv-906-OWW-MJS |
| Plaintiffs, | ORDER DIRECTING COUNSEL TO FILE BASIS FOR OPPOSITION TO MOTION TO EXCEED THE DISCOVERY LIMITATIONS |
| v. | |
| Z&S FRESH, INC., et al., | RESPONSE DUE JUNE 30, 2010 |
| Defendants. | REPLY, IF ANY, DUE JULY 5, 2010 |
| _____/ | |

Defendants Loren S. Schoenburg and Margaret aka Marge Schoenburg have filed a Motion for Discovery [Doc. 473] asking the Court to allow the parties to exceed Rule 33's numerical limit on interrogatories. At least fifty parties have indicated that they oppose the Motion for Discovery.

The parties who oppose the Motion are hereby ORDERED to submit the basis for their opposition[1] in writing (no longer than three pages) not later than June 30, 2010. Should the parties supporting the Motion desire to file a reply, it too shall be no longer than three pages, and it shall be due not later than July 5, 2010.

IT IS SO ORDERED.

Dated:   June 22, 2010          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are free to file these papers jointly or to join in another party's filing if appropriate.