WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter (SBN 91839)
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Defendant, Martin J. Zaninovich

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, AND MARGARET aka MARGE SCHOENBURG<br><br>Defendants<br>AND INTERVENING ACTIONS<br>AND CROSS-COMPLAINTS | CASE NO. 1:09-CV-00906-OWW-MJS<br><br>JUDGMENT FOLLOWING ACCEPTANCE OF DEFENDANT MARTIN J. ZANINOVICH'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 68 BY PLAINTIFFS REPRESENTED BY RYNN & JANOWSKY<br><br>Complaint Filed: May 22, 2009<br>Trial Date: July 12, 2011 |

Defendant MARTIN J. ZANINOVICH having tendered Offers of Judgment made pursuant to Federal Rules of Civil Procedure Rule 68, to Plaintiffs represented by Rynn & Janowsky (collectively the "Parties") having timely accepted such Offers of Judgment in accordance with Fed. Rules Civ. P. Rule 68, in principal sums, plus costs accrued to the date of the offer, the Parties hereby request that this Court enter judgments against Martin J. Zaninovich as follows, all of which qualifies for trust protection under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499e, *et seq.*, pursuant to Federal Rules of Civil Procedure Rule 68(a).  Copies of the Offers of Judgment are attached hereto as Exhibit A:

**EXHIBIT A**

| PARTY | PRINCIPAL SUM | COSTS | TOTAL SUM |
|---|---|---|---|
| Booth Ranches, LLC (1) | 155,422.10 | 56.01 | 155,478.11 |
| Booth Ranches, LLC (2) | 21,218.57 | 6.59 | 21,225.16 |
| William Cotner | 30,271.24 | 11.55 | 30,282.79 |
| Maria Alvarado | 13,673.48 | 5.22 | 13,678.70 |
| Castro Produce, LLC | 14,213.39 | 4.38 | 14,217.77 |
| William H. Kopke, Jr., Inc. | 68,729.99 | 21.67 | 68,751.66 |
| Ciruli Brothers, LLC | 13,736.30 | 4.36 | 13,740.66 |
| Sunfed Produce, LLC | 14,815.77 | 5.21 | 14,820.98 |
| Ramon Rios | 7,372.75 | 2.39 | 7,375.14 |
| Raul Alvarez | 13,528.86 | 5.85 | 13,534.71 |
| The Fruit Branch, Inc. | 155,689.69 | 67.33 | 155,757.02 |
| Salvadore Romero | 18,732.32 | 7.59 | 18,739.91 |
| Zimmerman Farms, Inc. | 1,525.02 | 0.58 | 1,525.60 |
| Shipley Sales Service | 43,490.90 | 13.68 | 43,504.58 |
| Sunny Cove Citrus, LLC | 16,710.63 | 5.30 | 16,715.93 |
| Comercial Alfonso Eyzaguirre y Cia. Ltda dba Comey LTDA | 78,926.73 | 28.44 | 78,955.17 |
| Cal Fresco, LLC | 25,042.30 | 8.25 | 25,050.55 |
| Sunriver Trading Company Ltd. | 18,444.06 | 6.30 | 18,450.36 |
| Fisher Capespan USA, LLC | 12,433.64 | 3.86 | 12,437.50 |
| JP Produce, Inc. | 14,823.35 | 4.65 | 14,828.00 |
| Mikaelian and Sons, Inc. | 42,615.23 | 13.82 | 42,629.05 |
| Premium Produce Distributors, Inc. | 120,552.89 | 42.34 | 120,595.23 |
| King Fresh Produce, LLC | 157,667.59 | 55.30 | 157,722.89 |
| Gemco, Inc. | 29,417.97 | 16.42 | 29,434.39 |
| Pro Citrus Network, Inc. | 13,927.65 | 4.41 | 13,932.06 |
| Meyer, LLC | 14,141.29 | 4.84 | 14,146.13 |
| R&C Berndt, Inc. dba Sierra Produce | 76,971.60 | 26.39 | 76,997.99 |
| Wilson Produce, LLC | 27,464.72 | 9.30 | 27,474.02 |
| CH Distributing, LLC | 10,588.80 | 4.14 | 10,592.94 |
| Divine Flavor, LLC | 32,965.42 | 11.45 | 32,976.87 |
| Kirschenman Enterprises Sales | 62,531.95 | 25.35 | 62,557.30 |
| Big Chuy Distributors and Sons, Inc. | 37,606.98 | 11.80 | 37,618.78 |
| Pandol Brothers, Inc. | 110,093.03 | 34.16 | 110,127.19 |
| Richard Cottrell Marketing, Inc. | 36,794.92 | 11.74 | 36,806.66 |
| Seald Sweet, LLC | 95,511.79 | 29.12 | 95,540.91 |
| Sundale Sales, Inc. | 51,746.08 | 16.43 | 51,762.51 |
| J-C Distributing, Inc. | 4,457.71 | 1.37 | 4,459.08 |
| Chamberlain Distributing, Inc. | 66,888.66 | 20.40 | 66,909.06 |
| Fresco Produce, Inc. | 230,443.92 | 81.52 | 230,525.44 |
| Epicure Trading, Inc. | 49,588.11 | 14.81 | 49,602.92 |
| Golden Star Citrus, Inc. | 180,716.32 | 57.12 | 180,773.44 |

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment on Plaintiffs' claims filed in this matter are entered in favor of the Plaintiffs as against Defendant Martin J. Zaninovich, in the cumulative sums set out above, representing the principal sums and costs.

2. This partial judgment, made pursuant to Federal Rules of Civil Procedure Rule 68(a), shall be merged into the final judgment to be entered in this matter.

IT IS SO ORDERED.

Dated: August 26, 2010

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Judge,
Eastern District of California (Fresno)

PDF created with pdfFactory trial version www.pdffactory.com