Patrick J. Gorman (SBN 131138)
Bruce M. Brown (SBN 075943)
G. Christopher Kimura (SBN 258686)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-Mail: pgorman@wctlaw.com

Attorneys for Plaintiff in Intervention, VISALIA PRODUCE SALES, INC. dba PRODUCE SOURCE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC.; DUDA FARM FRESH FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z&S FRESH INC., a California corporation, fdba Z&S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual, <br><br> Defendants. <br><br> VISALIA PRODUCE SALES, INC., dba PRODUCE SOURCE <br><br> Intervenor Plaintiff | Case Number 1:09-CV-00906-OWW-MJS <br><br> **STIPULATION OF VOLUNTARY DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, by and between Intervenor Plaintiff, Visalia Produce Sales, Inc. dba Produce Source, Defendant Z&S Fresh, Inc., and Terence J. Long, Trustee of the PACA Trust as follows:

1  The action commenced on July 10, 2009, by plaintiff in intervention, Visalia
2  Produce Sales, Inc. dba Produce Source against defendant Z&S Fresh, Inc., (Doc. 64) is hereby
3  dismissed in its entirety, with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: September 3, 2010            WILD, CARTER & TIPTON
                                    A Professional Corporation

                                    By:  /s/ Patrick J. Gorman
                                         PATRICK J. GORMAN
                                         Attorneys for Visalia Produce Sales, Inc.,
                                         dba Produce Source

Dated: September 3, 2010            MCCORMICK, BARSTOW, ET AL

                                    By:  /s/ Mandy Jeffcoach
                                         MANDY JEFFCOACH
                                         Attorneys for Terence J. Long, Trustee of
                                         the PACA Trust

Dated: September 3, 2010            WALTER-WILHELM LAW GROUP

                                    By:  /s/ Norman D. Morrison, IV
                                         NORMAN D. MORRISON, IV
                                         Attorneys for Z&S Fresh, Inc.

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the above-captioned action by Visalia Produce Sales, Inc., dba Produce Source against Z&S Fresh, Inc., be dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   September 3, 2010**            /s/ Oliver W. Wanger

UNITED STATES DISTRICT JUDGE

STIPULATION OF VOLUNTARY DISMISSAL