WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter (SBN 91839)
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone:   (559) 435-9800
Facsimile:    (559) 435-9868
E-mail: rileywalter@W2LG.com

Attorneys for Defendant, Martin J. Zaninovich

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, AND MARGARET aka MARGE SCHOENBURG<br><br>Defendants<br><br>AND INTERVENING ACTIONS<br><br>AND CROSS-COMPLAINTS | CASE NO. 1:09-CV-00906-OWW-MJS<br><br>JUDGMENT FOLLOWING ACCEPTANCE OF DEFENDANT MARTIN J. ZANINOVICH'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 68 BY PLAINTIFF<br><br>Complaint Filed: May 22, 2009<br>Trial Date: July 12, 2011 |

Defendant MARTIN J. ZANINOVICH having tendered a Offer of Judgment made pursuant to Federal Rules of Civil Procedure Rule 68, and Plaintiff Mark L. Pascoe (collectively the "Parties") having timely accepted such Offer of Judgment in accordance with Fed. Rules Civ. P. Rule 68 in the principal sum of $8,423.65, plus costs accrued to date of the offer in the amount of $79.80, the Parties hereby request that this Court enter judgment in the total sum of $8,503.45 against Martin J. Zaninovich pursuant to Federal Rules of Civil Procedure Rule 68(a).  A copy of the Offer of Judgment is attached hereto as Exhibit "A".

///

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment on Plaintiff's claim filed in this matter is entered in favor of Plaintiff as against Defendant Martin J. Zaninovich, in the cumulative sum of $8,503.45, representing the principal sum of $8,423.65 and costs in the amount of $79.80.

2. This partial judgment, made pursuant to Federal Rules of Civil Procedure Rule 68(a), shall be merged into the final judgment to be entered in this matter.

IT IS SO ORDERED.

Dated: September 9, 2010

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Judge,
Eastern District of California (Fresno)

PDF created with pdfFactory trial version www.pdffactory.com