WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter (SBN 91839)
Norman D. Morrison IV (SBN 212090)
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:    (559) 435-9868
E-mail: nmorrison@W2LG.com

Attorneys for Defendants, Z&S Fresh, Inc.
and Martin J. Zaninovich

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC.<br><br>         Plaintiff,<br><br>vs.<br><br>Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, AND MARGARET aka MARGE SCHOENBURG<br><br>         Defendants<br><br>AND INTERVENING ACTIONS<br><br>AND CROSS-COMPLAINTS<br><br>AND COUNTER CLAIMS | CASE NO. 1:09-CV-00906-OWW-MJS<br><br>**ORDER RE WALTER & WILHELM LAW GROUP, A PROFESSIONAL CORPORATION'S EX PARTE APPLICATION FOR ORDER PERMITTING FILING OF SEALED DOCUMENT IN CONNECTION WITH MOTION TO WITHDRAW AND TERMINATE REPRESENTATION**<br><br>Date:<br>Time:<br>Dept.:<br>Judge:<br><br>Complaint Filed:   5/22/2009<br>Trial Date:             7/12/2011 |

On Tuesday, September 7, 2010, Walter & Wilhelm Law Group, a Professional Corporation (the "Firm" or "Walter & Wilhelm"), counsel of record for Defendant Z&S Fresh, Inc. filed an *Ex Parte* Application For Order Permitting the Filing of a Sealed Document. The Court, having considered said Application and the supporting Memorandum of Points and Authorities and Declaration submitted therewith, and good cause for issuance of the requested relief appearing,

IT IS ORDERED THAT:

Walter & Wilhelm's Application for an Order Permitting the Filing of a Sealed

PROOF OF SERVICE                              -1-

PDF created with pdfFactory trial version www.pdffactory.com

Document is hereby GRANTED, as set forth below:

1.  Walter & Wilhelm is hereby ordered to file the Declaration of Norman D. Morrison, IV, Esq., in Support of the Motion to Withdraw and Terminate Representation with the Clerk of this Court. Pursuant to Local Rule 141(e), Walter & Wilhelm shall file a paper copy of the Declaration with the Clerk; and the Clerk shall scan a copy of this document and maintain it on a part of the Court's servers limiting access only to authorized individuals. Pursuant to Local Rule 141(e), following scanning by the Court's Clerk, the original document shall be returned to Walter & Wilhelm for retention.

2.  The Declaration shall be sealed indefinitely. Access to such document shall be limited to this Court; any higher Court having jurisdiction; Walter & Wilhelm; and Defendant Z&S Fresh, Inc. Any future access by Z&S Fresh, Inc. shall be made by a corporate officer, director, or other individual duly authorized by the corporate body of Z&S Fresh, Inc., and the Court specifically orders that the Trustee appointed pursuant to this Court's Order of June, 2009, as well as any individuals employed/retained by or on behalf of the Trustee, shall have no right of access to the document filed under seal.

Date: September 10, 2010

/s/ OLIVER W. WANGER

Hon. Oliver W. Wanger, Judge

UNITED STATES DISTRICT COURT,
EASTERN DISTRICT COURT OF CALIFORNIA

PDF created with pdfFactory trial version www.pdffactory.com