Patrick J. Gorman (SBN 131138)
Bruce M. Brown (SBN 075943)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-Mail: pgorman@wctlaw.com

Attorneys for Plaintiff in Intervention, ARON MARGOSIAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC.; DUDA FARM FRESH FOODS, INC., <br><br>   Plaintiffs, <br><br> v. <br><br> Z&S FRESH INC., a California corporation, fdba Z&S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual, <br><br>   Defendants. <br><br> ARON MARGOSIAN, an Individual <br><br>   Intervenor Plaintiff | Case Number 1:09-CV-00906-OWW-MJS <br><br> **STIPULATION OF VOLUNTARY DISMISSAL; ORDER** |

   IT IS HEREBY STIPULATED AND AGREED, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, by and between Intervenor Plaintiff Aron Margosian and Defendant Martin J. Zaninovich as follows:

///

STIPULATION OF VOLUNTARY DISMISSAL

That the action commenced on July 13, 2009, by plaintiff in intervention, Aron Margosian (Doc. 74), be dismissed with prejudice as against defendant Martin J. Zaninovich only, with each party to bear their own attorneys' fees and costs.

Dated: September 17, 2010         WILD, CARTER & TIPTON
                                  A Professional Corporation

                                  By:   /s/ Patrick J. Gorman
                                        PATRICK J. GORMAN
                                        Attorneys for Aron Margosian

Dated: September 17, 2010         WALTER-WILHELM LAW GROUP
                                  A Professional Corporation

                                  By:   /s/ Norman D. Morrison, IV
                                        NORMAN D. MORRISON, IV
                                        Attorneys for Martin J. Zaninovich

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the above-captioned action initiated by plaintiff in intervention Aron Margosian is dismissed with prejudice as against defendant Martin J. Zaninovich only, with each party bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

**Dated:   September 17, 2010**          /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

STIPULATION OF VOLUNTARY DISMISSAL