Patrick J. Gorman (SBN 131138)
Bruce M. Brown (SBN 075943)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-Mail: pgorman@wctlaw.com

Attorneys for Plaintiff in Intervention, FOUR PLAY FARMS, a California Partnership

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC.; DUDA FARM FRESH FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z&S FRESH INC., a California corporation, fdba Z&S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual, <br><br> Defendants. <br><br> FOUR PLAY FARMS, a California Partnership <br><br> Intervenor Plaintiff | Case Number 1:09-CV-00906-OWW-MJS <br><br> **STIPULATION OF VOLUNTARY DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, by and between Intervenor Plaintiff, Four Play Farms, a California partnership and Defendant Martin J. Zaninovich as follows:

///

That the action commenced on July 13, 2009, by plaintiff in intervention, Four Play Farms, a California partnership, (Doc. 72) is hereby dismissed with prejudice as against defendant Martin J. Zaninovich only, with each party to bear their own attorneys' fees and costs.

Dated: September 17, 2010				WILD, CARTER & TIPTON
							A Professional Corporation

							By:   /s/ Patrick J. Gorman
							      PATRICK J. GORMAN
							      Attorneys for Four Play Farms, a California
							      Partnership

Dated: September 17, 2010				WALTER-WILHELM LAW GROUP
							A Professional Corporation

							By:   /s/ Norman D. Morrison, IV
							      NORMAN D. MORRISON, IV
							      Attorneys for Martin J. Zaninovich

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the above-captioned action initiated by plaintiff in intervention Four Play Farms, a California partnership is dismissed with prejudice as against defendant Martin J. Zaninovich only, with each party bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

**Dated:   September 17, 2010**			       /s/ Oliver W. Wanger
							UNITED STATES DISTRICT JUDGE

STIPULATION OF VOLUNTARY DISMISSAL