1  Patrick J. Gorman (SBN 131138)
   Bruce M. Brown (SBN 075943)
2  **WILD, CARTER & TIPTON**
   A Professional Corporation
3  246 West Shaw Avenue
   Fresno, California 93704
4  Telephone: (559) 224-2131
   Facsimile: (559) 229-7295
5  E-Mail: pgorman@wctlaw.com

6
   Attorneys for Plaintiff in Intervention, GEORGE MARGOSIAN
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11

| | |
|---|---|
| ONIONS ETC., INC.; DUDA FARM FRESH FOODS, INC., | Case Number 1:09-CV-00906-OWW-MJS |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL; ORDER** |
| v. | |
| Z&S FRESH INC., a California corporation, fdba Z&S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual, | |
| Defendants. | |
| GEORGE MARGOSIAN, an Individual | |
| Intervenor Plaintiff | |

        IT IS HEREBY STIPULATED AND AGREED, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, by and between Intervenor Plaintiff, George Margosian and Defendant Martin J. Zaninovich as follows:

///

That the action commenced on July 13, 2009, by plaintiff in intervention, George Margosian (Doc. 75), is hereby dismissed with prejudice as against defendant Martin J. Zaninovich only, with each party to bear their own attorneys' fees and costs.

Dated: September 17, 2010        WILD, CARTER & TIPTON
                                 A Professional Corporation


                                 By: /s/ Patrick J. Gorman
                                     PATRICK J. GORMAN
                                     Attorneys for George Margosian


Dated: September 17, 2010        WALTER-WILHELM LAW GROUP
                                 A Professional Corporation

                                 By: /s/ Norman D. Morrison, IV
                                     NORMAN D. MORRISON, IV
                                     Attorneys for Martin J. Zaninovich


**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the above-captioned action initiated by plaintiff in intervention George Margosian is dismissed with prejudice as against defendant Martin J. Zaninovich only, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

**Dated:   September 17, 2010**              **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE

STIPULATION OF VOLUNTARY DISMISSAL