1  Patrick J. Gorman (SBN 131138)
   Bruce M. Brown (SBN 075943)
2  **WILD, CARTER & TIPTON**
   A Professional Corporation
3  246 West Shaw Avenue
   Fresno, California 93704
4  Telephone: (559) 224-2131
   Facsimile: (559) 229-7295
5  E-Mail: pgorman@wctlaw.com

6

7  Attorneys for Plaintiff in Intervention, MARGOSIAN BROS., a California Partnership

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10  **FRESNO DIVISION**

| | |
|---|---|
| ONIONS ETC., INC.; DUDA FARM FRESH FOODS, INC., | Case Number 1:09-CV-00906-OWW-MJS |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL; ORDER** |
| v. | |
| Z&S FRESH INC., a California corporation, fdba Z&S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual, | |
| Defendants. | |
| MARGOSIAN BROS., a California Partnership | |
| Intervenor Plaintiff | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, by and between Intervenor Plaintiff, Margosian Bros., a California partnership and Defendant Martin J. Zaninovich as follows:

///

That the action commenced on July 13, 2009, by plaintiff in intervention, Margosian Bros., (Doc. 76) is hereby dismissed with prejudice as against defendant Martin J. Zaninovich only, with each party to bear its own attorneys' fees and costs.

Dated: September 17, 2010

WILD, CARTER & TIPTON
A Professional Corporation

By: /s/ Patrick J. Gorman
PATRICK J. GORMAN
Attorneys for Margosian Bros., a California Partnership

Dated: September 17, 2010

WALTER-WILHELM LAW GROUP
A Professional Corporation

By: /s/ Norman D. Morrison, IV
NORMAN D. MORRISON, IV
Attorneys for Martin J. Zaninovich

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the above-captioned action initiated by plaintiff in intervention Margosian Bros. is dismissed with prejudice as against defendant Martin J. Zaninovich only, with each party bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

**Dated:   September 17, 2010**          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

STIPULATION OF VOLUNTARY DISMISSAL