Patrick J. Gorman (SBN 131138)
Bruce M. Brown (SBN 075943)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-Mail: pgorman@wctlaw.com

Attorneys for Plaintiff in Intervention, TWO PLAY PROPERTIES, a California Limited Liability Company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC.; DUDA FARM FRESH FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z&S FRESH INC., a California corporation, fdba Z&S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual, <br><br> Defendants. <br><br> TWO PLAY PROPERTIES, a California Limited Liability Company <br><br> Intervenor Plaintiff | Case Number 1:09-CV-00906-OWW-MJS <br><br> **STIPULATION OF VOLUNTARY DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, by and between Intervenor Plaintiff, Two Play Properties, a California limited liability company and Defendant Martin J. Zaninovich as follows:

///

That the action commenced on July 13, 2009 and amended on July 31, 2009, by plaintiff in intervention, Two Play Properties, a California limited liability company (Doc. 77 and Doc. 186) is hereby dismissed with prejudice as against defendant Martin J. Zaninovich only, with each party to bear their own attorneys' fees and costs.

Dated: September 17, 2010        WILD, CARTER & TIPTON
                                 A Professional Corporation

                                 By: /s/ Patrick J. Gorman
                                     PATRICK J. GORMAN
                                     Attorneys for Two Play Properties, a
                                     California Limited Liability Company

Dated: September 17, 2010        WALTER-WILHELM LAW GROUP
                                 A Professional Corporation

                                 By: /s/ Norman D. Morrison, IV
                                     NORMAN D. MORRISON, IV
                                     Attorneys for Martin J. Zaninovich

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the above-captioned action initiated by plaintiff in intervention Two Play Properties is dismissed with prejudice as against defendant Martin J. Zaninovich only, with each party bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

**Dated:   September 17, 2010**              /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE