WALTER & WILHELM LAW GROUP
a Professional Corporation
Riley C. Walter (SBN 91839)
Norman D. Morrison IV (SBN 212090)
8305 North Fresno Street, Ste. 410
Fresno, CA 93720
Telephone:    (559) 435-9800
Facsimile:     (559) 435-9868
E-mail:  nmorrison@W2LG.com

Attorneys for Defendants, Z&S Fresh, Inc.
and Martin J. Zaninovich

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, AND MARGARET aka MARGE SCHOENBURG<br><br>　　　　　　　Defendants<br><br>AND INTERVENING ACTIONS<br><br>AND CROSS-COMPLAINTS<br><br>AND COUNTER CLAIMS | CASE NO. 1:09-CV-00906-OWW-MJS<br><br>**ORDER ON MOTION BY WALTER & WILHELM LAW GROUP, A PROFESSIONAL CORPORATION, TO WITHDRAW AND TERMINATE FURTHER LEGAL REPRESENTATION OF Z&S FRESH, INC.**<br><br>Date:   October 4, 2010<br>Time:   10:00 a.m.<br>Ctrm.:   3<br>Judge:  Hon. Oliver W. Wanger<br><br>Complaint Filed:   5/22/2009<br>Trial Date:           7/12/2011 |

　　　　On October 4, 2010, at 10:00 a.m., in Courtroom 3, this Court heard the motion filed by Walter & Wilhelm Law Group, a Professional Corporation ("Walter & Wilhelm"), Counsel for Defendant Z&S Fresh, Inc., to withdraw and terminate further legal representation of Defendant Z&S Fresh, Inc.  Appearing in the court was Norman D. Morrison IV, Esq., of the Walter & Wilhelm Law Group, a Professional Corporation, counsel for Defendant Z&S Fresh, Inc.  There were no other appearances of record, and there was no opposition to the motion.

　　　　The Court, having considered said Motion and the supporting Memorandum of Points and Authorities and Declaration submitted therewith which was filed under seal pursuant to

Local Rule 141, and good cause for issuance of the requested relief appearing,

IT IS ORDERED THAT:

1. The Motion filed by Walter & Wilhelm to withdraw and terminate representation of Defendant is hereby granted. Effective upon the filing of this Order, Walter & Wilhelm shall no longer be the counsel of record for Defendant Z&S Fresh, Inc., and the legal representation of Defendant Z&S Fresh, Inc. by Walter & Wilhelm will be deemed terminated as to this matter.

2. Defendant shall have a period of thirty (30) days in which to obtain and file a substitution of attorney or to seek a further extension of time.

3. It is further ordered that any information provided by Walter & Wilhelm, or any attorney thereof, relating to any client confidences that may have been required by the Court to be disclosed in the furtherance of this motion shall be filed under seal indefinitely, and shall not be released to any party, individual or entity other than the court, Walter & Wilhelm, and Z&S Fresh, Inc. The Court specifically orders that the Trustee appointed pursuant to this Court's Order of June, 2009, as well as any individuals employed/retained by or on behalf of the Trustee, shall have no right of access to any information provided by Walter & Wilhelm, or any attorney thereof, relating to any client confidences that may have been required by the Court to be disclosed in the furtherance of this motion.

IT IS SO ORDERED.

Dated:   **October 5, 2010**                    **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE