**Jan T. Perkins #057995**
**Jerry H. Mann #095466**
**Douglas V. Thornton #154956**
**Craig A. Tristao #256528**
**PERKINS, MANN & EVERETT**
**A Professional Corporation**
**2222 West Shaw Avenue, Suite 202**
**Fresno, California  93711**
**Telephone (559) 447-5700**
**Facsimile (559) 447-5600**

Attorneys for: Intervenor Plaintiff TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>Z & S FRESH, INC., a California corporation; Z & S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual, <br><br>Defendants. | Case No.:  1:09-cv-00906-OWW-MJS <br><br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL AND ORDER THEREON** |
| AND ALL RELATED ACTIONS. | |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure 41(a), by and between Intervenor Plaintiff TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, and Defendant BANK OF THE WEST, a California corporation as follows:

That the action commenced on February 17, 2010, by Intervenor Plaintiff TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER (Doc. No. 433), is hereby

1  dismissed without prejudice as against Defendant BANK OF THE WEST only, with each party
2  to bear his or its own attorneys' fees and costs.

3  Dated: January 31, 2011                    PERKINS, MANN & EVERETT, APC

                                              By: /s/ Jan T. Perkins                    .
                                              Jan T. Perkins, attorneys for Intervenor
                                              Plaintiff TERENCE J. LONG, TRUSTEE
                                              PURSUANT TO COURT ORDER


   Dated: January 26, 2011                    COLEMAN & HOROWITT, LLP


                                              By: /s/ Darryl J. Horowitt                    .
                                              Darryl J. Horowitt, attorneys for Defendant
                                              BANK OF THE WEST


### ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the complaint in intervention initiated by Intervenor Plaintiff TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, is dismissed without prejudice as against Defendant BANK OF THE WEST only, with each party to bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

   Dated:   **February 1, 2011**              _____/s/ Oliver W. Wanger_____
                                              UNITED STATES DISTRICT JUDGE

**PERKINS, MANN & EVERETT, APC**

2                                                                          {00029625.DOC;1}

**Stipulation of Voluntary Dismissal and Order Thereon**