JOSEPH LEWIS HORSWILL--#76818
**HORSWILL, MEDEROS & SOARES**
Attorneys at Law
791 North Cherry
Post Office Box 29
Tulare, California 93275

Telephone: (559) 686-3861
Fax: (559) 686-1514

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### EASTERN DIVISION

-o0o-

| | |
|---|---|
| ONIONS ETC, INC., and DUDA FARM FRESH FOODS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> Z & S FRESH INC. fdba Z & S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, and MARGARET aka MARGIE SCHOENBURG, <br><br> Defendants. | Case No. 1:09-CV-00906-OWW-SMS <br><br> Date: February 7, 2011 <br> Time: 10:00 a.m. <br> Court: Hon. Oliver W. Wanger |

**ORDER ON MOTION TO WITHDRAWAL AS ATTORNEY OF RECORD FOR DIEGO LUA**

The Motion of JOSEPH LEWIS HORSWILL came regularly for hearing before the Honorable Judge Oliver W. Wanger on February 7, 2011. DIEGO LUA having been duly served and no opposition to the motion to withdraw having been made, and good cause appearing therefor, the Court makes the following orders:

////

////

////

Order on Motion to Withdraw

1. JOSEPH LEWIS HORSWILL with the law firm of HORSWILL, MEDEROS & SOARES, are relieved as counsel for DIEGO LUA. DIEGO LUA, an individual, is acting in persona. IT IS SO ORDERED.

**Dated:  February 14, 2011**          /s/ **Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE