**DON J. POOL 166468**
**THE LAW FIRM OF POWELL & POOL**
7522 North Colonial Avenue, Suite 100
Fresno, California 93711
Telephone:   (559) 228-8034
Facsimile:    (559) 228-6818
dpool@powellandpool.com

Proposed Attorneys for JOHN VAN CUREN, Court-Appointed Receiver

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * *

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, and MARGARET aka MARGE SCHOENBURG, <br><br> Defendants. | Case No.  1:09-cv-00906-OWW-MJS <br><br> ORDER AUTHORIZING EMPLOYMENT OF COUNSEL <br><br> [28 U.S.C. § 959(b); L.R. 66-232(g)] <br><br> *No Hearing Required* |

Upon the filing by JOHN VAN CUREN, the Court-Appointed Receiver and his proposed attorneys, Don J. Pool, The Law Firm of Powell & Pool, of an Ex Parte Application of Receiver for Order Authorizing Employment of Counsel ("Ex Parte Application"), and the Court having duly considered the Ex Parte Application and supporting pleadings on file herein, hereby orders as follows:

IT IS HEREBY ORDERED that the Ex Parte Application is GRANTED.

/////

/////

-1-

Order Authorizing Employment of Counsel

PDF created with pdfFactory trial version www.pdffactory.com

1       IT IS SO ORDERED.

2

3   Dated: April 11, 2011

4                                               /s/ OLIVER W. WANGER
                                                UNITED STATES DISTRICT JUDGE

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

-2-

Order Authorizing Employment of Counsel

PDF created with pdfFactory trial version www.pdffactory.com