Jan T. Perkins #057995
Jerry H. Mann #095466
Douglas V. Thornton #154956
Ray S. Pool #226188
PERKINS, MANN & EVERETT
A Professional Corporation
2222 West Shaw Avenue, Suite 202
Fresno, California 93711
Telephone (559) 447-5700
Facsimile (559) 447-5600

Attorney for: Plaintiff TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC., <br><br>Plaintiffs,<br><br>v.<br><br>Z & S FRESH, INC., a California corporation; Z & S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGE SCHOENBURG, an individual,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS | Case No.: 1:09-cv-00906-OWW-MJS<br><br>**STIPULATION AND ORDER TO ESTABLISH A PACA CLAIMS PROCEDURE TO ALLOW FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, TO OBJECT TO CERTAIN PACA TRUST CLAIMS** |

This stipulation and order to establish a PACA claims procedure to allow Fresno-Madera Federal Land Bank Association, FLCA, to object to certain PACA trust claims is entered into by and between Plaintiff in Intervention Terence J. Long, Trustee Pursuant to Court Order (the "**Trustee**") and Fresno-Madera Federal Land Bank Association, FLCA (the "**Bank**"), and their attorneys of record, as follows:

### RECITALS

WHEREAS, the Trustee set a hearing on March 28, 2011, at 10:00 a.m., for his noticed motion for an order establishing a procedure to allow the Bank to object to certain

PERKINS, MANN & EVERETT, APC

1

{00032441.DOC;6}

**Stipulation And Order To Establish A PACA Claims Procedure To Allow Fresno-Madera Federal Lank Bank Association, FLCA, To Object To Certain PACA Trust Claims**

PDF created with pdfFactory trial version www.pdffactory.com

1  claims of trust benefits under the Perishable Agricultural Commodities Act of 1930, as
2  amended, 7 U.S.C. §499a, et seq. ("**PACA**");

3      WHEREAS, the Bank was the only party to oppose the motion;

4      WHEREAS, the Court, on March 28, 2011, continued the hearing on the motion
5  to April 11, 2011;

6      WHEREAS, the Trustee and the Bank resolved any disputes they had regarding
7  the motion and the order on the motion proposed by the Trustee;

8      WHEREAS, the Bank has indicated that it has objections, attached hereto as
9  Exhibit A, to certain of the PACA trust claims (each, a "**Claim Objectionable to Bank**") that
10  were filed pursuant to the earlier order establishing a PACA claims procedure (Doc. No. 48),
11  dated June 24, 2009 (the "**June 2009 Order**"); and

12      WHEREAS, as to the PACA claims *other* than the Claims Objectionable to
13  Bank (each, a "**Non-Objectionable Claim**"), the Bank has no objection to the determinations
14  of validity and amounts of the Non-Objectionable Claims as stated under the column "Claim
15  Amount Net of Invalid PACA Claims" in Trustee Terence J. Long's Revised Second PACA
16  Trust Chart Calculations Filed Pursuant to the Court's Order, dated December 24, 2009,
17  Document No. 407 (the "**Trustee's Prior Chart**");

18      The Trustee and the Bank hereby stipulate and propose an order as follows:

19  **STIPULATION**

20      1.    For purposes of this order (the "**April 2011 Order**"), the PACA proof of
21  claim of each claimant with a Claim Objectionable to Bank shall be deemed to be the PACA
22  proof of claim filed by the claimant pursuant to the June 2009 Order.

23      2.    On or before April 15, 2011, objections, as identified in Exhibit A, to the
24  Claims Objectionable to Bank may be made by the Bank only, and the Bank shall file and serve
25  the objections. Each objection must set forth in detail the legal and factual basis for the
26  objection to each Claim Objectionable to Bank and any supporting document subject to the
27  objection and attach any documents on which the objection is based.

28  ///

PERKINS, MANN & EVERETT, APC

2

{00032441.DOC;6}

**Stipulation And Order To Establish A PACA Claims Procedure To Allow
Fresno-Madera Federal Lank Bank Association, FLCA, To Object To Certain PACA Trust Claims**

PDF created with pdfFactory trial version www.pdffactory.com

3. Any amount, either in part or in whole, of a Claim Objectionable to Bank to which the Bank does not file and serve an objection by the objection date, shall be deemed a valid PACA claim for purposes of this April 2011 Order.

