Jan T. Perkins #057995
Jerry H. Mann #095466
Douglas V. Thornton #154956
Ray S. Pool #226188
PERKINS, MANN & EVERETT
A Professional Corporation
2222 West Shaw Avenue, Suite 202
Fresno, California 93711
Telephone (559) 447-5700
Facsimile (559) 447-5600

Attorney for: Plaintiff TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> Z & S FRESH, INC., a California corporation; Z & S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGE SCHOENBURG, an individual, <br><br>    Defendants. | Case No.: 1:09-cv-00906-OWW-MJS <br><br> **STIPULATION AND ORDER TO SET A DATE FOR FURTHER SETTLEMENT CONFERENCE AND CONTINUE DISPOSITIVE MOTION FILING AND HEARING DATES** |
| TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER DATED 06/24/09 <br><br>    Intervenor Plaintiff, <br><br> v. <br><br> Z&S FRESH, INC., fbda Z&S DISTRIBUTING, CO., INC., a California corporation; et al. <br><br>    Defendants. | |

///

PERKINS, MANN & EVERETT, APC

1

{00039932.DOC;1}

**Stipulation And Order To Set A Date For Further Settlement Conference And
Continue Dispositive Motion Filing And Hearing Dates**

**RECITALS**

1. On February 16, 2011, a settlement conference was held.

2. Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER (the "**Trustee**") and Defendant, Cross-Claimant, and Counter-Claimant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA (the "**Bank**") were both represented at the settlement conference.

3. At the time, the positions of the Trustee and the Bank were too far apart to reach a settlement. Further, and in accordance with the scheduling order, the Trustee had received the Bank's expert witness report only two days before the settlement conference and the Bank had yet to receive the Trustee's rebuttal witness report. The parties were thus in the midst of expert discovery.

4. Since the February settlement conference, the Trustee has evaluated the Bank's expert witness report and taken the deposition of the Bank's expert. The Bank has evaluated the Trustee's rebuttal witness report. Additionally, the Trustee and the Bank have engaged in further settlement communications, wherein the parties have provided further explanation of the grounds for their positions.

5. With confirmation from Magistrate Judge Michael J. Seng, the Trustee and the Bank have agreed to hold another settlement conference on June 2, 2011, at 10:00 a.m., in Courtroom 6.

6. The dispositive motion filing and hearing dates are presently set for May 16, 2011 and June 20, 2011, respectively.

7. The Trustee and the Bank believe the dispositive motion filing and hearing dates should be continued to dates after the further settlement conference. If a settlement is reached, it would considerably alter the posture of the other parties in their prosecution of the case and render unnecessary the expenditure of resources of the parties and the court in preparing for and hearing dispositive motions.

8. The Trustee and the Bank therefore stipulate as follows:

PERKINS, MANN & EVERETT, APC

2

{00039932.DOC;1}

**Stipulation And Order To Set A Date For Further Settlement Conference And
Continue Dispositive Motion Filing And Hearing Dates**

**STIPULATION**

1. A further settlement conference will be held on June 2, 2011, at 10:00 a.m., in Courtroom 6.

2. The dispositive motion filing deadline will be continued from May 16, 2011 to June 24, 2011.

3. The dispositive motion hearing date will be continued from June 20, 2011 to July 25, 2011, at 10:00 a.m., in Courtroom 3.

Dated: May 9, 2011                    PERKINS, MANN & EVERETT, APC


By: /s/  Jan T. Perkins              .
    Jan T. Perkins, attorneys for
    TERENCE J. LONG, TRUSTEE


Dated: May 9, 2011                    LANG, RICHERT & PATCH


By: /s/  Scott J. Ivy                .
    Scott J. Ivy, attorneys for
    FRESNO-MADERA FEDERAL LAND
    BANK ASSOCIATION, FLCA


IT IS SO ORDERED.

Dated:  **May 9, 2011**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

PERKINS, MANN & EVERETT, APC

3

{00039932.DOC;1}

**Stipulation And Order To Set A Date For Further Settlement Conference And
Continue Dispositive Motion Filing And Hearing Dates**