**DON J. POOL 166468**
**THE LAW FIRM OF POWELL & POOL**
7522 North Colonial Avenue, Suite 100
Fresno, California 93711
Telephone:   (559) 228-8034
Facsimile:   (559) 228-6818
dpool@powellandpool.com

Attorneys for JOHN VAN CUREN, Court-Appointed Receiver

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \*

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, and MARGARET aka MARGE SCHOENBURG,<br><br>   Defendants. | Case No.  1:09-cv-00906-OWW-MJS<br><br>**ORDER SHORTENING TIME FOR HEARING ON PETITION FOR INSTRUCTIONS**<br><br>*[No Hearing Required]* |

FOR GOOD CAUSE SHOWN, the Ex Parte Application for Order Shortening Time for Hearing on Petition for Instructions ("Ex Parte Application") of JOHN VAN CUREN ("VAN CUREN" or "Receiver"), the duly court-appointed Receiver herein, is hereby **GRANTED**.

The hearing on the Petition for Instructions is to be heard in on May 23, 2011, at 11:00 a.m.

A copy of this Order and the moving papers are to be filed and served by facsimile or personal service on all parties/counsel on or before May 13, 2011, by 5:00 p.m.

-1-

PDF created with pdfFactory trial version www.pdffactory.com

-2-

1         Any opposition to the Ex Parte Application is to be filed and served by facsimile or personal service on all parties/counsel on or before May 19, 2011.

        No reply papers may be filed.

**IT IS SO ORDERED.**

Dated: May12, 2011

                                    /s/ OLIVER W. WANGER
                                    UNITED STATES DISTRICT COURT JUDGE

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

PDF created with pdfFactory trial version www.pdffactory.com