```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
```

ONIONS ETC., INC. et al,         )
                                 )
                                 )
                Plaintiff,       )      1:09-cv-00906 OWW MJS
                                 )
      v.                         )
                                 )
Z & S FRESH, INC. et al,         )      ORDER TO SHOW CAUSE
                                 )
                                 )
                Defendant        )
_____)

    A February 22, 2011 memorandum decision granted in part and denied in part Respondent Z Foods' motion for reconsideration of the Magistrate Judge's October 28, 3010 order enforcing a subpoena in an investigative context (Doc. 50).  The Court found a need for a special master in this case, and the parties were invited to make recommendations concerning the identify of the special master "when and if the EEOC is able to obtain jurisdiction" over Respondent Francisco Guerra.  Z Foods' counsel was requested to provide a "clear statement of the scope of his representation by March 15, 2010," and the EEOC was "requested to provide a status update on the status of service of an administrative subpoena on Mr. Guerra." Z Foods was also ordered to submit a form of order consistent with the February 22, 2011 decision within five days of electronic service.  No activity has taken place in this case since the February 22, 2011 decision was docketed.  In light of this inactivity, the EEOC is ordered to show cause in writing on or before July 15, 2011 why this case should not be dismissed for lack of prosecution. IT IS SO ORDERED.

Dated:  June 14, 2011                    /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE

1