UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z&S FRESH, INC. fbda Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, and MARGARET aka MARGE SCHOENBURG, <br><br> Defendants. | 1:09-cv-0906 OWW MJS <br><br> ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER (1) AUTHORIZING RECEIVER TO SELL THE PROPERTY; (2) APPROVING AGREEMENT WITH PROPOSED BUYER; AND (3) APPROVING OVERBID PROCEDURES |

FOR GOOD CAUSE SHOWN, the Ex Parte Application for Order Shortening Time for Hearing on Motion for Order (1) Authorizing Receiver to Sell the Property; (2) Approving Agreement with proposed Buyer; and (3) Approving Overbid Procedures ("Sale Motion") of John Van Curen ("Van Curen" or "Receiver"), the duly-appointed, qualified, and acting Receiver herein, is hereby GRANTED.

The sale Motion shall be heard on July 13, 2001, at 12:00 p.m.

A copy of this Order and the moving papers are to be filed

1

1  and served by facsimile or personal service on all
2  parties/counsel on or before July 7, 2011, at 4:30 p.m.
3       Any opposition to the Sale Motion is to be filed and served
4  by facsimile or personal service on all parties/counsel on or
5  before July 12, 2011, at 3:00 p.m.
6       Any reply may be presented orally at the time of the
7  hearing.
8  SO ORDERED.
9  DATED:  July 5, 2011.

11                                    /s/ Oliver W. Wanger
                                      Oliver W. Wanger
12                              UNITED STATES DISTRICT JUDGE