James H. Wilkins, #116364
Stephanie M. Grewal, #258691
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Defendant, Loren Schoenburg and Margaret Schoenburg

(SPACE BELOW FOR FILING STAMP ONLY)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA-FRESNO**

ONIONS ETC., INC. And DUDA FARM FRESH FOODS, INC.,

Plaintiff,

v.

Z&S FRESH INC. fdba Z&S DISTRIBUTING CO., INC.; MARTIN J. ZANINOVICH; LOREN S. SCHOENBURG; and MARGARET aka MARGE SCHOENBURG,

Defendants.

AND RELATED CROSS-ACTION.

Case Number 1:09-CV-00906-OWW-SMS

STIPULATION AND ORDER TO CONTINUE PRETRIAL CONFERENCE AND TRIAL DATE AND ORDER THEREON

Action Filed: May 22, 2009
Trial Date: September 13, 2011

WHEREAS the parties to this action, by and through their counsel, or individually if not represented by counsel, who sign this document, hereby submit the following stipulation to continue the Pretrial Conference and Trial Date. Specifically, all of the signatures received below are from counsel for parties who are actively involved in this litigation. Any counsel and/or parties who have not signed the stipulation are either not actively involved, have been previously dismissed or defaulted upon, or have not provided any response regarding their position with respect to continuing the trial date.

WHEREAS a number of issues and scheduling conflicts have arisen for a number of parties

and/or counsel involved in this action, that prevent their availability on the date of the currently scheduled trial;

WHEREAS, in the interest of all those involved in this action, the parties have agreed that the pretrial conference and trial date should be continued to ensure the availability of all parties and counsel;

WHEREAS, on June 13, 2011 (Doc. No. 673), Magistrate Judge Michael Seng granted the Motion of Carrie and Aaron Margosian to amend their answer and assert numerous new affirmative claims against the Land Bank. In light of the fact the Motion to amend and add these new claims was not made until after discovery had closed, Judge Seng's Order re-opened discovery solely to allow the Land Bank to conduct discovery with respect to the new claims. However, Judge Seng's Order stated that any requests by the Land Bank for an extension of the dispositive motion deadlines to allow them to file dispositive motions as to the new claims should be addressed to the District Judge. The Margosians and the Land Bank have agreed and Stipulated that the dispositive motion deadline, for the Land Bank only, shall be extended until November 4, 2011, and the hearing date for dispositive motions by the Land Bank only shall be December 5, 2011.

THEREFORE, it is stipulated and agreed by and among the parties, through their respective counsels of record, that the pretrial conference and trial of the above-captioned matter may be continued and be rescheduled as follows, in accordance with the new trial date.

Dispositive Motion Deadline (as to Land Bank Only): November 4, 2011

Dispositive Motion Hearing Deadline (as to Land Bank Only): December 5, 2011

Pretrial Conference: From August 8, 2011 to December 5, 2011

Trial: From September 13, 2011 to January 17, 2012

IT IS SO STIPULATED.

Dated: July 6, 2011

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By /s/ James H. Wilkins
James H. Wilkins
Attorneys for Defendants, Loren Shoenburg and Margaret Shoenburg



WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

Dated: July 1, 2011 MEUERS LAW FIRM PL

By /s/ Katy Koestner Esquivel
Katy Koestner Esquivel, PHV
Lawrence H. Meuers
Attorneys for Plaintiffs, Duda Farm Fresh Foods, Inc, Onions Etc., Inc., APB, Inc., Calavo Growers, Inc., Cecelia Packing Corporation, Clark Farms, Giumarra Farms, Inc., Giumarra International Marketing, I.G. Fruit, Inc., Rio Vista, Ltd.

