1   **DON J. POOL 166468**
2   **THE LAW FIRM OF POWELL & POOL**
    7522 North Colonial Avenue, Suite 100
3   Fresno, California 93711
    Telephone:     (559) 228-8034
    Facsimile:     (559) 228-6818
4   dpool@powellandpool.com

5   Attorneys for JOHN VAN CUREN, Court-Appointed Receiver

6

7

8                   **IN THE UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10                                  * * * *

11  ONIONS, ETC., INC. and DUDA FARM          )   Case No.  1:09-cv-00906-OWW-MJS
    FRESH FOODS, INC.,                         )
12                                             )   **ORDER (1) AUTHORIZING**
              Plaintiffs,                      )   **RECEIVER TO SELL PROPERTY; (2)**
13                                             )   **APPROVING AGREEMENT WITH**
    v.                                         )   **PROPOSED BUYER; AND (3)**
14                                             )   **APPROVING OVERBID**
    Z&S FRESH, INC. fdba Z&S                   )   **PROCEDURES**
15  DISTRIBUTING CO., INC., MARTIN J.          )
    ZANINOVICH, LOREN SCHOENBURG,              )   Date:   July 13, 2011
16  and MARGARET aka MARGE                     )   Time:   12:00 PM
    SCHOENBURG,                                )   Place:  Courtroom 3
17                                             )           U.S. Courthouse
              Defendants.                      )           2500 Tulare St., Ste. 1501
18                                             )           Fresno, California
                                               )
19                                             )   The Honorable Oliver W. Wanger
                                               )
20  _____   )

21

22          The hearing on the Motion for Order (1) Authorizing Receiver to Sell the

23  Property; (2) Approving Agreement with Proposed Buyer; and (3) Approving Overbid

24  Procedures in the above-captioned proceeding ("Motion") by JOHN VAN CUREN, the duly

25  Court-Appointed, qualified and acting Receiver in the above-captioned matter ("Receiver"),

26  came on for hearing on July 13, 2011, at 12:00 p.m., in Courtroom 3, before the Honorable

27  Oliver W. Wanger, United States District Court Judge, Eastern District of California, Fresno

28  Division, at the United States Government Courthouse, located at 2500 Tulare Street, Suite

*THE LAW FIRM OF POWELL & POOL*
*7522 North Colonial Avenue, Suite 100*
*Fresno, California 93711*

-1-

Order Authorizing Receiver to Sell Property, etc.

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

1  1501, Fresno, California, pursuant to the Court's Order Shortening Time entered on July 5,

2  2011. Don J. Pool, The Law Firm of Powell & Pool, appeared on behalf of Receiver. Other

3  appearances were noted on the record.

4        The Court, having duly considered the papers and pleadings on file herein, as

5  well as oral argument presented at the hearing on the Motion, and having been fully advised

6  thereon, and finding good cause to support the Receiver's Motion, IT IS HEREBY

7  ORDERED that:

8        1.    The Motion is GRANTED;

9        2.    The Purchase Offer and Sales Agreement dated June 24, 2011

10  (hereinafter the "PSA") between Receiver, John Van Curen, in his sole capacity as Receiver

11  for ZM Fresh Special T's, Inc. ("ZM Fresh"), and buyer Scott Critchley (hereinafter "Mr.

12  Critchley"), or his nominee, concerning the real property commonly known as a 18.79 acre

13  packing house and cold storage facility, located at 39303 Road 56, Dinuba, California 93618

14  (APN 029-070-010), as more particularly described in exhibit A, along with the description

15  of the personal property, also subject of this action (the "Receivership Estate" or the

16  "Property"), attached hereto and incorporated herein by this reference, is hereby approved

17  and confirmed. The Receiver is hereby authorized to perform his obligations under the PSA

18  on the terms and conditions set forth in the PSA, and on such terms and conditions as are

19  likely to avoid any further liability to the Receivership Estate, provided that such terms are

20  substantially similar to the terms of the PSA. Such obligations include, without limitation,

21  opening a sale escrow account ("Escrow") with Chicago Title Company, and taking such

22  actions as are necessary to cause the sale of the Receivership Estate to close pursuant to the

23  terms of the PSA, as the PSA may be amended or otherwise modified provided that any

24  amendments or modifications to the PSA contain terms substantially similar to the PSA;

25        3.    The purchase price of $3,700,000.00 is approved;

26        4.    The sales price for the sale of the Receivership Estate is fair and

27  reasonable and represents fair market value;

28  /////

-2-

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

IT IS HEREBY FURTHER ORDERED:

5.      The request for overbid hearing is GRANTED.  The overbid hearing and auction will be held on July 20, 2011 at 12:00p.m., in this Courtroom, under the Court's supervision in accordance with the following terms and conditions:

a.      Any potential bidder shall deliver to the Receiver, not later than the close of business July 19, 2011, $250,000.00 in certified funds payable to escrow holder Chicago Title, which amount shall be non-refundable to the high bidder if for any reason (a) the high bidder fails to close the sale such that title transfers no later than the closing date or (b) the high bidder fails to provide the balance of the purchase price to the Receiver one day prior to the closing date ;

b.      An initial overbid shall be at a cash price of at least $3,800,000.00, with any successive bids at least $25,000.00. The Court may reject any and all bids following the conclusion of the Auction;

c.      All bids submitted must be on terms and conditions substantially identical to the terms and conditions of the PSA except for modifications accepted by the Receiver in his sole discretion, or such other terms as may be approved by the Court;

d.      Mr. Critchley, or his nominee, may bid against any third party at the overbid hearing; and

e.      If the overbid of a party other than Mr. Critchley, or nominee, is the successful and accepted bid at the overbid hearing, then the deposits delivered by Mr. Critchley shall be promptly refunded to Mr. Critchley.

6.      The Receiver is authorized to execute a Grant Deed to transfer title to the Property pursuant to the terms of the PSA.  The Buyer is purchasing the Receivership Estate on an "AS-IS," "WHERE IS," and "WITH ALL FAULTS" basis, without any representations or warranties whatsoever by the Receiver, except as expressly set forth in the PSA.  The Buyer is responsible for all due diligence, including but not limited to inspection of and title to the Receivership Estate being acquired and is not relying on the representation or warranty of the Receiver, except as expressly set forth in the PSA;

–3–

Order Authorizing Receiver to Sell Property, etc.

