1 | **DON J. POOL 166468**
**THE LAW FIRM OF POWELL & POOL**
2 | 7522 North Colonial Avenue, Suite 100
Fresno, California 93711
3 | Telephone:     (559) 228-8034
Facsimile:     (559) 228-6818
4 | dpool@powellandpool.com

5 | Attorneys for JOHN VAN CUREN, Court-Appointed Receiver

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

* * * *

| | |
|---|---|
| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC., | Case No. 1:09-cv-00906-OWW-MJS |
| Plaintiffs, | **STIPULATION TO SELL PROPERTY FREE AND CLEAR OF ALL LIENS, ENCUMBRANCES, OR SECURITY INTERESTS; AND ORDER THEREON** |
| v. | |
| Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, and MARGARET aka MARGE SCHOENBURG, | |
| Defendants. | The Honorable Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between JOHN VAN CUREN, court-appointed Receiver in the above-captioned matter ("VAN CUREN" or "Receiver"), Intervenor Plaintiff Terence J. Long, Trustee of the PACA Trust created by Court Order dated June 24, 2009 ("PACA Trust"), and Intervenor Plaintiff and Defendant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA ("Land Bank") (hereinafter collectively referred to as "the Parties"), and their respective counsel, as follows:

/////

/////

-1-

Stipulation to Sell Property Free and Clear of All Liens, etc.

PDF created with pdfFactory trial version www.pdffactory.com

# I

# **RECITALS**

1.1   Land Bank is the beneficiary under that certain deed of trust recorded in the Official Records of Tulare County on December 26, 2008, as instrument no. 2008-0086532 (the "Deed of Trust").  The Deed of Trust encumbers that certain real property legally described in exhibit A attached hereto and incorporated herein by this reference (the "Real Property").  The Trustor under the Deed of Trust was ZM Fresh Special T's, Inc., a California corporation ("ZM Fresh").  The Deed of Trust secures a promissory note in the original principal amount of $4,810,000.00 ("the Note").

1.2   The Note is also secured by that certain Security Agreement in favor of Land Bank dated November 14, 2007, which interest was perfected by the recordation of a UCC-1 Financing Statement with the California Secretary of State on December 23, 2008, as filing no. 087182528667.

1.3   On June 1, 2009, and continuing thereafter, ZM Fresh defaulted under the Note.

1.4   On May 22, 2009, plaintiffs ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC. (hereinafter collectively referred to as "Plaintiffs") filed the above-entitled case (the "Action").

1.5   On July 13, 2009, Plaintiffs filed an Amended Complaint and named ZM Fresh as a defendant, and sought, among other things, to impose a constructive trust upon the Real Property.

1.6   On or about November 25, 2009, PACA Trust caused to be recorded in the Official Records of Tulare County, that certain Notice of Pending Action as instrument no. 2009-0077202.

1.7   On February 17, 2010, Land Bank filed its Second Amended Cross-Complaint and First Amended Counter-Complaint (collectively "SACC") in the Action against, among others, ZM Fresh, Aaron Margosian and Carrie Margosian and Martin Zaninovich, sole shareholders of ZM Fresh.

-2-

Stipulation to Sell Property Free and Clear of All Liens, etc.

PDF created with pdfFactory trial version www.pdffactory.com

1.8     The SACC seeks to judicially foreclose Land Bank's Deed of Trust, as well as quiet title as to any claims by the PACA Trust Creditors to Land Bank's real and personal property collateral.

1.9     VAN CUREN was appointed receiver herein by Stipulation and Order for Appointment of Receiver for Limited Purpose ("Stipulation & Order") of this Court made and entered on March 14, 2011.

1.10    Since his appointment, VAN CUREN entered into a Purchase and Sale Agreement, subject to Court approval, for the sale of the Real and Personal Property identified in exhibit A attached hereto.

1.11    On or about June 24, 2011, VAN CUREN filed his Ex Parte Application Of Receiver For Order Shortening Time For Hearing On Motion For Order (1) Authorizing Receiver To Sell The Property; (2) Approving Agreement With Proposed Buyer; And (3) Approving Overbid Procedures, which was granted by the Court on July 5, 2011 and set for hearing on July 13, 2011.

1.12    Accordingly, on or about July 7, 2011, VAN CUREN filed his Motion For Order (1) Authorizing Receiver To Sell The Property; (2) Approving Agreement With Proposed Buyer; And (3) Approving Overbid Procedures ("Sale Motion").

1.13    On July 13, 2011, the Court, after having been fully advised by counsel at the hearing, and no written opposition having been filed or other objection made, granted the Sale Motion.

1.14    The sale of the Real and Personal Property is presently scheduled to close on or about July 31, 2011, or such other date as the buyer and Receiver agree, or the Court orders.

