James H. Wilkins, #116364
Quentin Cedar, #251153
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Defendants, LOREN SCHOENBURG and MARGARET SCHOENBURG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| ONIONS ETC., INC. and DUDA FARM FRESH FOODS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>Z&S FRESH INC. fdba Z&S DISTRIBUTING CO., INC.; MARTIN J. ZANINOVICH; LOREN S. SCHOENBURG; and MARGARET aka MARGE SCHOENBURG,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case Number 1:09-CV-00906-OWW-MJS<br><br>ORDERS ON SCHOENBURG DEFENDANTS' SUMMARY JUDMENT MOTIONS |

This action came on for hearing before the Court, on July 25, 2011, Hon. Oliver W. Wanger, District Judge Presiding, on Defendants LOREN SCHOENBURG and MARGARET SCHOENBURG's Motion for Summary Judgment, or Alternatively Summary Adjudication, and the evidence presented having been fully considered, the issues having fully been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that:

The Schoenburgs' motion for summary judgment is GRANTED as to:

    i. claims based on the activities of business entity Defendants other than Z&S and ZM;

    ii. Unjust enrichment;

    iii. causes of action based on breaches of California Food & Agriculture Code §§56611, 56615, 56623 and 56620; and

    iv. The Schoenburgs do not claim an interest in the Property located at 39303 Road 56 in Dinuba, California.

The Schoenburgs' motion for summary judgment is DENIED as to:

    i. PACA liability; and

    ii. Fiduciary duty.

IT IS SO ORDERED.

Dated: **August 9, 2011**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE