1 | **Jan T. Perkins #057995**
2 | **Jerry H. Mann #095466**
3 | **Douglas V. Thornton #154956**
  | **Craig A. Tristao #256528**
4 | **PERKINS, MANN & EVERETT**
  | **A Professional Corporation**
5 | **2222 West Shaw Avenue, Suite 202**
  | **Fresno, California 93711**
6 | **Telephone (559) 447-5700**
  | **Facsimile (559) 447-5600**

7 | Attorneys for: Intervenor Plaintiff TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z & S FRESH, INC., a California corporation; Z & S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual, <br><br> Defendants. <br><br> AND ALL RELATED ACTIONS. | Case No.: 1:09-cv-00906-AWI-MJS <br><br><br> **STIPULATION OF VOLUNTARY DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure 41(a), by and between Intervenor Plaintiff TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, on the one hand, and Defendants ARON MARGOSIAN, TWO PLAY PROPERTIES, LLC, TWO PLAY PROPERTIES ARIZONA, LLC, THREE PLAY FARMS and FOUR PLAY RANCH, on the other hand, that the action commenced on February 17, 2010 by Intervenor Plaintiff TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, is hereby dismissed with prejudice as against Defendants ARON

PERKINS, MANN & EVERETT, APC

1

{00062284.DOC;1}

_____
**Stipulation of Voluntary Dismissal and Order Thereon**

MARGOSIAN, TWO PLAY PROPERTIES, LLC, TWO PLAY PROPERTIES ARIZONA, LLC, THREE PLAY FARMS and FOUR PLAY RANCH only, with each party to bear his or its own attorneys' fees and costs.

Dated: December 2, 2011                    PERKINS, MANN & EVERETT, APC


By: /s/ Jan T. Perkins                              .
    Jan T. Perkins, attorneys for
    Intervenor Plaintiff TERENCE J. LONG,
    TRUSTEE PURSUANT TO COURT ORDER


Dated: December 2, 2011                    WILD, CARTER & TIPTON


By: /s/ Patrick J. Gorman                           .
    Patrick J. Gorman, attorneys for
    Defendants ARON MARGOSIAN, TWO
    PLAY PROPERTIES, LLC, TWO PLAY
    PROPERTIES ARIZONA, LLC, THREE
    PLAY FARMS and FOUR PLAY RANCH

### ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the complaint in intervention initiated by Intervenor Plaintiff TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, is dismissed with prejudice as against Defendants ARON MARGOSIAN, TWO PLAY PROPERTIES, LLC, TWO PLAY PROPERTIES ARIZONA, LLC, THREE PLAY FARMS and FOUR PLAY RANCH only, with each party to bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   December 2, 2011                  _____
                                           CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PERKINS, MANN &
EVERETT, APC**

3                                                             {00062284.DOC;1}

**Stipulation of Voluntary Dismissal and Order Thereon**