Jan T. Perkins #057995
Jerry H. Mann #095466
Douglas V. Thornton #154956
Craig A. Tristao #256528
**PERKINS, MANN & EVERETT**
A Professional Corporation
2222 West Shaw Avenue, Suite 202
Fresno, California 93711
Telephone (559) 447-5700
Facsimile (559) 447-5600

Attorneys for: Intervenor Plaintiff and Cross-Defendant FRANK A. LOGOLUSO FARMS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>Z & S FRESH, INC., a California corporation; Z & S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.: 1:09-cv-00906-AWI-MJS<br><br>**AMENDED STIPULATION OF VOLUNTARY DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure 41(a), by and between Intervenor Plaintiff and Cross-Defendant FRANK A. LOGOLUSO FARMS and Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, as follows:

1. That the action commenced on June 10, 2009 by Intervenor Plaintiff and Cross-Defendant FRANK A. LOGOLUSO FARMS is hereby dismissed with prejudice as against Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL

1  LAND BANK ASSOCIATION, FLCA only, with each party to bear its own attorneys' fees
2  and costs.
3      2.    That the cross-action commenced on September 9, 2009 by Defendant, Cross-
4  Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK
5  ASSOCIATION, FLCA, is hereby dismissed with prejudice as against Intervenor Plaintiff and
6  Cross-Defendant FRANK A. LOGOLUSO FARMS only, with each party to bear its own
7  attorneys' fees and costs.
8  Dated: December 5, 2011        PERKINS, MANN & EVERETT, APC

10      By: /s/ Jan T. Perkins
11      Jan T. Perkins, attorneys for Intervenor Plaintiff and Cross-Defendant FRANK A. LOGOLUSO FARMS

14  Dated: December 5, 2011        LANG, RICHERT & PATCH

17      By: /s/ Scott J. Ivy
18      Scott J. Ivy, attorneys for Defendant, Cross-Complainant and Counter-Claimant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA

### ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the complaint in intervention initiated by Intervenor Plaintiff and Cross-Defendant FRANK A. LOGOLUSO FARMS is dismissed with prejudice as against Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA only, and the cross-action initiated by Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, is

dismissed with prejudice as against Intervenor Plaintiff and Cross-Defendant FRANK A. LOGOLUSO FARMS only, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   December 6, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE