1    Jan T. Perkins #057995
     Jerry H. Mann #095466
2    Douglas V. Thornton #154956
     Craig A. Tristao #256528
3    PERKINS, MANN & EVERETT
     A Professional Corporation
4    2222 West Shaw Avenue, Suite 202
     Fresno, California  93711
5    Telephone (559) 447-5700
     Facsimile (559) 447-5600
6

7    Attorneys for: Intervenor Plaintiff and Cross-Defendant FRANK A. LOGOLUSO FARMS

8                      UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC., | Case No.:  1:09-cv-00906-AWI-MJS |
| Plaintiffs, | |
| v. | |
| Z & S FRESH, INC., a California corporation; Z & S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual, | **AMENDED STIPULATION OF VOLUNTARY DISMISSAL AND ORDER THEREON** |
| Defendants. | |
| AND ALL RELATED ACTIONS. | |

21        IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil

22   Procedure 41(a), by and between Intervenor Plaintiff and Cross-Defendant FRANK A.

23   LOGOLUSO FARMS and Defendant, Cross-Complainant and Counter-Complainant

24   FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, as follows:

25        1.     That the action commenced on June 10, 2009 by Intervenor Plaintiff and Cross-

26   Defendant FRANK A. LOGOLUSO FARMS is hereby dismissed with prejudice as against

27   Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL

28

PERKINS, MANN &
EVERETT, APC

{00062754.DOC;1}

1  LAND BANK ASSOCIATION, FLCA only, with each party to bear its own attorneys' fees

2  and costs.

3    2.  That the cross-action commenced on September 9, 2009 by Defendant, Cross-

4  Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK

5  ASSOCIATION, FLCA, is hereby dismissed with prejudice as against Intervenor Plaintiff and

6  Cross-Defendant FRANK A. LOGOLUSO FARMS only, with each party to bear its own

7  attorneys' fees and costs.

8  Dated: December 5, 2011      PERKINS, MANN & EVERETT, APC

9

10

11           By: /s/ Jan T. Perkins_____.
            Jan T. Perkins, attorneys for Intervenor

12             Plaintiff and Cross-Defendant FRANK A.
            LOGOLUSO FARMS

13

14

15 Dated: December 5, 2011      LANG, RICHERT & PATCH

16

17           By: /s/ Scott J. Ivy_____.
            Scott J. Ivy, attorneys for Defendant, Cross-

18             Complainant and Counter-Claimant FRESNO-
            MADERA FEDERAL LAND BANK

19             ASSOCIATION, FLCA

20

21                **ORDER**

22    THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the

23 complaint in intervention initiated by Intervenor Plaintiff and Cross-Defendant FRANK A.

24 LOGOLUSO FARMS is dismissed with prejudice as against Defendant, Cross-Complainant

25 and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION,

26 FLCA only, and the cross-action initiated by Defendant, Cross-Complainant and Counter-

27 Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, is

28

PERKINS, MANN &
EVERETT, APC

{00062754.DOC;1}

dismissed with prejudice as against Intervenor Plaintiff and Cross-Defendant FRANK A. LOGOLUSO FARMS only, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  December 6, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE