Jan T. Perkins #057995
Jerry H. Mann #095466
Douglas V. Thornton #154956
Craig A. Tristao #256528
PERKINS, MANN & EVERETT
A Professional Corporation
2222 West Shaw Avenue, Suite 202
Fresno, California 93711
Telephone (559) 447-5700
Facsimile (559) 447-5600

Attorneys for: Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>Z & S FRESH, INC., a California corporation; Z & S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.: 1:09-cv-00906-AWI-MJS<br><br>**AMENDED STIPULATION OF VOLUNTARY DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure 41(a), by and between Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, and Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, as follows:

1.  That the action commenced on February 17, 2010 by Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, is

hereby dismissed with prejudice as against Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA only, with each party to bear his or its own attorneys' fees and costs.

2.   That the cross-action commenced on September 9, 2009 by Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, is hereby dismissed with prejudice as against Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER only, with each party to bear his or its own attorneys' fees and costs.

Dated: December 5, 2011          PERKINS, MANN & EVERETT, APC


By: /s/ Jan T. Perkins_____.
    Jan T. Perkins, attorneys for Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER


Dated: December 5, 2011          LANG, RICHERT & PATCH


By: /s/ Scott J. Ivy_____.
    Scott J. Ivy, attorneys for Defendant, Cross-Complainant and Counter-Claimant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the complaint in intervention initiated by Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, is dismissed with prejudice as against Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA only, and the cross-action initiated by Defendant,

1  Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK
2  ASSOCIATION, FLCA, is dismissed with prejudice as against Intervenor Plaintiff and Cross-
3  Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, only, with
4  each party to bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   December 6, 2011                         _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE