**Jan T. Perkins #057995**
**Jerry H. Mann #095466**
**Douglas V. Thornton #154956**
**Craig A. Tristao #256528**
**PERKINS, MANN & EVERETT**
**A Professional Corporation**
**2222 West Shaw Avenue, Suite 202**
**Fresno, California  93711**
**Telephone (559) 447-5700**
**Facsimile (559) 447-5600**

Attorneys for: Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>Z & S FRESH, INC., a California corporation; Z & S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBURG, an individual,<br><br>Defendants.<br><br>AND ALL RELATED ACTIONS. | Case No.:  1:09-cv-00906-AWI-MJS<br><br>**AMENDED STIPULATION OF VOLUNTARY DISMISSAL AND ORDER THEREON** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure 41(a), by and between Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, and Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, as follows:

1. That the action commenced on February 17, 2010 by Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, is

hereby dismissed with prejudice as against Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA only, with each party to bear his or its own attorneys' fees and costs.

2. That the cross-action commenced on September 9, 2009 by Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, is hereby dismissed with prejudice as against Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER only, with each party to bear his or its own attorneys' fees and costs.

Dated: December 5, 2011                    PERKINS, MANN & EVERETT, APC


                                           By: /s/ Jan T. Perkins_____.
                                               Jan T. Perkins, attorneys for Intervenor
                                               Plaintiff and Cross-Defendant TERENCE J.
                                               LONG, TRUSTEE PURSUANT TO COURT
                                               ORDER


Dated: December 5, 2011                    LANG, RICHERT & PATCH


                                           By: /s/ Scott J. Ivy_____.
                                               Scott J. Ivy, attorneys for Defendant, Cross-
                                               Complainant and Counter-Claimant FRESNO-
                                               MADERA FEDERAL LAND BANK
                                               ASSOCIATION, FLCA


## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the complaint in intervention initiated by Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, is dismissed with prejudice as against Defendant, Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA only, and the cross-action initiated by Defendant,

Cross-Complainant and Counter-Complainant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA, is dismissed with prejudice as against Intervenor Plaintiff and Cross-Defendant TERENCE J. LONG, TRUSTEE PURSUANT TO COURT ORDER, only, with each party to bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  December 6, 2011              _____
                                      CHIEF UNITED STATES DISTRICT JUDGE