Patrick J. Gorman (SBN 131138)
Bruce M. Brown (SBN 0759473)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: pgorman@wctlaw.com

Kenneth M. Fitzgerald (SBN 143019)
FITZGERALD, LUNDBERG & ROMIG
5422 W. Cypress Ave.
Visalia, California 93277
Telephone: (559) 733-3733
Facsimile:  (559) 733-3987
E-mail: ken@kmf-atty.com

Attorneys for Defendants
Attorneys for Aron Margosian, Carrie Margosian, Two Play Properties, LLC, Three Play Farms, Four Play Farms, George Margosian and Margosian Bros.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC., | Case Number 1:09-CV-00906-AWI-MJS |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL; ORDER** |
| v. | _____ |
| Z&S FRESH, INC., a California corporation; Z&S DISTRIBUTING COMPANY, INC., a California coproration | |
| _____ | |
| AND ALL RELATED ACTIONS, | |

Stipulation of Voluntary Dismissal; Order

IT IS HEREBY STIPULATED AND AGREED, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, by and between Intervening Plaintiffs, Golden Star Citrus, Inc., et al. and Defendants Two Play Farms, Three Play Farms and Four Play Ranch as follows:

That the action commenced on July 13, 2009, by Intervening Plaintiffs (Doc. 157) is hereby dismissed with prejudice as against Defendants Two Play Farms, Three Play Farms and Four Play Ranch, with each party to bear their own attorneys' fees and costs.

Dated: December 16, 2011

WILD, CARTER & TIPTON
A Professional Corporation

By: /s/ Patrick J. Gorman
PATRICK J. GORMAN
Attorneys for Aron Margosian, Carrie Margosian, Two Play Properties, LLC, Three Play Farms, Four Play Farms, George Margosian and Margosian Bros.

Dated: December 16, 2011

RYNN & JANOWSKY

By: /s/ Bart A. Botta
BART A. BOTTA
Attorneys for Intervening Plaintiffs Golden Star Citrus, Inc. et al.

# ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the above-captioned action initiated by Intervening Plaintiffs is dismissed with prejudice as against Defendants Two Play Farms, Three Play Farms and Four Play Ranch, with each party bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  December 16, 2011

CHIEF UNITED STATES DISTRICT JUDGE