| | |
|---|---|
| 1 | Patrick J. Gorman (SBN 131138) |
| | Bruce M. Brown (SBN 075943) |
| 2 | **WILD, CARTER & TIPTON** |
| | A Professional Corporation |
| 3 | 246 West Shaw Avenue |
| | Fresno, California 93704 |
| 4 | Telephone: (559) 224-2131 |
| | Facsimile: (559) 229-7295 |
| 5 | E-mail: pgorman@wctlaw.com |
| 6 | Kenneth M. Fitzgerald (SBN 143019) |
| | FITZGERALD, LUNDBERG & ROMIG |
| 7 | 5422 W. Cypress Ave. |
| | Visalia, California 93277 |
| 8 | Telephone: (559) 733-3733 |
| | Facsimile:  (559) 733-3987 |
| 9 | E-mail: ken@kmf-atty.com |
| 10 | Attorneys for Defendants |
| | Attorneys for Aron Margosian, Carrie Margosian, Two Play Properties, LLC, Three Play Farms, |
| 11 | Four Play Farms, George Margosian and Margosian Bros. |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC., | Case Number 1:09-CV-00906-AWI-MJS |
| Plaintiffs, | |
| v. | **STIPULATION FOR VOLUNTARY DISMISSAL; ORDER** |
| Z&S FRESH, INC., a California corporation; Z&S DISTRIBUTING COMPANY, INC., a California corporation | |
| AND ALL RELATED ACTIONS, | |

Stipulation for Voluntary Dismissal; Order

IT IS HEREBY STIPULATED AND AGREED, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, by and between Intervener Plaintiff, Dandrea Produce, a New Jersey corporation and Defendants Two Play Farms, Three Play Farms and Four Play Ranch as follows:

That the action commenced on July 13, 2009, by Plaintiff in Intervention, Dandrea Produce, a New Jersey corporation, (Doc. 148 ) is hereby dismissed with prejudice as against Defendants Two Play Farms, Three Play Farms and Four Play Ranch, with each party to bear their own attorneys' fees and costs.

Dated: December 16, 2011

WILD, CARTER & TIPTON
A Professional Corporation

By: /s/ Patrick J. Gorman
PATRICK J. GORMAN
Attorneys for Aron Margosian, Carrie Margosian, Two Play Properties, LLC, Three Play Farms, Four Play Farms, George Margosian and Margosian Bros.

Dated: December 16, 2011

LAW OFFICE OF ROBERT E. GOLDMAN

By: /s/ Robert E. Goldman
ROBERT E. GOLDMAN
Attorneys for Dandrea Produce

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the above-captioned action initiated by Plaintiff in Intervention Dandrea Produce is dismissed with prejudice as against Defendants Two Play Farms, Three Play Farms and Four Play Ranch, with each party bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: December 16, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation for Voluntary Dismissal; Order