1  Patrick J. Gorman (SBN 131138)
   Bruce M. Brown (SBN 0759473)
2  **WILD, CARTER & TIPTON**
   A Professional Corporation
3  246 West Shaw Avenue
   Fresno, California 93704
4  Telephone: (559) 224-2131
   Facsimile: (559) 229-7295
5  E-mail: pgorman@wctlaw.com

6  Kenneth M. Fitzgerald (SBN 143019)
   FITZGERALD, LUNDBERG & ROMIG
7  5422 W. Cypress Ave.
   Visalia, California 93277
8  Telephone: (559) 733-3733
   Facsimile:  (559) 733-3987
9  E-mail: ken@kmf-atty.com

10 Attorneys for Defendants
   Attorneys for Aron Margosian, Carrie Margosian, Two Play Properties, LLC, Three Play Farms,
11 Four Play Farms, George Margosian and Margosian Bros.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC., | Case Number 1:09-CV-00906-AWI-MJS |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL; ORDER** |
| v. | |
| Z&S FRESH, INC., a California corporation; Z&S DISTRIBUTING COMPANY, INC., a California coproration | |
| AND ALL RELATED ACTIONS, | |

1   IT IS HEREBY STIPULATED AND AGREED, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, by and between Plaintiffs, Onions, Etc, Inc., Duda Farm Fresh Foods, Inc. Cecelia Packing Corporation, John A. Clark and Addison W. Clark, Jr. dba Clark Farms, Rio Vista, Ltd. dba Giumarra Farms, Inc., Giumarra International Marketing, APB, Inc. dba Tavilla Sales Company of Los Angeles and Calvao Growers, Inc. and Defendants Two Play Farms, Three Play Farms and Four Play Ranch as follows:

That the action commenced on July 13, 2009, by Plaintiffs, Onions, Etc, Inc., Duda Farm Fresh Foods, Inc. Cecelia Packing Corporation, John A. Clark and Addison W. Clark, Jr. dba Clark Farms, Rio Vista, Ltd. dba Giumarra Farms, Inc., Giumarra International Marketing, APB, Inc. dba Tavilla Sales Company of Los Angeles and Calvao Growers, Inc (Doc. 91 ) is hereby dismissed with prejudice as against Defendants Two Play Farms, Three Play Farms and Four Play Ranch, with each party to bear their own attorneys' fees and costs.

Dated: December ___, 2011         WILD, CARTER & TIPTON
                                  A Professional Corporation

                                  By:   /s/ Patrick J. Gorman
                                  PATRICK J. GORMAN
                                  Attorneys for Aron Margosian, Carrie
                                  Margosian, Two Play Properties, LLC,
                                  Three Play Farms, Four Play Farms, George
                                  Margosian and Margosian Bros.

Dated: December ___, 2011         MEUERS LAW FIRM

                                  By: /s/ Katy Koestner Esquivel
                                  KATY KOESTNER ESQUIVEL
                                  Attorneys for Onions Etc., Inc. et al.

///
///
///
///
///

2

Stipulation of Voluntary Dismissal; Order

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the above-captioned action initiated by Plaintiffs, Onions, Etc, Inc., Duda Farm Fresh Foods, Inc. Cecelia Packing Corporation, John A. Clark and Addison W. Clark, Jr. dba Clark Farms, Rio Vista, Ltd. dba Giumarra Farms, Inc., Giumarra International Marketing, APB, Inc. dba Tavilla Sales Company of Los Angeles and Calvao Growers, Inc is dismissed with prejudice as against Defendants Two Play Farms, Three Play Farms and Four Play Ranch, with each party bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   December 16, 2011

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation of Voluntary Dismissal; Order