Patrick J. Gorman (SBN 131138)
Bruce M. Brown (SBN 0759473)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: pgorman@wctlaw.com

Kenneth M. Fitzgerald (SBN 143019)
FITZGERALD, LUNDBERG & ROMIG
5422 W. Cypress Ave.
Visalia, California 93277
Telephone: (559) 733-3733
Facsimile:  (559) 733-3987
E-mail: ken@kmf-atty.com

Attorneys for Defendants
Attorneys for Aron Margosian, Carrie Margosian, Two Play Properties, LLC, Three Play Farms, Four Play Farms, George Margosian and Margosian Bros.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC., | Case Number 1:09-CV-00906-AWI-MJS |
| Plaintiffs, | **STIPULATION OF VOLUNTARY DISMISSAL; ORDER** |
| v. | |
| Z&S FRESH, INC., a California corporation; Z&S DISTRIBUTING COMPANY, INC., a California coproration | |
| AND ALL RELATED ACTIONS, | |

Stipulation of Voluntary Dismissal; Order

IT IS HEREBY STIPULATED AND AGREED, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, by and between Plaintiffs, Onions, Etc, Inc., Duda Farm Fresh Foods, Inc. Cecelia Packing Corporation, John A. Clark and Addison W. Clark, Jr. dba Clark Farms, Rio Vista, Ltd. dba Giumarra Farms, Inc., Giumarra International Marketing, APB, Inc. dba Tavilla Sales Company of Los Angeles and Calvao Growers, Inc. and Defendants Two Play Farms, Three Play Farms and Four Play Ranch as follows:

That the action commenced on July 13, 2009, by Plaintiffs, Onions, Etc, Inc., Duda Farm Fresh Foods, Inc. Cecelia Packing Corporation, John A. Clark and Addison W. Clark, Jr. dba Clark Farms, Rio Vista, Ltd. dba Giumarra Farms, Inc., Giumarra International Marketing, APB, Inc. dba Tavilla Sales Company of Los Angeles and Calvao Growers, Inc (Doc. 91 ) is hereby dismissed with prejudice as against Defendants Two Play Farms, Three Play Farms and Four Play Ranch, with each party to bear their own attorneys' fees and costs.

Dated: December ___, 2011       WILD, CARTER & TIPTON
                                A Professional Corporation


                                By:  /s/ Patrick J. Gorman
                                    PATRICK J. GORMAN
                                    Attorneys for Aron Margosian, Carrie
                                    Margosian, Two Play Properties, LLC,
                                    Three Play Farms, Four Play Farms, George
                                    Margosian and Margosian Bros.


Dated: December ___, 2011       MEUERS LAW FIRM


                                By: /s/ Katy Koestner Esquivel
                                    KATY KOESTNER ESQUIVEL
                                    Attorneys for Onions Etc., Inc. et al.

///

///

///

///

///

Stipulation of Voluntary Dismissal; Order

**ORDER**

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the above-captioned action initiated by Plaintiffs, Onions, Etc, Inc., Duda Farm Fresh Foods, Inc. Cecelia Packing Corporation, John A. Clark and Addison W. Clark, Jr. dba Clark Farms, Rio Vista, Ltd. dba Giumarra Farms, Inc., Giumarra International Marketing, APB, Inc. dba Tavilla Sales Company of Los Angeles and Calvao Growers, Inc is dismissed with prejudice as against Defendants Two Play Farms, Three Play Farms and Four Play Ranch, with each party bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   December 16, 2011                              _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE

Stipulation of Voluntary Dismissal; Order