Patrick J. Gorman (SBN 131138)
Bruce M. Brown (SBN 075943)
**WILD, CARTER & TIPTON**
A Professional Corporation
246 West Shaw Avenue
Fresno, California 93704
Telephone: (559) 224-2131
Facsimile: (559) 229-7295
E-mail: pgorman@wctlaw.com

Kenneth M. Fitzgerald (SBN 143019)
FITZGERALD, LUNDBERG & ROMIG
5422 W. Cypress Ave.
Visalia, California 93277
Telephone: (559) 733-3733
Facsimile:  (559) 733-3987
E-mail: ken@kmf-atty.com

Attorneys for Aron Margosian, Carrie Margosian, Two Play Properties, LLC, Three Play Farms, Four Play Farms, George Margosian and Margosian Bros.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z&S FRESH, INC., a California corporation; Z&S DISTRIBUTING COMPANY, INC., a California coproration <br><br> AND ALL RELATED ACTIONS, | Case Number 1:09-CV-00906-AWI-MJS <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL; ORDER** |

Stipulation for Voluntary Dismissal; Order

IT IS HEREBY STIPULATED AND AGREED, pursuant to *Federal Rules of Civil Procedure, Rule 41(a)(1)*, by and between Intervener Plaintiff, Frank A. Logoluso Farms, a California corporation and Defendants Two Play Farms, Three Play Farms and Four Play Ranch as follows:

That the action commenced on July 17, 2009, by Intervener Plaintiff, Frank A. Logoluso Farms, a California corporation, (Doc. 159) is hereby dismissed with prejudice as against Defendants Two Play Farms, Three Play Farms, Four Play Ranch and Two Play Properties, Arizona with each party to bear their own attorneys' fees and costs.

Dated: February 14, 2012

WILD, CARTER & TIPTON
A Professional Corporation

By: /s/ Patrick J. Gorman
PATRICK J. GORMAN
Attorneys for Aron Margosian, Carrie Margosian, Two Play Properties, LLC, Three Play Farms, Four Play Farms, George Margosian and Margosian Bros.

Dated: February 14, 2012

PERKINS, MANN & EVERETT

By: /s/ Jan T. Perkins
JAN T. PERKINS,
Attorneys for Frank A. Logoluso Farms

## ORDER

THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that the above-captioned action initiated by Intervener Plaintiff Frank A. Logoluso Farms, a California corporation is dismissed with prejudice as against Defendants Two Play Farms, Three Play Farms, Four Play Ranch and Two Play Properties, Arizona with each party bearing their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated:   February 15, 2012

CHIEF UNITED STATES DISTRICT JUDGE

Stipulation for Voluntary Dismissal; Order