# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIONS, ETC., INC., and DUDA FARM FRESH FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>Z&S FRESH, INC., et al.,<br><br>Defendants. | NO. 1:09-CV-00906 AWI-MJS<br><br>ORDER FOR SEVERANCE OF CLAIMS AND ASSIGNMENT OF SPECIFIED SEVERED CLAIM TO MAGISTRATE JUDGE FOR ALL PURPOSES |

A properly noticed Status Conference was convened before the Honorable Michael J. Seng, United States Magistrate Judge, on May 10, 2012.  Plaintiff Terence J. Long, Trustee Pursuant to Court Order ("Trustee"), appeared through his attorney, Jan Perkins, Perkins Mann & Everett, Incorporated.  Cross Claimant and Counter-Claimant Fresno-Madera Federal Land Bank Association, FCLA ("Land Bank") appeared through its attorney, Scott Ivy, Lang, Richert & Patch. Intervenor Plaintiffs and Cross Defendants Aron Margosian and Carrie Margosian (jointly, "Margosians") appeared throug their attorney, Patrick J. Gorman, Wild Carter & Tipton, a Professional Corporation.  Defendants Loren Schoenburg and Margaret Schoenburg (jointly, "Schoenburgs") appeared through their attorney James H. Wilkins, Wilkins, Drolshagen & Czeshinski, LLP.

///

During the Status Conference, each of the parties stipulated and agreed through his or her respective attorney of record that the disputes of the Trustee and Margosians as against the Schoenburgs should and may be ordered severed for all purposes and tried separately from the disputes between the Land Bank and Margosians.

Accordingly, based on the said stipulation of the parties and good cause appearing, it is hereby ORDERED that all claims of the Trustee and Margosians against the Schoenburgs shall be and are hereby severed from the claims and disputes between the Land Bank and the Margosians. The former shall be tried before the undersigned. The Land Bank and Margosians having filed written consents to the jurisdiction of the Magistrate Judge for all purposes pursuant to 28 U.S.C. 636 (c), their claims are assigned for all purposes to the Honorable Michael J. Seng, U.S. Magistrate Judge.

IT IS SO ORDERED.

Dated:   May 14, 2012

CHIEF UNITED STATES DISTRICT JUDGE