# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIONS, ETC., INC., and DUDA FARM FRESH FOODS, INC., | No. 1:09-CV-00906 AWI-MJS |
| Plaintiff, | **[CORRECTIONAL ORDER]** |
| v. | ORDER WITHDRAWING ORDER FOR SEVERANCE (ECF No. 823); and |
| Z&S FRESH, INC., et al., | |
| Defendants. | ORDER FOR SEPARATE TRIALS UNDER FEDERAL RULE OF CIVIL PROCEDURE 42(b) |

The Court's May 15, 2012 Order for Severance (ECF No. 823) is hereby WITHDRAWN and replaced with the following Order for Separate Trials:

A properly noticed Status Conference was convened before the Honorable Michael J. Seng, United States Magistrate Judge, on May 10, 2012. Plaintiff Terence J. Long, Trustee Pursuant to Court Order ("Trustee"), appeared through his attorney, Jan Perkins, Perkins Mann & Everett, Incorporated. Cross Claimant and Counter-Claimant Fresno-Madera Federal Land Bank Association, FCLA ("Land Bank") appeared through its attorney, Scott Ivy, Lang, Richert & Patch. Intervenor Plaintiffs and Cross Defendants Aron Margosian and Carrie Margosian (jointly, "Margosians") appeared throug their attorney, Patrick J. Gorman, Wild Carter & Tipton, a Professional Corporation.

Defendants Loren Schoenburg and Margaret Schoenburg (jointly, "Schoenburgs") appeared through their attorney James H. Wilkins, Wilkins, Drolshagen & Czeshinski, LLP.

During the Status Conference, each of the parties stipulated and agreed through his or her respective attorney of record that the disputes of the Trustee and Margosians as against the Schoenburgs should and may be tried separately from the disputes between the Land Bank and Margosians. See Fed. R. Civ. P. 42(b).

Accordingly, based on the said stipulation of the parties and good cause appearing, it is hereby ORDERED that all claims of the Trustee and Margosians against the Schoenburgs shall be tried separately from the claims and disputes between the Land Bank and the Margosians. The former shall be tried before the undersigned. The Land Bank and Margosians having filed written consents to the jurisdiction of the Magistrate Judge for all purposes pursuant to 28 U.S.C. 636(c), shall have their claims assigned for trial before the Honorable Michael J. Seng, U.S. Magistrate Judge.   The court's prior order for severance is WITHDRAWN (ECF No. 823)

IT IS SO ORDERED.

Dated:   May 18, 2012

CHIEF UNITED STATES DISTRICT JUDGE

-2-