UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIONS ETC., INC., et al., | CASE No. 1:09-CV-00906-AWI-MJS |
| Plaintiff(s), | ORDER DIRECTING ENTRY OF JUDGMENT FOLLOWING SUMMARY JUDGMENT IN FAVOR OF INTERVENOR DEFENDANT FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA |
| v. | |
| Z&S FRESH, INC., et al., | |
| Defendant(s). | (ECF No. 835) |
| _____ | CLERK DIRECTED NOT TO CLOSE ACTION |
| AND ALL RELATED CROSS-ACTIONS. _____/ | |

On July 24, 2012, the Court filed its Memorandum Decision and Order Granting the Motion for Summary Judgment by Intervenor Defendant and Cross-Complainant Fresno-Madera Federal Land Bank Association, FLCA ("Land Bank") (Order Grant Mot. Summ. J. ("MSJ"), ECF No. 835), as against Aron Margosian a/k/a Aaron Margosian and Carrie Margosian (jointly "the Margosians") on Land Bank's Second Amended Cross-Complaint, Count II (Second Am. Cross-Compl., ECF No. 432) and all Counter-Claims and Affirmative Defenses in the Margosians' First Amended Answer and Counter-Claim to Land Banks' Second Amended Cross-Complaint. (First Am. Answer and Countercl., ECF No. 675.)

Accordingly, there being no just reason to delay entry of judgment, the parties having consented to Magistrate Judge jurisdiction and stipulated to separate trial of all

1  claims between Land Bank and the Margosians and the Court having ordered separate
2  trial of such claims (Correctional Order, ECF No. 826), the Clerk is HEREBY
3  DIRECTED TO ENTER JUDGMENT in favor of Intervenor Defendant and Cross-
4  Complainant Fresno-Madera Federal Land Bank Association, FLCA and against
5  Cross-Defendants and Counter-Claimants Aron Margosian a/k/a Aaron Margosian and
6  Carrie Margosian in the amount of $3,404,528.04. Fed. R. Civ. P. 54(b).

11  IT IS SO ORDERED.
12  Dated:   July 26, 2012              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE