Scott J. Ivy, #197681
Michael J. Gomez, #251571
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
K:\MJS\1. To_Be_Reviewed_By_MJS\09cv906.debtors.exam.wpd:dc

Attorneys for Defendant, Cross Claimant, Counter-Claimant, FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., and DUDA FARM FRESNO FOODS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>Z&S FRESH, INC., a California corporation, fdba Z&S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBERG, an individual,<br><br>Defendants<br><br>AND VARIOUS INTERVENING ACTIONS, CROSS-COMPLAINTS AND COUNTER CLAIMS. | Case No.: 1:09-cv-00906-OWW-SMS<br><br>**ORDER REQUIRING APPEARANCE OF ARON MARGOSIAN AT JUDGMENT DEBTOR EXAMINATION AND PRODUCTION OF DOCUMENTS**<br><br>DATE: November 30, 2012<br>TIME: 9:30 a.m.<br>CTRM: Courtroom 6<br>2500 Tulare Street<br>Fresno, California 93721 |

Upon application of Defendant, Cross-Claimant, and Counter-Claimant Fresno-Madera Federal Land Bank Association, FLCA ("Judgment Creditor") requesting the examination of Judgment Debtor ARON MARGOSIAN ("Judgement Debtor"), and good cause appearing therefor, it is:

///

///

1 **ORDERED** that Judgment Debtor, ARON MARGOSIAN, is hereby ordered to appear on November 30, 2012 (the "Examination Date"), at 9:30 a.m. in Courtroom 6 of this Court, located at 2500 Tulare Street, Fresno, CA 93721, to be examined concerning his assets.

**IT IS FURTHER ORDERED** that Judgment Debtor shall bring with him the following documents:

1. All documents relating to the Deed of Trust with Assignment of Rents recorded on August 9, 2012 (Document No. 2012-005092), including the purpose of the document, the circumstances in which it was prepared and recorded, and all loans, notes, encumbrances and properties or parcels mentioned therein, and any communications relating to the document.

2. All documents relating to the Deed of Trust with Assignment of Rents recorded on August 9, 2012 (Document No. 2012-0050921), including the purpose of the document, the circumstances in which it was prepared and recorded, and all loans, notes, encumbrances and properties or parcels mentioned therein, and any communications relating to the document.

3. All documents relating to the Deed of Trust with Assignment of Rents recorded on August 13, 2012 (Document No. 2012-0051435), including the purpose of the document, the circumstances in which it was prepared and recorded, and all loans, notes, encumbrances and properties or parcels mentioned therein, and any communications relating to the document.

4. All documents relating to the Grant Deed recorded on August 13, 2012 (Document No. 2012-0051436), including the purpose of the document, the circumstances in which it was prepared and recorded, and all loans, notes, encumbrances and properties or parcels mentioned therein, and any communications relating to the document.

5. All documents relating to the Notice of Lien (Derderian) filed on August 13, 2012, including the purpose of the document, the circumstances in which it was prepared and filed, and all loans, notes, encumbrances and properties or parcels mentioned therein.

6. All documents relating to the Notice of Lien (Margosian Bros) filed on August 13, 2012, including the purpose of the document, the circumstances in which it was prepared and filed, and all loans, notes, encumbrances and properties or parcels mentioned therein, and any communications relating to the document.

7. **Corporate Documents.** All documents relating to or evidencing any financial interest which the Judgment Debtor owns, or which the Judgment Debtor has owned at any time during the period January 1, 2008 to the Examination Date (collectively, the "Period"), in any corporation.

8 **Limited Liability Company Documents.** All documents relating or evidencing to any financial interest which the Judgment Debtors owns, or which the Judgment Debtor has owned at any time during the Period, in any limited liability company.

9. **Partnership Documents.** All documents relating to or evidencing any financial interest which the Judgment Debtors owns, or which the Judgment Debtor has owned at any time during the Period, in any partnership.

10. **Other Business Ownership Documents.** All documents (including but not limited to documents filed with the California Secretary of State's Office) relating to or evidencing any financial interest which the Judgment Debtor owns, or which the Judgment Debtor has owned at any time during the Period, in any business other than a corporation, limited liability company or partnership.

11. **Real Property.** Any and all documents relating to any real property owned by or on behalf of Judgment Debtor during the Period, including but not limited to deeds or other evidence of such ownership.

12. **Escrow Funds.** Receipts for any and all funds placed in escrow during the Period, for the account of benefit of Judgment Debtor.

13. **Leases.** All documents relating to any lease of real or personal property in which Judgment Debtor, is or was a lessor or lessee during the Period, including lease agreements, canceled checks and all other evidence of lease payments.

14. **Deposits.** All documents relating to any bank or savings account, certificate of deposit, brokerage or securities account owned by or on behalf of Judgment Debtor during the Period, including but not limited to account statements, check registers and canceled checks.

///

///

15. **Stocks and Bond.** All documents relating to any stocks, bonds or other securities owned by or on behalf of Judgment Debtor during the Period, including stock certificates or other evidence of ownership and brokerage account statement.

16. **Promissory Notes.** All documents relating to any accounts or notes receivable owned by or on behalf of Judgment Debtor during the Period.

17. **Vehicles.** All registration certificates and title certificates relating to any vehicle, airplane, boat or other vehicle or vessel owned or used by Judgment Debtor during the Period.

18. **Wages and Profits.** Any and all payment stubs or records of salary, wages, draws or distributions payable to or on behalf of Judgment Debtor during the Period.

19. **Loan Applications.** All documents relating to any loan applications made by or on behalf of Judgment Debtor during the Period.

20. **Appraisals.** All appraisals or documents relating to the determination of value of any asset owned by or on behalf of Judgment Debtor during the Period.

21. **Financial Statements.** Any financial statements, balance sheets, net work statements, profit and loss statements, rent roll relating to Judgment Debtor during the Period.

22. **Gifts.** All documents relating to gifts worth more than $500 from Judgment Debtor to any person or entity made during the Period.

23. **Business Licenses.** Business licenses, regulatory permits and related applications issued to, or filed by or on behalf of, Judgment Debtor during the Period.

24. **Fictitious Business Names.** All fictitious business name applications and updates filed by or on behalf of, Judgment Debtor during the Period.

25. **Wills and Trusts.** Any and all documents and writings of any kind evidencing Judgment Debtor's beneficial interest in a will or a trust (including the Judgment Debtor's will and/or trust).

26. **Lawsuit and Causes of Action.** Any and all documents and writings evidencing any chose in action or cause of action Judgment Debtor may have including, but not limited to, complaints, counterclaims, cross-complaints, or proofs of claim field in a bankruptcy.

///

27. **Receivables/Inventories/Equipment.** Any and all documents and writings evidencing any interest by Judgment Debtor in any trade receivables, inventories, security interests in crops, and/or equipment including but not limited to machinery, equipment, irrigation equipment, tools and fixtures, permanent plantings.

28. **Other Personal/Real Property.** Any and all documents and writings of any kind evidencing Judgment Debtor's beneficial interest in any real or personal property not referenced or identified by documents produced in response to the above requests.

**IT IS FURTHER ORDERED** that a civil subpoena for documents shall issue as requested regarding the examination of Judgment Debtor.

**NOTICE TO JUDGMENT DEBTOR:**

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEYS FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING**

IT IS SO ORDERED.

Dated: November 17, 2012         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE