1  Patrick J. Gorman (SBN 131138)
   Bruce M. Brown (SBN 075943)
2  **WILD, CARTER & TIPTON**
   A Professional Corporation
3  246 West Shaw Avenue
   Fresno, California 93704
4  Telephone: (559) 224-2131
   Facsimile: (559) 229-7295
5  E-mail: pgorman@wctlaw.com

6
   Attorneys for Plaintiffs in Intervention, Aron Margosian, Four Play Farms, George Margosian,
7  Margosian Bros., Three Play Farms, Two Play Farms, LLC and Visalia Produce Sales, Inc.

8
                    UNITED STATES DISTRICT COURT
9
              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
10

11 ONIONS ETC., INC., and DUDA FARM     )   Case Number 1:09-CV-00906-AWI-MJS
   FRESH FOODS, INC.,                   )
12                                      )   **STIPULATION FOR VOLUNTARY**
                    Plaintiffs,         )   **DISMISSAL; ORDER**
13                                      )
   v.                                   )
14                                      )
   Z&S FRESH, INC., a California        )
15 corporation; Z&S DISTRIBUTING        )
   COMPANY, INC., a California          )
16 corporation, MARTIN ZANINOVICH, an   )
   individual; MARGARET aka MARGE       )
17 SCHOENBURG, an individual, et al.    )
                                        )
18                  Defendants          )
                                        )
19                                      )
   AND ALL RELATED ACTIONS              )
20                                      )

FILED
FEB 04 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

Stipulation for Voluntary Dismissal; Order

1  IT IS HEREBY STIPULATED AND AGREED, pursuant to *Federal Rules of
2  Civil Procedure, Rule 41(a)(1),* by and between Defendants, Loren Schoenburg and Margaret
3  Schoenburg and Plaintiffs in Intervention, Aron Margosian, Four Play Farms, George
4  Margosian, Margosian Bros., Three Play Farms, Two Play Farms, LLC and Visalia Produce
5  Sales, Inc. as follows:

6  That the actions commenced on July 10, 2009, July 13, 2009 and July 31, 2009,
7  by Plaintiffs in Intervention, Aron Margosian (Doc. 74), Four Play Farms (Doc. 72), George
8  Margosian (Doc. 75), Margosian Bros. (Doc. 76), Three Play Farms (Doc. 78), Two Play Farms,
9  LLC (Doc. 186) and Visalia Produce Sales, Inc. (Doc. 64) are hereby dismissed, as against
10  Defendants, Loren Schoenburg and Margaret Schoenburg only, with each party to bear their own
11  attorneys' fees and costs. The dismissals are with prejudice as to the claims plead in the above
12  referenced Complaints in Intervention only and the parties, through their counsel, acknowledge
13  and agree that the dismissals shall have no force or effect over any claims between the parties in
14  the action currently pending in Tulare County Superior Court, Case No. 10-238202.

16  Dated: January 31, 2013                WILD, CARTER & TIPTON
                                           A Professional Corporation

18                                         By:  /s/ Patrick J. Gorman
                                           PATRICK J. GORMAN
19                                         Attorneys for Aron Margosian, Four
                                           Play Farms, George Margosian,
20                                         Margosian Bros., Three Play Farms,
                                           Two Play Farms, LLC, and Visalia
21                                         Produce Sales, Inc.

23  Dated: January 31, 2013                WILKINS, DROLSHAGEN &
                                           CZESHINSKI, LLP

25                                         By:  /s/ James H. Wilkins
                                           JAMES H. WILKINS
26                                         Attorneys for Loren Schoenburg
                                           and Margaret Schoenburg

2

Stipulation for Voluntary Dismissal; Order

1 **ORDER**

2 THE PARTIES HAVING SO STIPULATED, IT IS HEREBY ORDERED that
3 the above-captioned actions initiated by Plaintiffs in Intervention Aron Margosian, Four Play
4 Farms, George Margosian, Margosian Bros., Three Play Farms, Two Play Farms, LLC and
5 Visalia Produce Sales, Inc. are dismissed as against Defendants, Loren Schoenburg and Margaret
6 Schoenburg only, with each party to bear their own attorneys' fees and costs. The dismissals are
7 with prejudice as to the claims plead in the above referenced Complaints in Intervention only
8 and shall have no force or effect over any claims between the parties in the action currently
9 pending in the Tulare County Superior Court, Case No. 10-238202.

11 IT IS SO ORDERED.

13 Dated: 2-1-13                                   _____
                                                    UNITED STATES DISTRICT JUDGE

Stipulation for Voluntary Dismissal; Order