Scott J. Ivy, #197681
Michael J. Gomez, #251571
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax
K:\MJS\1. To_Be_Reviewed_By_MJS\09cv906.stip.to.cont:dc

Attorneys for Defendant, Cross Claimant, Counter-Claimant, FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., and DUDA FARM FRESNO FOODS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> Z&S FRESH, INC., a California corporation, fdba Z&S DISTRIBUTING COMPANY, INC., a California corporation; MARTIN J. ZANINOVICH, an individual; LOREN SCHOENBURG, an individual; MARGARET aka MARGE SCHOENBERG, an individual, <br><br> Defendants <br><br> AND VARIOUS INTERVENING ACTIONS, CROSS-COMPLAINTS AND COUNTER CLAIMS. | Case No.: 1:09-cv-00906-OWW-SMS <br><br> **STIPULATION AND ORDER TO CONTINUE JUDGMENT DEBTOR EXAMINATION OF ARON MARGOSIAN** <br><br> Date:  April 5, 2013 <br> Time:  9:30 a.m. <br> Courtroom:  6 |

**STIPULATION**

WHEREAS, on July 27, 2012, Judgment was entered in favor of Defendant, Cross-Claimant, and Counter-Claimant FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA ("Judgment Creditor") and against Judgment Debtors ARON MARGOSIAN AND CARRIE MARGOSIAN in the amount of $3,404.528.04.  Rule 62 imposed a mandatory 14 stay on efforts by Judgment Creditor to enforce the Judgment;

1  WHEREAS, on November 16, 2012 Defendant, Cross Claimant, Counter-Claimant, FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA filed an Application of Judgment Creditor Fresno-Madera Federal Land Bank Association, FLCA for Order of Examination of Judgment Debtor ARON MARGOSIAN;

WHEREAS, on January 11, 2013 the parties could not complete the exam due to Mr. Margosian's inability to obtain and produce certain documents called for in the original subpoena and order;

WHEREAS, Mr. Margosian has since produced additional documents in response to the original subpoena and order;

WHEREAS, the parties have agreed to continue the Judgment Debtor Examination on April 5, 2013.

BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel of record that the debtor's examination for ARON MARGOSIAN be continued to April 5, 2013 at 9:30 am in Courtroom 6.

This Stipulation may be executed in identical counterparts, the copies of which shall constitute the complete agreement between the parties, and exchange of said counterparts may be made by facsimile.

Dated: February 26, 2013        LANG, RICHERT & PATCH, P.C.

By: /s/ _____
Scott J. Ivy, Esq.
Defendant, Cross Claimant, Counter-Claimant,
FRESNO-MADERA FEDERAL LAND BANK
ASSOCIATION, FLCA

Dated: February 26, 2013        WILD, CARTER & TIPTON

By: /s/ _____
Patrick J. Gorman, Esq.
Attorney for Defendants, ARON MARGOSIAN
and CARRIE MARGOSIAN

Stipulation and Order to Continue Judgment Debtor        -2-
Examination of Aron Margosian

1  **ORDER**

2  Upon application of Defendant, Cross-Claimant, and Counter-Claimant Fresno-Madera
3  Federal Land Bank Association, FLCA ("Judgment Creditor") requesting the examination of
4  Judgment Debtor ARON MARGOSIAN ("Judgement Debtor"), and good cause appearing therefor,
5  it is:

6  **IT IS HEREBY ORDERED** that Judgment Debtor, ARON MARGOSIAN, is hereby
7  ordered to appear on April 5, 2013 (the "Examination Date"), at 9:30 a.m. in Courtroom 6 of this
8  Court, located at 2500 Tulare Street, Fresno, CA 93721, to be examined concerning his assets.

9  **IT IS FURTHER ORDERED** that service of the Stipulation and Order to Continue
10 Judgment Debtor Examination of Aron Margosian on Aron Margosian's attorneys is sufficient for
11 all purposes related to the debtor's exam.

12

13 **NOTICE TO JUDGMENT DEBTOR:**
14 **IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER,**
15 **YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF**
16 **COURT, AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY**
17 **REASONABLE ATTORNEYS FEES INCURRED BY THE JUDGMENT CREDITOR IN**
18 **THIS PROCEEDING**

19
20
21 IT IS SO ORDERED.
22 Dated:   February 26, 2013            /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28