```
1    2
     WALTER & WILHELM LAW GROUP
2    a Professional Corporation
     Riley C. Walter (SBN 91839)
3    8305 North Fresno Street, Ste. 410
     Fresno, CA 93720
4    Telephone:  (559) 435-9800
     Facsimile:   (559) 435-9868
5    E-mail:  rileywalter@W2LG.com

6    Attorneys for Defendant, Martin J. Zaninovich
```

7

8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| ONIONS, ETC., INC. and DUDA FARM FRESH FOODS, INC. | CASE NO. 1:09-CV-00906-AWI MJS |
|---|---|
| Plaintiff, | JUDGMENT FOLLOWING ACCEPTANCE OF DEFENDANT MARTIN J. ZANINOVICH'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 68 BY PLAINTIFF |
| vs. | |
| Z&S FRESH, INC. fdba Z&S DISTRIBUTING CO., INC., MARTIN J. ZANINOVICH, LOREN SCHOENBURG, AND MARGARET aka MARGE SCHOENBURG | Complaint Filed: May 22, 2009<br>Trial Date: January 17, 2012 |
| Defendants | |
| AND INTERVENING ACTIONS | |
| AND CROSS-COMPLAINTS | |

Defendant MARTIN J. ZANINOVICH having tendered an Offer of Judgment made pursuant to Federal Rules of Civil Procedure Rule 68, and Plaintiff Fresno-Madera Federal Land Bank (collectively the "Parties") having timely accepted such Offer of Judgment in accordance with Fed. Rules Civ. P. Rule 68 in the principal sum of $3,317,859.50, representing the total outstanding principal debt, charges, interest, and advances as of October 11, 2011 after deducting all recoveries to date from all other sources.

The Parties hereby request that this Court enter judgment in the total sum of $3,317,859.50 against Martin J. Zaninovich.

A copy of the Offer of Judgment is attached hereto as Exhibit "A".

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Judgment on Plaintiff's claim filed in this matter is entered in favor of Plaintiff as against Defendant Martin J. Zaninovich, in the cumulative sum of $3,317,859.50, representing the total outstanding principal debt, charges, interest, and advances as of October 11, 2011 after deducting all recoveries to date from all other sources.

2. This partial judgment, made pursuant to Federal Rules of Civil Procedure Rule 68(a), shall be merged into the final judgment to be entered in this matter.

IT IS SO ORDERED.

Dated:   March 21, 2013                      _____
                                             SENIOR DISTRICT JUDGE