IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIONS ETC., et al., | 1:09-cv-906  AWI MJS |
| Plaintiffs, | |
| v. | ORDER VACATING MARCH 29, 2013 STATUS CONFERENCE DATE AND ORDER FOR PARTIES TO SUBMIT WRITTEN STATUS REPORT |
| Z&S FRESH, INC., et al., | |
| Defendants. | |
| AND VARIOUS RELATED CLAIMS | |

   On February 6, 2013, the Court held a hearing in which the parties indicated that a settlement is pending.  See Doc. No. 867.  On that date, the Court vacated the trial date and set a status conference hearing for March 29, 2013, at 8:30 a.m.  See id.  Upon further consideration, and given the Court's schedule, the Court will vacate the March 29 hearing and order the parties to submit a written status report.  The report should include a description of the progress that the parties have made in effectuating settlement, an estimate as to when dismissal papers will be filed, and any other pertinent information regarding the status of the case.  After receiving the written status report, the Court will issue any further appropriate orders, e.g. setting additional status report dates/hearings or setting a date for the submission of dismissal papers.

   Accordingly, IT IS HEREBY ORDERED that:

1.   The March 29, 2013 status conference is VACATED; and

2.   The parties shall submit a written status report of the case, as described above.

IT IS SO ORDERED.

Dated:   March 27, 2013                                         _____
                                                                            SENIOR  DISTRICT  JUDGE