McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mandy L. Jeffcoach, #232313
  *mandy.jeffcoach@mccormickbarstow.com*
5 River Park Place East
Fresno, California 93720-1501
Telephone:  (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Trustee, Terence J. Long

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS, ETC., INC., and DUDA FARM FRESH FOODS, INC., ,<br><br>Plaintiffs,<br><br>v.<br><br>Z&S FRESH, INC. fbda Z&S DISTRIBUTING CO., INC., MARTIN J ZANINOVICH, LOREN SHOENBURG, and MARGARET aka MARGE SCHOENBURG,<br><br>Defendants. | Case No. 1:09-CV-00906-AWI-MJS<br><br>**ORDER ON TRUSTEE'S MOTION TO APPROVE FINAL REPORT AND ACCOUNTING AND REQUEST TO RELIEVE TRUSTEE, TERENCE J. LONG, FROM HIS DUTIES AND TO CLOSE THE TRUST** |

The Court, having reviewed the Motion filed by the Trustee, along with the Declaration of Terence J. Long in Support thereof, and good cause appearing, hereby Orders as follow:

1. That the Stipulation for Dismissal is entered, thereby dismissing all claims identified in the Stipulation for Dismissal;

2. That the Final Report and Accounting is hereby approved and the Trustee is authorized to make the final distributions as set forth in Exhibit "A" of Mr. Long's Declaration and all related payments specified in the same;

3. That Trustee, Terence J. Long, is hereby relieved of any and all duties and obligations under the stipulated order of June 24, 2009;

4. That on making the payments directed within the final report and accounting, the Trustee shall be immediately discharged of all further liability and responsibility as Trustee; and

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

[PROPOSED] ORDER ON TRUSTEE'S MOTION TO APPROVE FINAL REPORT AND ACCOUNTING AND REQUEST TO RELIEVE TRUSTEE, TERENCE J. LONG, FROM HIS DUTIES AND TO CLOSE THE TRUST

5. The Bond posted by Trustee Terence J. Long, Bond F1BSBFL9013, is hereby exonerated.

IT IS SO ORDERED.

Dated:   May 9, 2013                              _____
                                                   SENIOR DISTRICT JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2
[PROPOSED] ORDER ON TRUSTEE'S MOTION TO APPROVE FINAL REPORT AND ACCOUNTING AND REQUEST TO RELIEVE TRUSTEE, TERENCE J. LONG, FROM HIS DUTIES AND TO CLOSE THE TRUST