UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC.,<br><br>Plaintiff<br><br>v.<br><br>Z&S FRESHIN, INC., a California company, et al.,<br><br>Defendant<br><br>AND ALL RELATED CONSOLIDATED ACTIONS | CASE NO. 1:09-CV-0906 AWI MJS<br><br>ORDER TAKING JULY 1, 2013 MOTION UNDER SUBMISSION AND VACATING HERING |

Intervenor Plaintiff Frank A. Logoluso Farms has noticed for hearing and decision a motion for the Court to enter Judgment in favor of Intervenor Logoluso Farms. The matter was scheduled for a hearing to be held on July 1, 2013. No other party in this action has filed either an opposition to Intervenor Logoluso Farms's motion nor a notice of non-opposition 14 days before the hearing date. See Local Rule 230(c). As such, opposing parties are not entitled to be

heard at oral argument in opposition to the motion.  See Local Rule 230(c).  The Court has reviewed Intervenor Logoluso Farms's motion and the applicable law and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 1, 2013, is VACATED, and no party shall appear at that time.  As of July 1, 2013, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: __June 28, 2013__          _____
                                   SENIOR DISTRICT JUDGE