McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Mandy L. Jeffcoach, #232313
  *mandy.jeffcoach@mccormickbarstow.com*
7647 N Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Trustee, Terence J. Long

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS, ETC., INC., and DUDA FARM FRESH FOODS, INC., ,<br><br>Plaintiffs,<br><br>v.<br><br>Z&S FRESH, INC. fbda Z&S DISTRIBUTING CO., INC., MARTIN J ZANINOVICH, LOREN SHOENBURG, and MARGARET aka MARGE SCHOENBURG,<br><br>Defendants. | Case No. 1:09-CV-00906-AWI-MJS<br><br>**ORDER** |

Pursuant to Rule 41(a) and the Stipulation filed between the parties on April 24, 2013, Docket # 876, the following parties actions are dismissed with prejudice:

Intervening Plaintiff. GEORGE MARGOSIAN, MARGOSIAN BROS, TWO PLAY FARMS, THREE PLAY FARMS

Intervening Plaintiff BIG CHUY DISTRIBUTORS AND SONS, INC. ("BCD")

Intervening Plaintiff BOOTH RANCHES, LLC ("BR")

Intervening Plaintiff CASTRO PRODUCE, LLC ("CP")

Intervening Plaintiff CAL FRESCO, LLC ("CF")

Intervening Plaintiff CH DISTRIBUTING, LLC ("CHD")

Intervening Plaintiff CHAMBERLAIN DISTRIBUTING, INC. ("CD")

Intervening Plaintiff CIRULI BROTHERS, LLC ("CB")

1  Intervening Plaintiff COMMERCIAL ALFONSO EYZAGUIRRE Y CIA. LTDA dba Comey
2  Ltda ("COMEY")
3  Intervening Plaintiff DANDREA PRODUCE
4  Intervening Plaintiff DAVID BLAYNEY dba BLAYNEY FARMS
5  Intervening Plaintiff DEL MONTE FRESH PRODUCE N.A. INC., and C.H. ROBINSON
6  Intervening Plaintiff DIVINE FLAVOR, LLC ("DF")
7  Intervening Plaintiff EPICURE TRADING, INC. ("EP")
8  Intervening Plaintiff FISHER CAPESPAN USA, LLC ("FCU")
9  Intervening Plaintiff FRANK LONGOLUSO FARMS
10 Intervening Plaintiff FRESCO PRODUCE, INC. ("FP")
11 Intervening Plaintiff GEMCO, INC. ("GEMCO")
12 Intervening Plaintiff GOLDEN STAR CITRUS, INC. ("GSC")
13 Intervening Plaintiff, I.G. FRUIT, INC.,
14 Intervening Plaintiff JACOB HIEBERT
15 Intervening Plaintiff J-C DISTRIBUTING, INC. ("JCD")
16 Intervening Plaintiff, JEWEL MARKETING & AGRIBUSINESS, LLC dba CROWN
17 JEWELS MARKETING, LLC.
18 Intervening Plaintiff, JOE W. RUSSELL dba JOE RUSSELL FARMS
19 Intervening Plaintiff JP PRODUCE, INC. ("JPP")
20 Intervening Plaintiff KAWEAH AVENUE PROPERTIES, LLC ("KAP")
21 Intervening Plaintiff KING FRESH PRODUCE, LLC ("KFP")
22 Intervening Plaintiff KIRSCHENMAN ENTERPRISES SALES ("KES")
23 Intervening Plaintiff, LARRY GARDNER
24 Intervening Plaintiff MARIA ALVARADO ("MA")
25 Intervening Plaintiff, MARK L. PASCOE
26 Intervening Plaintiff MEYER, LLC ("MEYER")
27 Intervening Plaintiff MIKAELIAN AND SONS, INC. ("MAS")
28 Trustee Terrance J. Long

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP

[PROPOSED] ORDER

1. Intervening Plaintiff ONIONS ETC., INC.
2. Intervening Plaintiff PANDOL BROTHERS, INC. ("PB")
3. Intervening Plaintiff, PETERS FRUIT FARMS, INC.
4. Intervening Plaintiff PREMIUM PRODUCE DISTRIBUTORS, INC. ("PPD")
5. Intervening Plaintiff PRO CITRUS NETWORK, INC. ("PCN")
6. Intervening Plaintiff RAUL ALVAREZ ("RA")
7. Intervening Plaintiff RAMON RIOS ("RR")
8. Intervening Plaintiff R & C BERNDT, INC. dba Sierra Produce ("RCB")
9. Intervening Plaintiff RICHARD COTTRELL MARKETING, INC. ("RCM")
10. Intervening Plaintiff SALVADORE ROMERO ("SR")
11. Intervening Plaintiff SEALD SWEET, LLC ("SS")
12. Intervening Plaintiff SEALD SWEET WEST INTERNATIONAL, INC. ("SSWI")
13. Intervening Plaintiff SHIPLEY SALES SERVICE, LLC ("SSS")
14. Intervening Plaintiff SUNDALE SALES, INC. ("SSI")
15. Intervening Plaintiff SUNFED PRODUCE, LLC ("SFP")
16. Intervening Plaintiff SUNRIVER TRADING COMPANY LIMITED dba Sunriver Sales ("STCL")
17. Intervening Plaintiff SUNNY COVE CITRUS, LLC ("SCC")
18. Intervening Plaintiff THE FRUIT BRANCH, INC. ("TFBI")
19. Intervening Plaintiff, VISALIA PRODUCE SALES, INC. dba PRODUCE SOURCE,
20. Intervening Plaintiff WILD WOOD PRODUCE SALES, INC.
21. Intervening Plaintiff WILLIAM H. KOPKE, JR., INC. ("WHKJ")
22. Intervening Plaintiff WILLIAM COTNER
23. Intervening Plaintiff WILSON PRODUCE, LLC ("WP")
24. Intervening Plaintiff ZIMMERMAN FARMS, INC. ("ZF")

///

///

///

1

2  IT IS SO ORDERED.

3  Dated:   May 5, 2015                              _____

4                                                              SENIOR  DISTRICT  JUDGE