Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295

E-mail: pgorman@wctlaw.com
Attorneys for Defendants and Cross-complainants,

Aron Margosian and Carrie Margosian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>Z&S FRESH, INC., a California corporation; et al.,<br><br>  Defendants.<br><br>AND ALL RELATED ACTIONS | Case No.: 1:09-CV-00906-AWI-MJS<br><br>**ORDER TO CONTINUE SCHEDULING CONFERENCE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED

1. The Scheduling Conference set for May 8, 2015, is continued to July 2, 2015, at 10:30 am, before Magistrate Judge Michael J. Seng.

2. The Joint Scheduling Report is due three court days prior to the new hearing date.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   May 5, 2015                         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

-1-

[Proposed] Order Continuing Scheduling Conference

-2-

[Proposed] Order Continuing Scheduling Conference