Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295

E-mail: pgorman@wctlaw.com

Attorneys for Defendants and Cross-complainants,

Aron Margosian and Carrie Margosian

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ONIONS ETC., INC., and DUDA FARM FRESH FOODS, INC et al.,<br><br>     Plaintiffs,<br><br>   vs.<br><br>Z&S FRESH, INC., a California corporation; et al.,<br><br>     Defendants.<br><br>AND ALL RELATED ACTIONS | Case No.: 1:09-CV-00906-AWI-MJS<br><br>**ORDER TO CONTINUE SCHEDULING CONFERENCE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED

1. The Scheduling Conference set for July 2, 2015, is continued to September 4, 2015 at 10:00 AM before Magistrate Judge Michael J. Seng in Courtroom 6 (MJS).

2. The Joint Scheduling Report is due one week prior to the new hearing date.

IT IS SO ORDERED.

Dated:  June 26, 2015          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

-1-

[Proposed] Order Continuing Scheduling Conference