# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIONS ETC. INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Z & S FRESH, INC., et al.,<br><br>    Defendants. | Case No. 1:09-cv-00906-AWI-MJS<br><br>ORDER SETTING SETTLEMENT CONFERENCE FOR MAY 25, 2016 AT 9:00 A.M. AND NOTIFYING PARTIES OF REQUIREMENTS FOR SETTLEMENT CONFERENCE |

This action has been referred to the undersigned for a settlement conference. A settlement conference shall be set for May 25, 2016 at 9:00 a.m. in Courtroom 9 before United Magistrate Judge Stanley A. Boone. Unless otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms**[1] at the conference.

*Confidential Settlement Conference Statement:* **By 4:00 pm, Monday, May 23, 2016**, the parties shall submit a Confidential Settlement Conference Statement directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov. The statement **should not be filed** with the Clerk of the Court **nor served on any other party**, although the parties may file a Notice of

---

[1] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like shall be represented by a person or persons who occupy high executive positions in the party organization and who will be directly involved in the process of approval of any settlement offers or agreements. To the extent possible the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

1 Lodging of Settlement Conference Statement. Each statement shall be clearly marked
2 "confidential" with the date and time of the Settlement Conference indicated prominently thereon.
3 The Confidential Settlement Conference Statement shall include the following:
4     A. A brief statement of the facts of the case.
5     B. A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.
9     C. The relief sought.
10     D. The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated: __May 18, 2016__

                                                UNITED STATES MAGISTRATE JUDGE