UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ONIONS ETC. INC., et al.,

    Plaintiffs,

vs.

Z & S FRESH, INC., et al.,

    Defendants.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:09-cv-00906-MJS

    IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF FRESNO-MADERA FEDERAL LAND BANK ASSOCIATION, FLCA ("FMFLBA") and against ARON MARGOSIAN AND CARRIE MARGOSIAN, JOINTLY AND SEVERALLY, IN THE AMOUNT OF $1.1 MILLION, POST JUDGMENT INTEREST TO ACCRUE AT 6% PER ANNUM UNTIL PAID IN FULL.  ARON MARGOSIAN AND CARRIE MARGOSIAN DISMISS ALL CLAIMS AGAINST FMFLBA WITH PREJUDICE.  FOREBEARANCE OF EFFORTS TO ENFORCE JUDGMENT BY FMFLBA SHALL BE FOR ONE YEAR FROM ENTRY OF JUDGMENT WITH THE EXCEPTION THAT FMFLBA MAY FILE ABSTRACTS OF JUDGMENT IMMEDIATELY UPON ENTRY OF THIS JUDGMENT.

DATED:  MAY 24, 2016

By: _____
MICHAEL J. SENG,
UNITED STATES MAGISTRATE JUDGE