# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONIONS ETC., INC. et al., | Case No. 1:09-cv-00906-MJS |
| Plaintiffs, | ORDER FOLLOWING SETTLEMENT; VACATING DATES |
| v. | |
| Z & S FRESH, INC., et al., | |
| Defendants. | |

The Court conducted a settlement conference in this action on May 25, 2016, at which the parties reached a settlement agreement.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The undersigned shall retain jurisdiction to enforce the settlement agreement reached by the parties.

IT IS SO ORDERED.

Dated:   **May 25, 2016**

UNITED STATES MAGISTRATE JUDGE

1