IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ONIONS ETC., INC., et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**Z & S FRESH, INC., et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 1:09-cv-00906-MJS<br><br>**NOTICE OF COURT'S INTENT TO CLOSE CASE**<br><br>**TWENTY-ONE (21) DAY RESPONSE DEADLINE** |
| **AND ALL RELATED ACTIONS** | |

Upon review of the docket, it appears that this matter has been resolved in its entirety. (See ECF Nos. 877, 894, 977.) Nevertheless, in light of the complexity of the case and the number of parties involved, the Court concludes it is appropriate to provide the parties with notice of its intent to close this case. Any party who believes any aspect of the action remains unresolved and in need of Court attention must so advise this Court within twenty-one days of the date of this notice. Absent a response to this order showing good cause to do otherwise, this case will be closed.

IT IS SO ORDERED.

Dated:　March 18, 2017　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1