IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ONIONS ETC., INC., et al.,**<br>Plaintiffs,<br>v.<br>**Z & S FRESH, INC., et al.,**<br>Defendants. | Case No. 1:09-cv-00906-MJS<br>**ORDER CLOSING CASE** |
| **AND ALL RELATED ACTIONS** | |

On March 20, 2017, the Court notified the parties of its intent to close this case. (ECF No. 985.) None of the parties responded to the Court's order or indicated that they believed any matter before the Court remained pending. Upon review of the docket, it appears that this matter has been resolved in its entirety. (See ECF Nos. 877, 894, 977.) Accordingly, the Clerk's Office is HEREBY DIRECTED to close this case.

IT IS SO ORDERED.

Dated: April 14, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1