4. On or before April 29, 2011, a claimant whose Claim Objectionable to Bank the Bank has objected to as provided in paragraph 2 above may file and serve a detailed response to the Bank's objection; said claimant may rely upon any documents or evidence to rebut an objection by the Bank to a Claim Objectionable to Bank.

5. Any Claim Objectionable to Bank to which the Bank filed and served an objection as provided in paragraph 2 above, and no timely response was filed and served, shall be disallowed to the extent of the objection filed by the Bank.

6. On or before May 13, 2011, the Trustee shall file and serve a chart, which shall set forth the following listed items, each in a separate column:

   a. The name of each claimant with a Claim Objectionable to Bank;

   b. The amount of each Claim Objectionable to Bank;

   c. The amount of each Claim Objectionable to Bank that is subject to an objection by the Bank;

   d. The amount of each Claim Objectionable to Bank that is deemed valid due to the Bank not filing and serving an objection; and

   e. The amount of each Claim Objectionable to Bank that is disallowed due to the claimant failing to file and serve a response to an objection by the Bank.

7. The claimants with claims to which the Bank has filed and served objections as provided in paragraph 2 and the Bank shall exercise their best efforts to resolve any of the Bank's objections. In the event said parties are unable to resolve any objections, on or before May 27, 2011, the claimants, as applicable, shall file with the Court a separate motion to determine the validity or amount of the Claims Objectionable to Bank to which the parties were unable to resolve objections.

///

///

PERKINS, MANN & EVERETT, APC

3

{00032441.DOC;6}

**Stipulation And Order To Establish A PACA Claims Procedure To Allow Fresno-Madera Federal Lank Bank Association, FLCA, To Object To Certain PACA Trust Claims**

PDF created with pdfFactory trial version www.pdffactory.com

8. After resolution of all objections, either as a result of agreement between parties or a motion, as provided in paragraph 7, the Trustee shall timely file a final chart that will set forth the following listed items, each in a separate column:

   a. The names of all claimants, including the names of both those with Claims Objectionable to Bank and those with Non-Objectionable Claims;

   b. The amounts of each claim, representing, as applicable, either the amount of each Claim Objectionable to Bank as finally determined by the procedures set forth herein or the amount of each Non-Objectionable Claim as set forth in the Trustee's Prior Chart.

9. The total maximum amount of the PACA claim to which the Trustee alleges the Bank's secured interest to be subject shall be calculated as follows: the total amount of the claims set forth in 8.b above *minus* the total amount of all prior distributions to any claimants. Any subsequent distributions to any PACA claimants not accounted for in the previous sentence shall reduce said maximum amount of the PACA claim to which the Trustee alleges the Bank's secured interest to be subject.

Dated: April 8, 2011                     PERKINS, MANN & EVERETT, APC


By: /s/ Jan T. Perkins                              .
    Jan T. Perkins, attorneys for
    TERENCE J. LONG, TRUSTEE

Dated: April 8, 2011                     LANG, RICHERT & PATCH, APC


By: /s/ Scott J. Ivy                                .
    Scott J. Ivy, attorneys for
    FRESNO-MADERA FEDERAL LAND
    BANK ASSOCIATION, FLCA

PERKINS, MANN & EVERETT, APC

4

{00032441.DOC;6}

**Stipulation And Order To Establish A PACA Claims Procedure To Allow
Fresno-Madera Federal Lank Bank Association, FLCA, To Object To Certain PACA Trust Claims**

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Stipulation above shall be the order of this Court.

Dated: April 11, 2011

<u>/s/ OLIVER W. WANGER</u>
UNITED STATES DISTRICT JUDGE

PERKINS, MANN & EVERETT, APC

5

{00032441.DOC;6}

**Stipulation And Order To Establish A PACA Claims Procedure To Allow
Fresno-Madera Federal Lank Bank Association, FLCA, To Object To Certain PACA Trust Claims**

PDF created with pdfFactory trial version www.pdffactory.com