Dated: July 6, 2011 RYNN & JANOWSKY

By /s/ Bartholomew Mark Botta
Bartholomew Mark Botta
Attorneys for Intervenor Plaintiffs, Maria Alvarado, Raul Alvarez, Big Chuy Distributors and Sons, Inc, Golden Star Citrus, Inc., Booth Ranches, LLC, CH Distributing, LLC, Cal Fresco, LLC, Castro Produce, LLC, Chamberlain Distributing, Inc., Ciruli Brothers, LLC, Comercial Alfonso Eyzaguirre y Cia. LTDA, Divine Flavor, LLC, Epicure Trading, Inc., Fisher Capespan USA, LLC, Fresco Produce, Inc., Gemco, Inc., J-C Distributing, Inc., JP Produce, Inc., Kaweah Avenue Properties, LLC, King Fresh Produce, LLC, Kirschenman Enterprises Sales, Meyer, LLC, Mikaelian and Sons, Inc., Pandol Bros., Inc., Premium Produce Distributors, Inc., Pro Citrus Network, Inc., R&C Berndt, Inc., Richard Cottrell Marketing, Inc., Seald Sweet West International, Inc., Seald Sweet, LLC, Shipley Sales Service, SunFed Produce, LLC, Sundale Sales, Inc., Sunny Cove Citrus, LLC, Sunriver Trading Company Limited, The Fruit Branch, Inc., William H. Kopke, Jr. Inc., Wilson Produce, LLC, Zimmerman Farms, Inc., Ramon Rios, and Salvadore Romero.

Dated: July 6 , 2011 BAKER, MANOCK & JENSEN

By /s/ Robert D. Wilkinson
Robert D. Wilkinson
Joseph M. Marchini
Attorneys for Intervenor Plaintiff, Peters Fruit Farms, Inc.



WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

Dated: July 6 , 2011

JONES HELSLEY PC

By /s/ Michael Helsley
Michael Helsley
Timothy Jones
Attorneys for Intervenor Plaintiff, Jewel Marketing & Agribusiness, LLC, dba Crown Jewel Marketing, LLC

Dated: July 6 , 2011

WILD, CARTER AND TIPTON

By /s/ Patrick J. Gorman
Patrick J. Gorman
Attorneys for Intervenor Plaintiffs, Visalia Produce Sales, Inc, dba Produce Source, Four Play Farms, Three Play Farms, Two Play Farms, Aron Margosian, George Margosian, Margosian Bros., Two Play Properties, LLC, Four Play Ranch, Defendants Four Play Ranch, Three Play Farms, Two Play Properties, LLC, Carrie Margosian, Aron Margosian

Dated: July 7, 2011

NATHAN D. IDE, ATTORNEY AT LAW

By /s/ Nathan D. Ide
Nathan D. Ide
Attorneys for Intervenor Plaintiffs, Joe W. Russell and Mark L. Pascoe

Dated: July 1, 2011

LANG, RICHERT & PATCH

By /s/ Scott J. Ivy
Scott J. Ivy
Attorneys for Cross-Claimant, Fresno-Madera Federal Land Bank Association, FLCA



WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

Dated: July 6 , 2011

MCCORMICK, BARSTOW, SHEPPARD, WAYTE AND CARRUTH, LLP

By /s/ Mandy L. Jeffcoach
Mandy L. Jeffcoach
Attorneys for Trustee, Terrance J. Long

Dated: July 6, 2011

PERKINS, MANN & EVERETT

By /s/ Douglas V. Thornton
Jerry H. Mann
Jan T. Perkins
Douglas V. Thornton
Attorneys for Intervenor Plaintiff, Frank A. Logoluso Farms and Trustee Terrance J. Long

Dated: July 1 , 2011

BARRY E. WEBER, ATTORNEY AT LAW

By /s/ Barry E. Weber
Barry E. Weber
Attorneys for Intervenor Plaintiff, Larry Gardner

Dated: July 7, 2011

GOLDMAN LAW

By /s/ Robert E. Goldman
Robert E. Goldman
Attorneys for Dandrea Produce, Inc.



WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

**ORDER**

IT IS SO ORDERED: The new trial date in this matter will be January 17, 2012, and the Scheduling Order shall be revised in accordance with the dates listed above.

IT IS SO ORDERED.

**Dated: July 11, 2011**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE



WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710