PDF created with pdfFactory trial version www.pdffactory.com
PDF created with pdfFactory trial version www.pdffactory.com

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

7.      The Receiver is authorized to pay out of the sale proceeds at the Close of Escrow any unpaid taxes, including penalties, and amounts necessary to cause the removal of any tax liens applicable to the Property, all other closing costs that are the responsibility of the Receiver, as set forth on the final closing statement prepared by Chicago Title Company, and reimbursement of any out of pocket costs that the Receiver incurs in connection with the sale of the Receivership Estate and other expenses set forth in the PSA that are the responsibility of the Receiver as Seller thereunder;

8.      Subject to the foregoing, the remaining proceeds from the sale of the Receivership Estate shall be paid over to the Receiver for deposit in an interest-bearing account until approval of the Receiver's outstanding fees and charges and deduction of same, with the remaining net sales proceeds to be placed by the Receiver in a blocked interest-bearing account in the sole name of Fresno-Madera Federal Land Bank Association, FLCA;

9.      The Receiver is authorized to take all actions and execute all documents necessary to consummate and otherwise effectuate the sale of the Receivership Estate including, but not limited to, amendments and modifications to the PSA (provided that any amendments or modifications to the PSA contain terms substantially similar to the PSA), the other documents required to be executed pursuant to the PSA, and related documentation and conveyance documents consistent with selling and conveying title to the Property. The Receiver shall execute all documents necessary to consummate and otherwise effectuate the sale of the Receivership Estate as "John Van Curen in his sole capacity as Receiver" on behalf of ZM Fresh;

10.     Any licensed title insurer may rely on this Sale Order as authorizing the Receiver to transfer legal title to the Receivership Estate as stated in Paragraph 9 above;

11.     The Receiver and Buyer acted in good faith in connection with the negotiation, execution, delivery, and consummation of the sale of the Receivership Estate;

12.     A certified copy of this Order is to be recorded with the Recorder's Office for Tulare County, California;

/////

-4-

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

1        13.     This Court retains jurisdiction over any dispute involving the Receiver

2    with respect to the sale of the Receivership Estate authorized by this Sale Order;

3        14.     The Buyer of the Receivership Estate is to be provided a copy of this

4    Sale Order by the Receiver or through Escrow at least five (5) days before Close of Escrow

5    and will acknowledge receipt of a copy of this Sale Order by initialing a copy of this Sale

6    Order on the acknowledgment space below.

7        15.     Notice for the Receiver's Motion was proper.

8        IT IS SO ORDERED.

9

10   Dated: July 14, 2011

11                           /s/ OLIVER W. WANGER

12                          THE HONORABLE OLIVER W. WANGER
                                 UNITED STATES DISTRICT COURT JUDGE

13

14

15   _____     PURCHASER'S ACKNOWLEDGMENT OF
                                RECEIPT OF THIS SALE ORDER

16

17

18

19

20

21

22

23

24

25

26

27

28

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

–5–

Order Authorizing Receiver to Sell Property, etc.

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT A

PDF created with pdfFactory trial version www.pdffactory.com

# EXHIBIT A

## REAL PROPERTY

### ZM FRESH FACILITY BUILDINGS, EQUIPMENT AND SUPPLIES
### 39303 ROAD 56, DINUBA, CA 93618

#### BUILDINGS

**Packing and Cold Storage Building**

| Description | Square Feet | Frame | Exterior | Roof | Foundation |
|---|---|---|---|---|---|
| Main office | 6,145 | Steel | Metal | Metal | Concrete Slab |
| Shipping office | 2,064 | Steel | Metal | Metal | Concrete Slab |
| Receiving canopy | 6,150 | Steel | Open | Metal | Concrete Slab |
| Receiving office | 144 | Steel | Metal | Metal | Concrete Slab |
| Packing room | 50,285 | Steel & Wood | Metal | Metal | Concrete Slab |
| Electrical room | 484 | | (Part of packing room) | | |
| Cold storage room #1 | 5,280 | Steel & Wood | Metal | Metal | Concrete Slab |
| Cold storage room #2 | 5,280 | Steel & Wood | Metal | Metal | Concrete Slab |
| Cold storage room #3 | 11,550 | Steel & Wood | Metal | Metal | Concrete Slab |
| Cooled storage room | 5,084 | Steel & Wood | Metal | Metal | Concrete Slab |
| Degreening rooms (4) | 6,468 | Steel | Metal | Metal | Concrete Slab |
| Mechanical room | 1,716 | Steel & Wood | Metal | Metal | Concrete Slab |

**Other Buildings**

| Description | Square Feet | Frame | Exterior | Roof | Foundation |
|---|---|---|---|---|---|
| Storage warehouse #1 | 6,710 | Steel | Metal | Metal | Concrete Slab |
| Storage warehouse #2 | 5,512 | Steel | Metal | Metal | Concrete Slab |
| Guard shack | 60 | Wood | Metal | Metal | Concrete Slab |

LEGAL DESCRIPTION

EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF TULARE, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

The East half of the Southeast quarter of the Southeast quarter of Section 27, Township 16 South, Range 23 East, Mount Diablo Base and Meridian, in the County of Tulare, State of California, according to the official plat thereof.

EXCEPTING THEREFROM the East 40 feet.

APN: 029-070-016

# PRIMARY PERSONAL PROPERTY

### MAIN ELECTRICAL ROOM (PG&E METER ROOM)

1. Image 328, main panel—Industrial Electric Mfg., S.O# 033409-001.

2. Image 329, west side fire pump breaker (GE).

3. Image 331, 3 phase breaker panel (GE Cat# A F495N) to left of main panel.

4. Image 332, step down transformer, Jefferson Electric, Cat# 223-2214.

5. Image 333, breaker panel, GE Cat# TL42BC3.

6. Image 335, shows layout of panels and transformer.

7. Image 336, metal work station with miscellaneous items inside.

8. Image 337, shelving.

9. Image 338, control panel for cold storage condenser.

10. Image 339, switch controls for condenser and compressor room.

11. Image 340, degreening room motor control center panel.

12. Image 341, 110 volt breaker panel, north wall, approximately 9' above floor.

### COLD STORAGE CONDENSER AREA

1. Image 342, Evapco condenser, S/N# 8331322.

2. Image 343, Champion 5 H.P air compressor, S/N# DM004545.

3. Image 344, Champion 5 HP air compressor, S/N# DM015433.

4. Image 345, power disconnects for Champion air compressors, Square D left and Murray right.

5. Image 346, 8 power disconnects for Evapco condenser, all Square D.

6. Images 347 & 348, ammonia receiver vessel, S/N# 941045

7. Images 349 & 350, ammonia suction accumulator vessel for flooded refrigeration system.

PDF created with pdfFactory trial version www.pdffactory.com

COLD STORAGE COMPRESSOR ROOM

1. Image 351, Frick ammonia suction accumulator vessel for re-circulation refrigeration system, S/N# 259112.

2. Image 352, ammonia pumps with switchboxes for re-circ system, left pump S/N# 110612, right pump S/N# 153768. Both have Baldor motors.