1.15    In order to facilitate the sale of the Real and Personal Property, the parties hereto stipulate and agree as set forth herein.

/////

/////

/////

-3-

Stipulation to Sell Property Free and Clear of All Liens, etc.

PDF created with pdfFactory trial version www.pdffactory.com

## II

## **STIPULATION**

Based on the foregoing Recitals, and excluding the Parties' Rights and Claims to the proceeds from the sale of the Real and Personal Property,

IT IS STIPULATED AS FOLLOWS:

2.1    The Receiver's sale of the Real and Personal Property, as more particularly described in exhibit A attached hereto, shall be free and clear of any liens, encumbrances, or security interests asserted by or on behalf of FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, including but not limited to, that certain deed of trust recorded in the Official Records of Tulare County on December 26, 2008, as instrument no. 2008-0086532, and that certain UCC-1 Financing Statement recorded with the California Secretary of State on December 23, 2008, as filing no. 087182528667.

2.2    The Receiver's sale of the Real and Personal Property, as more particularly described in exhibit A attached hereto, shall be free and clear of any liens, encumbrances, or security interests asserted by or on behalf of PACA Trust and/or Trustee, including but not limited to, any claims asserted in the Action and that certain Notice of Pending Action filed in the Official Records of Tulare County as instrument no. 2009-0077202.

SO STIPULATED.

Dated: July 19, 2011         THE LAW FIRM OF POWELL & POOL


_____/ S /____Don J. Pool_____
DON J. POOL, Attorneys for Receiver
JOHN VAN CUREN

Dated: July 19, 2011         McCORMICK, BARSTOW, SHEPPARD,
                             WAYTE & CARRUTH LLP


_____/ S /____Mandy L. Jeffcoach_____
MANDY L. JEFFCOACH, Attorneys for Trustee,
TERENCE J. LONG

-4-

Stipulation to Sell Property Free and Clear of All Liens, etc.

PDF created with pdfFactory trial version www.pdffactory.com

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

| | | |
|---|---|---|
| 1 | Dated: July 19, 2011 | PERKINS MANN & EVERETT |
| 2 | | |
| 3 | | _____/ S / ____Jan Perkins_____ |
| 4 | | JAN PERKINS, Attorneys for |
| 5 | | TERENCE J. LONG, Trustee Pursuant to Court Order |
| 6 | | |
| 7 | Dated: July 19, 2011 | LANG, RICHERT & PATCH |
| 8 | | |
| 9 | | _____/ S / ____Scott J. Ivy_____ |
| 10 | | SCOTT J. IVY, Attorneys for |
| 11 | | Fresno-Madera FLCA |
| 12 | ///// | |
| 13 | ///// | |
| 14 | ///// | |
| 15 | ///// | |
| 16 | ///// | |
| 17 | ///// | |
| 18 | ///// | |
| 19 | ///// | |
| 20 | ///// | |
| 21 | ///// | |
| 22 | ///// | |
| 23 | ///// | |
| 24 | ///// | |
| 25 | ///// | |
| 26 | ///// | |
| 27 | ///// | |
| 28 | ///// | |

-5-

Stipulation to Sell Property Free and Clear of All Liens, etc.

PDF created with pdfFactory trial version www.pdffactory.com

# III

# **ORDER**

Based upon the Stipulation of the Parties, and excluding the Parties' Rights and Claims to the proceeds from the sale of the Real and Personal Property,

IT IS HEREBY ORDERED:

3.1     The Receiver's sale of the Real and Personal Property, as more particularly described in exhibit A attached hereto, shall be free and clear of any liens, encumbrances, or security interests asserted by or on behalf of FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, including but not limited to, that certain deed of trust recorded in the Official Records of Tulare County on December 26, 2008, as instrument no. 2008-0086532, and that certain UCC-1 Financing Statement recorded with the California Secretary of State on December 23, 2008, as filing no. 087182528667.

3.2     The Receiver's sale of the Real and Personal Property, as more particularly described in exhibit A attached hereto, shall be free and clear of any liens, encumbrances, or security interests asserted by or on behalf of PACA Trust and/or Trustee, including but not limited to, any claims asserted in the Action and that certain Notice of Pending Action filed in the Official Records of Tulare County as instrument no. 2009-0077202.

IT IS SO ORDERED.

Dated: July 20, 2011

/s/ OLIVER W. WANGER
THE HONORABLE OLIVER W. WANGER
UNITED STATES DISTRICT COURT JUDGE

THE LAW FIRM OF POWELL & POOL
7522 North Colonial Avenue, Suite 100
Fresno, California 93711

-6-

Stipulation to Sell Property Free and Clear of All Liens, etc.

PDF created with pdfFactory trial version www.pdffactory.com