3. Image 353, GE main power disconnect and starter for 100 HP Vilter compressor, CT/#232YBF41W0404.

4. Image 354, Vilter piston compressor, S/N# 11711AHRCD, with 100 HP Toshiba motor, S/N# 41685360.

5. Image 354_1, Ram main power disconnect and starter for Frick 60 HP screw compressor.

6. Image 355, Frick screw compressor, S/N#'S XIS120500440 and 74990 with 60 HP Century motor, Part# 6-358657-02.

7. Image 356, Ram main power disconnect and starter for 100 HP Frick screw compressor.

8. Image 357, Frick screw compressor, S/N#'S XJF125LD170FF and 119376 with 100 HP Ram motor, S/N# 1296671-P-HA.

9. Image 358, Ram main power disconnect and starter for 400 HP Frick screw compressor.

10. Image 359, Frick screw compressor, S/N#'S TDSH233S1120F, 501.20FFMPLHAA3 and 74632 with Toshiba 400 HP motor, S/N# 94101252.

11. Image 360, Alpha Laval glycol chilling unit for degreening rooms, S/N# 30110-71R59.

12. Image 361, chemical pump system for condenser water treatment, Concept Plus Pump, S/N# 2707043900 and Sea Metrics P1 35 monitor/controller.

13. Image 362, GE ½ HP oil transfer pump, S/N# ONJ040001.

14. Image 363, Jacket water pump with Emerson motor, S/N# L06-13M42-M

15. Image 364, ethylene gas regulating system for degreening rooms 1, 2, 3 & 4.

16. Image 365, Square D evaporator cooler control for compressor room.

17. Image 366, Phoenix evaporator cooler, S/N# 2170661.

PDF created with pdfFactory trial version www.pdffactory.com

EXTERIOR PERIMETER OF MAIN BUILDING AND GROUNDS

SOUTH SIDE

1. Image 367, Coxreels model # 1125-6-75 hose and reel.

2. Images 367_1, 367_2 and 367_3, boiler room with P-K Thermific Gas Fired Heating Boiler model N-1200, S/N# BL31-01-22402, U S motor model AE49 with Peerless Pump, S/N # 730305 and related equipment.

WEST SIDE

1. Image 368, west of condenser, Chamberlain power gate unit, S/N# 1309N9613.

2. Image 369, cull elevators and hopper, west of main building.

3. Image 370, control panel for cull elevators and flume pump.

4. Image 371, Coxreels Model # 1125-6 75 hose and reel.

5. Image 372, Isuzu diesel engine for fire pump, S/N# 930158 stamped on block.  Generator S/N# M08D30659205.

6. Image 373, GE control unit for diesel generator.

7. Image 374, 500 gallon diesel fuel tank for diesel generator.

8. Image 375, U S Electric fire pump motor, S/N# 3657E48-1.

9. Image 377, Square D control panel for 50 HP fire pump motor.

10. Image 378, pressurized water tank for 50 HP fire pump.

11. Image 379, Lakos sand filter for pressurized water tank.

12. Image 380, control panel for fruit cull hopper.

13. Image 381, Amerex forklift battery charger, S/N# 401CS89228.

14. Image 382, 9 Square D power disconnects for battery chargers , all Cat# H361.

15. Image 383, Gom main valves for fire suppression sprinkler control.  Left unit is wet system and right unit is dry system.

16. Image 384, Rain Bird irrigation control box for drip system along perimeter fence line.

PDF created with pdfFactory trial version www.pdffactory.com

17. Image 385, Reznor degreaser heating units for cold storage room 1. north unit S/N#ARD66M4N19092, center unit S/N# ASF6602N27505, south unit S/N# ARD66M4N19093.

18. Image 386, 58 Macrobin Model 26 plastic fruit bins with various company names.

19. Image 387, 20 wood fruit bins with various company names.

NORTH SIDE

1. Image 388, Coxreels  Model # 1125-6-75 reel (hose missing).

2. Image 389, Carrier condenser and compressor unit for main office, S/N# 2807F00435, with Siemens power disconnect switch.

3. Image 390, Carrier condenser and compressor unit for main office conference room, S/N# 1507E27261, with Siemens power disconnect switch.

4. Image 391, (located in utility room on north side), Carrier evaporator, furnace and blower unit for main office, S/N# 3306A29713.

5. Image 392, (located in utility room on north side), Carrier evaporator, furnace and blower unit for main office conference room, S/N# 3607A14690.

EAST SIDE

1. Image 393, Carrier condenser and compressor unit for employee break room, S/N#4107E10665, with Siemens power disconnect switch.

2. Image 395, Carrier condenser and compressor unit for shipping office, S/N# 2807E00479, with Siemens power disconnect switch.

3. Image 396, Bryant condenser and compressor unit for alarm/server/camera security room, S/N# 3807E15789.

4. Image 397, Toro sprinkler control, S/N# TOA000703, for main office landscaping and east fence area.

5. Image 397_1, Chamberlain power gate unit for wrought iron office entrance gate, S/N# C203N3379.

SHIPPING OFFICE

ALARM/SERVER /CAMERA SECURITY ROOM

1. Image 398 & 399, Valley Alarm equipment and controls, red panel S/N# 11688411, Dell Optiplex 330 computer, S/N# 7TX16H1, Dell keyboard and CyberVision monitor, S/N# 1S80U03861.

2. Image 401, RCA television, S/N# 944627560.

3. Image 402 & 403, miscellaneous parts and cords for alarm/server/camera security systems.

4. Image 404, server equipment, Dell Optiplex 755 Unit, S/N# FWVHQH1, Cisco unit, S/N# FTX1048W0H7, U S Robotics unit, S/N# 0006912F47B4, Linksys wireless unit, S/N# M0200GB01913.

5. Image 407, Samsung OfficeServ 7200 phone system unit, unable to see S/N#.

6. Image 409, 413 & 414, Pelco 8100 Series camera security system, Pelco controller unit, unable to access S/N#, APC backup unit, unable to access S/N#, Dell LCD monitor, unable to access S/N#, AOC LCD monitor, S/N# 9917BCA004850 and Pelco keyboard.

7. Image 414_1, Dell Dimension computer, S/N# C175X.

8. Image 415, Dell keyboard.

9. Image 416 & 417, New HP keyboard with related parts from Signal Communication in Fresno.

10. Image 418, Belkin switchbox cables, 2 sets.

11. Image 419, fruit pressure test unit, stands and sizing rings.

12. Image 420 & 421, plans and manuals.

13. Image 422, Ryan 40 day transit temp recorders, quantity 20, unopened case.

14. Image 423, 2 boxes of Office Depot stacking wall tiles, 8 per box.

15. No Image, RCA VCR unit, S/N# B254MG0U4.

16. Image 424, Chatillon fruit weighing scale, S/N# 39170.

17. Image 425, Ansul fire extinguisher.

SHIPPING OFFICE-- EMPLOYEE BREAK ROOM

1. Image 426, Miller chair, S/N# KDSEQ00112, with table.

2. Image 427, GE Profile refrigerator, S/N# VH040507.

3. Image 428, trash container.

4. Image 429, GE Profile microwave, S/N# FR912702U.

5. Image 430, Krups coffee maker, REP# FM514/B58-32/05.

6. Images 431, 432 & 433, Miscellaneous dishes and glassware.

PDF created with pdfFactory trial version www.pdffactory.com

7. Image 434, Hampton flatware.

8. Image 435, Amerex fire extinguisher.

9. Image 436, first aid cabinet.

SHIPPING OFFICE—WORK STATION AREA

1. Image 437, Miller chair, S/N# KDSEQ00022, with work station desk (SE corner).

2. Image 438, Dell Optiplex SX 280, S/N# JNRCI71, computer with Dell keyboard.

3. Images 439 & 440, miscellaneous desk accessories.

4. Image 441, Samsung OfficeServ DS-5021D phone, S/N# 2P4K010225T and Plantronics remote headset.

5. Image 442, Hon 2 drawer lateral filing cabinet.

6. Image 443, Miller chair, S/N# KDSEQ0023, with work station desk (NE corner).

7. Image 444, Dell Optiplex SX 270 computer, S/N# 37P5L31, Dell LCD monitor, S/N# CN0J1806-71618-438-CONF and Dell keyboard.

8. Image 445, Samsung OfficeServ DS-5021D phone, S/N# 2P4K010224L and Casio hand held calculator.

9. Image 446, Miller chair, S/N# KDSEQ00101, with work station desk (center, south)

10. Image 447, Dell Optiplex SX 270 computer, S/N# 95YLM41, Dell LCD monitor, S/N# CN-0J1806-71618-457-AFCV , Dell keyboard and Symbol bar code scanner, S/N# ME9WRU.

11. Image 448, Samsung OfficeServ DS-5021D phone, S/N# 2P4K01022W and Plantronics remote headset.

12. Image 449, 3 Fast fill truck airbag nozzles.

13. Image 450, miscellaneous desk accessories.

14. Image 451, Hon 2 drawer lateral filing cabinet.

15. Image 452, Miller chair, S/N# KDSEQ00063 with work station desk (center, north).

16. Image 453, Samsung OfficeServ DS-5021D phone, S/N# 2P4K010217A.

17. Image 454, miscellaneous desk accessories.

18. Image 455, Canon Image Runner 1630, S/N# JRK00773 with stand.

PDF created with pdfFactory trial version www.pdffactory.com

19.  Image 456, miscellaneous office supplies and accessories.

20.  Image 457, truck seals and Ryan transit temperature recorder.

21.  Image 458, Dirt Devil vacuum cleaner, S/N# 4603482-9457.

22.  Image 459, Amerex fire extinguisher.

23.  Image 460, 6 clipboards.

SHIPPING OFFICE—UTILITY ROOM

1.  Image 461, A.O. Smith gas hot water heater, S/N# M07J010254.

2.  Image 462, Bryant evaporator and blower unit, S/N# 3907A58191, for alarm/server/camera security room.

3.  Image 463, Carrier evaporator, furnace and blower unit shipping office, S/N# 3306A29715.

MAIN BUILDING

LAUNDRY ROOM

1.  Image 464, Whirlpool electric clothes dryer, S/N# MY1141291.

2.  Image 465, GE clothes washer, S/N# WLSR2200J3WW.

3.  Image 466, 2 mop buckets and mop.

4.  Images 467 &468, employee aprons and coveralls.

MAIN BUILDING—EMPLOYEE BREAK ROOM

1.  Image 471, GE refrigerator, S/N# GR798027.

2.  Image 471-1, GE refrigerator, S/N# GR798026.

3.  Image 472, 4 Magic Chef microwaves, S/N#'S  DJ07805150, DJ07713910, DJD7807335 and DJ08401519.

4.  Image 473, 5 Magic Chef microwaves, S/N#'S  DJ07701068, DJ07807327, DJ07407935, DJ07809719 and DJ07711520.

5.  Image 474, Cuisinart toaster Model # CPT140.

6.  Image 475, counter top cabinet with sink and storage drawers.

7.  Image 476, counter top cabinet with drawers.

8. Images 477 & 478, 16 concrete tables with seats,

9. Image 478_1, employee bulletin board.

MAIN BUILDING EMPLOYEE BREAK ROOM—UTILITY ROOM

1. Image 479, A.O. Smith gas hot water heater, S/N# M07J010267.

2. Image 480, Carrier evaporator, furnace and blower for employee break room, S/N#3107A31574.

3. Image 481, Rubbermaid cleaning cart and supplies.

4. Image 482, miscellaneous cleaning and bathroom equipment/supplies.

5. Images 483, 484 and 485, 3 Rubbermaid trash receptacles.

MAIN BUILDING OFFICE—RECEPTION AREA

1. Images 496 & 497, Miller chair, S/N# KDSEQ00098 with wood reception desk.

2. Image 498, miscellaneous desk accessories.

3. Images 499, 500 & 501, wood storage cabinet with miscellaneous office supplies.

4. Image 502, reception area wood corner desk.

MAIN BUILDING OFFICE—PRIVATE OFFICE #1

1. Images 503, Miller chair (unable to access serial #) with wood work station desk.

2. Images 504 & 505, Dell Optiplex 755 computer, S/N# 9XC47H1, Dell LCD monitor, S/N# CN-0C730C-71623-85F-3552 and Dell keyboard.

3. Image 506, Samsung OfficeServ DS-5021D phone, S/N# Z?4K140987X.

4. Image 507, HP Laser Jet P2015d printer, S/N# CNBJC53097.

5. Image 508, miscellaneous desk accessories.

6. Image 509, Miller chair, S/N# KDSEQ00115.

7. Image 510, wood 2 drawer lateral filing cabinet.

MAIN BUILDING OFFICE—PRIVATE OFFICE #2

1. Image 511, Miller chair, S/N# KDSWQ00113 with wood work station desk.

PDF created with pdfFactory trial version www.pdffactory.com

2   Image 512, Dell Optiplex 755 computer, S/N# BKC47H1, Dell LCD monitor, S/N# CN 0C730C-71623-85E-3765 and Dell keyboard.

3.   Image 513, Samsung OfficeServ DS-5021D phone, S/N# 2P4K021429F.

4.   Image 514, HP Laser Jet P2015d printer, S/N# CNBJC53098.

5.   Image 515, miscellaneous desk accessories.

6.   Image 516, wood 2 drawer lateral filing cabinet.

MAIN BUILDING OFFICE - GENERAL WORKING AREA

1.   Image 517, Miller chair, S/N# KDSED0C10S with wood work station desk (south side).

2.   Images 518, Dell Optiplex 755 computer, S/N# CKC47H1.

3.   Image 519, Dell keyboard.

4.   Image 520, Samsung OfficeServ DS-5021D phone, S/N# 2P4K01021SD.

5.   Image 521, HP Laser Jet P2015d printer, S/N# CNBJB28583.

6.   Image 522, miscellaneous desk accessories.

7.   Image 523, Canon CP1013D calculator, S/N# 224183.

8.   Image 524 & 525, Miller chair, S/N# KDSEQ00028 with 2 wood working station desks (center of office).

9.   Image 527, Miller chair, S/N# KDSEQ00026 with 2 wood working station desks (NE corner).

10.   Image 528, Samsung OfficeServ DS-5021D phone, S/N# 2P4K021427N.

11.   Image 529 & 530, desk accessories.

12.   Image 531, 2 wood working station desks with secretarial chair (NW corner).

13.   Image 532, wood table for office equipment (North wall).

14.   Image 533, Canon Image Runner copier, S/N# (21)TJE29268.

15.   Image 534, HP Laser Jet P2055dn printer, S/N# CNBDN13424.

16.   Image 535, Canon Fax Phone L170, S/N# SFNS1335.

MAIN BUILDING OFFICE—STORAGE ROOM

1. Image 536, Hon 4 drawer vertical filing cabinet and cart.

MAIN BUILDING OFFICE—CONFERENCE ROOM

1. Image 537, 5 Miller chairs, S/N#'S KDSEQ00025, KDSEQ00111, KDSEQ00097, KDSEQ00109, KDSEQ00116 and KDSEQ00100 with wood conference table.

2. Image 538, Samsung OfficeServ DS-5021D phone, S/N#

3. Image 540, wood storage cabinet with granite top (North wall).

4. Image 541, wood storage cabinet with granite top (West wall).

5. Image 542, wood storage cabinet with granite top (South wall).

MAIN BUILDING OFFICE—KITCHEN

1. Image 544, GE Profile refrigerator, S/N# DR042554.

2. Image 545, wood lunch table.

3. Image 546, LG microwave, S/N# 69-84F01140-001755.

4. Image 547, GE coffee maker.

5. Image 548, Hampton flatware.

6. Image 549, GE dishwasher, S/N# DR800485C.

MAIN BUILDING OFFICE—UTILITY ROOM

1. Image 549_1, Intellinet Network Solutions system.

MAIN BUILDING OFFICE—FOYER STORAGE ROOM

1. Image 550, 8 Dell LCD monitors, S/N#'S CN-U96642-71618-5AM-AELLW, CN-0G302H-74261, MX-0G477H-74442-8AF-2X4S, CN-UWH318-72872-67R-40NI, MX-0G477H-74442-8AF-2V3S, CN-0J180G-71618-48B-CDNP, CN-0UH837-48220-7CP-04YD, MX-0G477H-74442-8AF-211S.

2. Image 551, HP Laser Jet 4240n printer, S/N# CNRXC98575.

3. Image 552, HP Laser Jet P2015dn, S/N# CNDJR65552.

4. Image 553, 2 Symbol bar code scanners, S/N#'S ME9W3T and ME9W3L.

PDF created with pdfFactory trial version www.pdffactory.com

5. Image 554, 6 Samsung OfficeServ DS-5021D phones, S/N#'S 2P4X0214285, 2P4K010220J, 2P4KC10723V, 2P4K021424P,2P4K010216Y, 2P4K021429A.

6. Image 555, 9 multi plug power outlets.

7. Image 556, in house Motorola 2-way radio equipment.

8. Image 557, miscellaneous fruit inspection equipment including fruit sizing rings, temperature probe and scanner, pocket refractometers, fruit caliper and fruit penetrometers.

9. Image 559, 2 HP Laser Jet 3050 printer/fax, S/N#'S CNBJG08681 and CNRN38058.

10. Image 560, Canon Super G3 copy/fax machine, S/N# 5PN35219.

11. Image 561, 4 Data Max tag printers, S/N#'S 81877106, 63877086, 81877103 and 81377073.

12. Image 562, 2 Dell Optiplex 380 computers, S/N#'S 8S1MPH1 and 6S1MPH1.

13. Image 563, 2 Dell Optiplex 380 computers, S/N#'S 7S1MPH1 and 3S1MPH1.

14. Image 564, 2 Dell Optiplex SX270 computers, S/N#'S DGP5131 and 27P5131.

15. Image 565, Sony computer, unable to locate serial number.

16. Image 566, Dell Power Edge 1900 computer, S/N# 7AG62C1.

17. Image 567, 8 Dell keyboards.

18. Image 568, Hon 4 drawer vertical filing cabinet.

19. Images 569, 570, 571 and 572, miscellaneous cords and equipment for phones and computers.


MAIN BUILDING GENERAL PACKING AREA—SOUTHEAST CORNER

1. Image 576, light controls, Eaton Cutler Hammer distribution panel, Eaton Cutler Hammer step down transformer, S/N# J07H00518, evaporator cooler switch pane. and 3 Eaton breaker panels.

MAIN BUILDING—EAST WALL

1. Image 577, 2 Ingersoll Rand Hand Punch 3000 identification employee time clocks.

2. Image 578, Coxreels Model #1125-5-75 hose and reel.

MAIN BUILDING—NORTH WALL

1. Images 579 and 580, 2 Coxreels Model # 1125-75 hose and reel.

PDF created with pdfFactory trial version www.pdffactory.com

MAIN BUILDING--EAST OF COLD STORAGE ROOM 3 DOOR

1. Image 581, Metal desk.

MAIN BUILDING--WEST WALL AREA

1. Images 582, 583 and 584, hand pack line with packing stands.

MAIN BUILDING--CONTROL TOWER BOOTH FOR PACK LINES #1 AND #2

1. Images 585, 586 and 587, line #1 control panel with Samsung LCD monitor, S/N# MU17H9FPC29251W, Logitech keyboard 200, HP DeskJet 5650 printer, S/N# MY7371R0Z6, Durand Wayland computer, S/N# 20801754 and Emerson Network Power UPS model GXT2800RT120 unit.

2. Images 588 , 589 and 590, line #2 control panel with Dell LCD monitor, S/N# MY-08R389-47603-37V-EJBD, Fellowes Microban keyboard, Emerson Network Power UPS model GXT2300U0 RT120 unit and Autoline computer.

3. Image 591, Hon 4 drawer vertical filing cabinet and Magic Chef microwave, S/N# DJ07205212.

4. Image 592, 3 Safeco work chairs.

5. Image 593, control tower booth.

MAIN BUILDING--PACK LINE #1

1. Image 606, Durand Wayland bin de-stacker.

2. Image 607 and 608, Durand Wayland bin dumper and control panel.

3. Image 609, Durand Wayland empty bin stacker.

4. Image 610, metering belt.

5. Image 611, leaf eliminator.

6. Image 612, roller grader #1/dark room for citrus.

7. Image 613, pressure washer for citrus.

8. Image 614 and 615, fruit brusher/washer with sponge rolls.

9. Image 616, roller grader #2.

10. Image 617, fruit waxer.

11. Image 618 and 619, citrus dryer with Reznor natural gas heating equipment.

PDF created with pdfFactory trial version www.pdffactory.com

12. Image 621, power 90 degree curve from dryer.

13. Image 622, roller grader #3/grade sorter for citrus.

14. Image 623, Durand fruit singulator.

15. Images 624, 625, 626, 627, 628 and 630, Durand Wayland electronic weight 30 drop cup sizer with 3 lanes, 24 electronic My Weigh HD 300 scales, extra scales, full box conveying, cull conveying system and rubber floor mats.

16. Image 631, re-binning conveyer system..

17. Image 632, 633 and 634, empty box monorail system

18. Image 635, Durand Wayland control panel.

19. Images 636,637,638 and 639, full box conveying system.

20. Images 640, 641, 642 and 643, BSI Ink jet system, S/N# A-26425 with Acer LCD monitor, keyboard, custom made computer and equipment cabinet.

21. Image 644, platform weight scale with Best Welgh Scale Co. sticker on dial.

22. Image 645, MyWeigh HD-300 Electronic scale weighing station.

23. Image 646, AnD FG-30K electronic weight platform scale, S/N# H3705146.

23. Images 647, 648, 652, 653, 654 and 655, cull fruit conveying system.

24. Image 656, cull water flume trench to outside elevator and hopper.

25. Image 657, 658 and 659, citrus stainless steel pressure washer scale remover system with filter, 2 Baldor 40 HP pressure washer pumps and control panel.

MAIN BUILDING—PACK LINE #2

1. Image 660, metering belt.

2. Image 661, leaf eliminator.

3. Image 662, roller grader #1/dark room for citrus.

4. Image 663, fruit brusher/washer with sponge rolls.

5. Image 665, roller grader #2.

6. Image 666, stainless steel fruit waxer.

PDF created with pdfFactory trial version www.pdffactory.com

7. Image 657, citrus dryer with Reznor natural gas heating equipment.

8. Image 668, 90 degree power curve.

9. Image 669 and 670, roller grader #3.

10. Image 671 and 672, Autoline sizer fruit singulation system.

11. Image 673 and 674, Autoline optic camera system.

12. Image 675, 676, 677 and 678, Autoline 4 Lane Optic 40 drop sizer with rotating packing tables, mistake conveying system, 37 Fairbanks Quicksilver electronic scales, full box conveying system, cull conveying system and rubber floor mats.

13. Image 679, re-binning conveyor system.

14. Image 680, Autoline sizer control panel.

15. Images 681, 682 and 683, full box conveying system.

16. Image 684, AnD FG-30K electronic weight platform scale, S/N# H3701895.

17. Image 685 AnD FG-30K electronic weight platform scale, S/N# H3705195.

18. Images 686, 687, 688 and 689, RSI ink jet system, S/N# A-26718 Acer LCD monitor, Microsoft keyboard, custom made computer and equipment cabinet.

19. Image 690, empty box monorail system.

20. Images 691, 692, 693, 694 and 695, cull fruit conveying system.

MAIN BUILDING—MISCELLANEOUS/ADDITIONAL EQUIPMENT THROUGHOUT PACKING AREA

1. Images 696 and 697, HPS 75 KVA step down transformer and 3 Square D power distribution/breaker panels located on north wall of packing lines control tower booth.

2. Image 698, Pro Standard pedestal fan, S/N# 0045.

3. Image 699, Dayton pedestal fan.

4. Image 700, self standing metal stepladder.

5. Image 701, Patten barrel fan, Model B-36D.

6. Image 702, Amerex fire extinguisher located between lines 1 and 2 at grader #1 area.

7. Image 703, box conveying equipment.

PDF created with pdfFactory trial version www.pdffactory.com

8. Image 704, Amerex fire extinguisher located on south wall.

9. Image 705, Oasis drinking fountain located on east wall.

10. Image 706, Amerex fire extinguisher located on east wall.

11. Image 707, Power Zone step down transformer, S/N# G5158-3 located on east wall.

12. Image 708, Badger fire extinguisher located on north wall.

13. Image 709, Amerex fire extinguisher located on north wall.

14. Image 710, cull elevator for Line #1, grader 1.

15. Image 711, Patton pedestal fan, S/N# 419787

15. Image 712, 9 ZM Fresh Macro Bin model 26-A bins.

16. Image 713, Toyota solid tire forklift, propane powered, S/N# 87758.

17. Image, 714, Tote box roller conveyor for line #2.

18. Images 715 and 716, packing lines 1 and 2 electrical motor control equipment room and miscellaneous spare parts, supplies and equipment located below packing lines control tower booth.

19. Images 717, 718 and 719, 4 HMX battery powered floor pallet lifts, S/N#'S HMX6529337004, HMX6529337005, HMX6529337001, HMX6531163003.

20. Image 720, PAPE bin dumper attachment for forklift.

21. Image 721, GOULD Industries 250 HP motor.

22. Image 722, 3 chile pepper cooking units.

23. Image 723, portable orange maturity tester.

24. Image 724, 3 cull fruit tipsters.

25. Image 725, miscellaneous catwalks and packing equipment.

26. Image 727, Amerex fire extinguisher next to storage computer control room door.

27. Image 728 and 729, miscellaneous fruit waxes and cleaners.

28. Image 730, Coxreels Model # 1125-6-75 hose and reel in storage room next to storage computer control room door.

PDF created with pdfFactory trial version www.pdffactory.com

29. Image 731 and 732, miscellaneous cleaning supplies and equipment in storage room next to storage computer control room door.

30. Image 733, 9 Macro Bin model 26 bins.

31. Image 734, manually operated pallet jack.

32. Image 735, line #2 cull fruit collection conveyor.

33. Image 736 and 737, 2 Amerex fire extinguishers located on west wall.

34. Image 737_1, approximately 14 Rubbermaid Brute trash receptacles located throughout facility.

MAIN BUILDING—HYDRO COOLER AREA

1. Images 738, 739 and 740, double wide and 3 bin high fruit hydro-cooler with 4 U S Motors 25 HP motors, ID#'S B0701007384001F, B0701007382002F, B0701007381001F and B0701007382X02F.

2. Image 741, control panel with motor controls for hydro cooler.

3. Image 742, HT step down transformer.

4. Image 743, 3 variable frequency drives for cold storage room #2 fans, 1 GE AF-300B, S/N# 661228S001 and 2 GE Fuji drives, S/N#'S 0421-19322A0026 and 0425-19330A0037.

5. Image 744, control panel with motor controls for cold storage room #2 fans.

6. Image 747, Coxreels Model #1125-6-75 hose and reel.

7. Image 748, Amerex fire extinguisher.

8. Image 749, ethylene gas regulating system for room #1 cold storage.

MAIN BUILDING -- RECEIVING OFFICE

1. Image 750, Miller chair, S/N# KOSEQOD24 with desk.

2. Image 751, Samsung OfficeServ DS-5021D phone, S/N# 294K010218P.

3. Image 752, Haier window A/C unit.

4. Image 753, Amerex fire extinguisher.

5. Image 754, miscellaneous office supplies.

6. Image 755, E Wave microwave and GE small refrigerator.

7. Image 756, GE AF-300B variable frequency drive for cold storage room #2 circulation fans, S/N# 6612285005 located above receiving office.

8. Image 758, control panel with motor controls for cold storage room #1 fans located above receiving office.

9. Images 759, 760, 761 and 762, office equipment and miscellaneous supplies including 32 cases of Ethy-Gen II ethylene generators located above receiving office.

MAIN BUILDING–ROOF

1. Image 767 and 768, 8 Phoenix evaporative coolers, S/N#'S 2120414, 2120418, 2120415, 2120524, 2120420, 2120413, 2120421 and 2120412.

2. Image 769, Bryant condenser and compressor unit for packing line control tower, S/N# 3807E2339U.

3. Images 770, 771, 772, 773, 774, 775, 776 and 777, ammonia piping and valves for cold storage rooms.

MAIN BUILDING—LOADING DOCK

1. Images 778 and 779, 6 loading bays with power activated dock doors and 1 dock floor leveler.

2. Image 780, 3 Fostoria model DKL-40VA-QH-A loading dock lights.

3. Image 781 and 782, 4 Gunther ceiling suspended ammonia refrigeration units.

4. Image 783, 4 Macro Bin model 26 bins.

5. Image 784, fruit inspection stand.

6. Image 785, hand strapping cart with tools.

MAIN BUILDING—COLD STORAGE COMPUTER CONTROL ROOM

1. Image 786, 3 GE AF-300ES variable frequency drives for cold storage room #3 fans, S/N#'S 9715-P0383M0005, 9816-Q0093M0018 and 9816Q0084MC023.

2. Image 787, control panel with motor controls for cold storage room #3 fans.

3. Image 788, 3 RAB light fixtures.

4. Image 789, Industrial Electric Mfg. power distribution power distribution panel.

5. Image 790, Westinghouse step down transformer, S/N# 62C5773.

6. Image 792, computer control for cold storage with Acer LCD monitor, APC back up, Logitech keyboard and Custom Computers Plus computer.

7. Images 793 and 794, ammonia and cold storage alarm control center.

8. Image, 795, communication panel.

9. Images 796 and 797, cold storage, hydro cooler and degreener rooms control panel.

10. Image 798, motor control panel for loading dock refrigeration unit fans.

MAIN BUILDING—COLD STORAGE ROOMS

1. Images 802, 803 and 804, cold storage room #1/degreener, 4 circulation fans, 4 manually operated forced air fans and aluminum spiral finned ammonia refrigeration coils.

2. Images 805, 806 and 807, cold storage room #2, 6 circulation fans, 6 forced air fans, 5 tunnel tarps and aluminum plate finned coils.

3. Image 808, 809, 810, 811 and 812, cold storage room #3, 8 circulation fans, metal racks for stacking 2 pallets high, aluminum plate finned coils, IOPlus 310A electronic pallet weight scale and power door opener/closer for north door.

DEGREENING ROOMS

1. Images 814, 815, 816, 817 and 818, degreener room #1 with 2 circulation fans, automatically controlled fresh air fan and humidity monitoring and glycol cooling unit and valves.

2. Images 820, 821, 822, 823 and 824, degreener room #2 with 2 circulation fans, automatically controlled fresh air fan and humidity monitoring and glycol cooling unit and valves.

3. Images 825, 826, 827, 829 and 830, degreener room #3 with 2 circulation fans, automatically controlled fresh air fan and humidity monitoring and glycol cooling unit and valves.

4. Images 831, 832, 833, 834 and 835, degreener room #4 with 2 circulation fans, automatically controlled fresh air fan and humidity monitoring and glycol cooling unit and valves.

SOUTH WAREHOUSE EQUIPMENT

1. Image 876, assorted garden equipment, hoses and ladder.

2. Image 877, Patton barrel fan, model IB-36D, 3 pedestal fans and 1 Werner 10' fiberglass ladder.

PDF created with pdfFactory trial version www.pdffactory.com

3. Image 878, M-T-M Corporation pressure washer.

4. Image 879, 3 Macro Bin model 26 bins with miscellaneous equipment and belting inside.

5. Images 880 and 881, Hyster 50 pneumatic tire forklift. S/N# H177B18413X with Lift Master bin dumper, # F07315A.

6. Images 882 and 883, assorted brushes for fruit washers.

7. Images 884 and 885, assorted gear boxes and motors.

8. Images 886, 887, 888, 889 and 890, assorted equipment, motors, gear boxes, nuts and bolts for packing facility.

9. Image 891, Flow-Guard stainless steel sand filter.

10. Image 893, shop Fox model VI1012 48" pan and box brake.

11. Image 895, 5' X 12' and 5' X 14' metal work tables.

12. Image 898, Square D power distribution panel.

13. Image 899, HPS step down transformer, bar code # 134177.

14. Image 900, Pelco camera security equipment.

15. Image 901, Miller portable welder, S/N# HH014897.

16. Image 902, Husky Pro air compressor with 80 gallon tank, S/N# L 4/3/08-00236.

17. Image 903, RBI natural gas heating boiler, S/N# 120644713 (plastic covering).

18. Image 904, Patton pedestal fan, S/N# 626772.

19. Images 906, 907, 908, 909 and 910, assorted steel supplies with related equipment.

20. Image 910_1, citrus pressure washer nozzles.

21. Image 910_2, stainless steel wash basin for packing area.

22. Image 911, assorted brushes for pack line #1 fruit washer.

23. Image 912, 2 cold storage room humidifiers/sprayers.

24. Image 913, extension cords and air hoses.

25. Image 914, Amerex fire extinguisher, south wall.

PDF created with pdfFactory trial version www.pdffactory.com

26. Image 915, Badge - fire extinguisher, north wall.

27. Image 919, Victor Equipment torch set.

28. Image 920, miscellaneous shop equipment including power drills.

29. Image 921, Swivel 7" metal cutting band saw, S/N# 05010831.

30. Image 922, shop cart with miscellaneous tools, pump and hoses.

31. Image 923, Milwaukee heavy duty deep cut band saw, S/N# 6780498061536.

32. Image 924, DeWalt concrete rotary hammer, S/N# 1000029 200304.

33. Image 925, Jet drill press, S/N# 7100036.

34. Image 926, Admiral airless paint sprayer, S/N# B-4-47.

35. Image 927, metal bender.

36. image 928, Landa pressure washer, S/N# P086-14191.

37. Image 929, IDC light stand.

38. Image 930, SHOP-VAC.

39. Image 931, Black & Decker 14" chop saw, S/N# 87B29 0295.

40. Image 932, John Deere model JA62 lawn mower, IDf: GXJA62V220184.

41. Image 933, Skill power saw model HD 77, S/N# H6-71S837.

42. Image 934, Dyna Glo portable propane heater.

43. Image 935, miscellaneous plumbing, caulking and other supplies/equipment.

44. Image 936, miscellaneous painting supplies and tools.

45. Image 937, cabinets for flammable supplies.

46. Image 938, Marquette Redi-Arc welder, S/N# N 972044.

47. Image 939, Dayton paint pressure tank.

48. Image 940, air hoses.

NORTH WAREHOUSE EQUIPMENT

1. Image 941, orange maturity testing station.

PDF created with pdfFactory trial version www.pdffactory.com

SCRAP YARD—NORTHWEST CORNER OF GROUNDS

1. Image 948, Spin Clean filter for orange grove fan jet Irrigation system.

2. Image 949, Flow-Guard sand filter.

3. Images 950, 951, 952, 953, 954, 956, 957, 958 and 959, miscellaneous used plant and packing equipment, wood bins and plastic bins.

PDF created with pdfFactory trial version www.pdffactory.com

# SECONDARY PERSONAL PROPERTY

**PACKAGING MATERIAL** (ALL COUNTS ARE APPROXIMATE) **- LICENSENCED VEHICLES**

1.  Image 844, 9,000 JUST RIPE label 12" X 20" made up tree fruit cartons with varying depths, located in packing area and loading dock.

2.  Image 845, 1,300 generic label euro made up tree fruit cartons, 6.5" depth, located in packing area.

3.  Image 847, 1,600 PICKED RIPE label euro made up tree fruit cartons, 6.5" depth, located in packing area.

4.  Image 850, 880 Z & S label 12" X 20" made up tree fruit cartons with varying depths, located in packing area.

5.  Image 851, 7,000 apricot generic label 10" X 12" made up consumer cartons, located in packing area and loading dock.

6.  Images 852, 853 and 854, 70,000 euro tree fruit packing trays and 7,000 12" X 20" tree fruit packing trays, located in packing area and south warehouse, various sizes.

7.  Image 855, 40,000 JUST RIPE label 12" X 20" knockdown tree fruit wraps, 6.5" depth, located in south warehouse.

8.  Image 856, 9,500 JUST RIPE label 12" X 20" knockdown tree fruit wraps, 7.25" depth, located on north warehouse.

9.  Image 857, 12,000 Z & S label 12" X 20" knockdown tree fruit wraps, 6.5" depth, located in north warehouse.

10. Image 858 and 859, 93,000 Z & S label 12" X 21" citrus mesh header bags, located in north warehouse.

11. Image 860, unknown quantity Z & S label citrus mesh bags, located in north warehouse.

12. Image 861, 11,000 Z & S label bag closure clips, located in north warehouse.

13. Image 862, 50,000 euro embossed pads/dust covers, located in south warehouse.

14. Image 863, 45,000 Z & S label black 5lb mandarin cartons, mostly knockdown material, located in north warehouse.

15. Image 864, 5,000 GOLDEN GROVE label knockdown 40lb citrus carton tops, located in north warehouse.

PDF created with pdfFactory trial version www.pdffactory.com

16. Image 855, 9,000 JUST RIPE label knockdown 40lb citrus carton tops, located in north warehouse.

17. Image 856, 45,000 OLD EL PASO label knockdown 40lb citrus carton tops, located in north warehouse.

18. Image 867, 50,000 Z & S label purple 5lb mandarin cartons, mostly knockdown material, located in north warehouse.

19. Image 868, 5,000 Z & S label knockdown 40lb citrus carton tops, located in north warehouse.

20. Image 869, 15,000 Z & S label knockdown half bushel citrus carton tops, located in north warehouse.

21. Image 870 and 871, 3,500 ZIPPEES label made up 5lb mandarin carton, located in north warehouse.

22. Images 945, 946 and 947, 48' Utility reefer, CA license 4BT2505, with miscellaneous packing equipment and materials inside.

PDF created with pdfFactory trial version www.pdffactory.com